1  Robert V. Prongay (SBN 270796)
     *rprongay@glancylaw.com*
2  Charles H. Linehan (SBN 307439)
     *clinehan@glancylaw.com*
3  Pavithra Rajesh (SBN 323055)
     *prajesh@glancylaw.com*
4  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
5  Los Angeles, California 90067
   Telephone: (310) 201-9150
6  Facsimile: (310) 201-9160

7  *Attorneys for Asif Mehedi*

8  [Additional counsel on signature page]

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, | Case No. |
|---|---|
| Plaintiff, | **CERTIFICATION OF PAVITHRA RAJESH TO LOCAL RULE 3-7(d)** |
| v. | |
| VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH, | |
| Defendant. | |

CERTIFICATION OF PAVITHRA RAJESH

Pursuant to Civil L.R. 3-7(d), I, Pavithra Rajesh, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of August, 2021, at Los Angeles, California.

*s/ Pavithra Rajesh*
Pavithra Rajesh

CERTIFICATION OF PAVITHRA RAJESH

1