| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Pavithra Rajesh<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>   *Telephone No:*   310-201-9150<br>       *Attorney For:*   Plaintiff | *Ref. No. or File No.:*<br>VIEW10B | **For Court Use Only** |

| |
|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

| |
|---|
| *Plaintiff:*   ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated<br>*Defendant:*   VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II; et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:21-cv-06374-BLF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet; Consent Or Declination To Magistrate Judge Jurisdiction; Standing Order Re Civil Cases Judge Beth Labson Freeman; Notice Of Eligibility For Video Recording; Order Setting Initial Case Management Conference And ADR Deadlines; Joint Case Management Statement & [Proposed] Order

3. a. Party served:     VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II
   b. Person served:    Bill Krause, Senior Vice President, General Counsel & Secretary

4. Address where the party was served:    195 S Milpitas Blvd, Milpitas, CA 95035

5. I served the party:
   a. **by substituted service.**   On: Tue, Sep 07 2021 at: 04:03 PM by leaving the copies with or in the presence of:
      Abel Rassa, Person in charge

   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (2) A declaration of mailing is attached.

6. *Person Who Served Papers:*
   a. Ellenor Rios (PS0984, Santa Clara)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $208.88

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                                              09/08/2021                            _____
                                                 (Date)                                   (Signature)



PROOF OF SERVICE

6087210
(4757724)

| Attorney or Party without Attorney:<br>Pavithra Rajesh<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>  Telephone No: 310-201-9150<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>VIEW10B | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated<br>Defendant: VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II; et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:21-cv-06374-BLF |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet; Consent Or Declination To Magistrate Judge Jurisdiction; Standing Order Re Civil Cases Judge Beth Labson Freeman; Notice Of Eligibility For Video Recording; Order Setting Initial Case Management Conference And ADR Deadlines; Joint Case Management Statement & [Proposed] Order

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Tue, Sep 7, 2021
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II
         195 S Milpitas Blvd, Milpitas, CA 95035

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Sep 7, 2021 in the ordinary course of business.

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $208.88

6. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

   09/08/2021
   (Date)                                    (Signature)



PROOF OF SERVICE                                6087210
BY MAIL                                          (4757724)

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On September 15, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 15, 2021, at Los Angeles, California.

                                                *s/ Pavithra Rajesh*
                                                Pavithra Rajesh