Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff Asif Mehedi*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge: Beth Labson Freeman |

STIP. AND ~~[PROPOSED]~~ ORDER VACATING INITIAL CMC AND RELATED DEADLINES
Case No. 5:21-cv-06374-BLF

1    WHEREAS, on August 18, 2021, Plaintiff Asif Mehedi ("Plaintiff") commenced the above-
2 captioned action against Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II ("View"),
3 Rao Mulpuri, and Vidul Prakash (collectively, "Defendants");

4    WHEREAS, on August 18, 2021, the Court issued an Order scheduling an Initial Case
5 Management Conference for November 18, 2021 at 11:00 a.m. and setting associated deadlines
6 pursuant to the Federal Rules of Civil Procedure, the Civil Local Rules, and the Alternative Dispute
7 Resolution Local Rules;

8    WHEREAS, this action is governed by the Private Securities Litigation Reform Act
9 ("PSLRA"), pursuant to which the Court is required to appoint lead plaintiff(s) and lead counsel;

10    WHEREAS, pursuant to the PSLRA, motions for appointment as lead plaintiff and approval
11 of lead counsel must be filed on or before October 18, 2021;

12    WHEREAS, Plaintiff and View stipulated, and the Court approved, among other things, that
13 within ten days after the Court has appointed lead plaintiff(s), the lead plaintiff(s) and Defendants
14 will propose a schedule for the filing of an amended complaint and response thereto (*see* Dkt. No.
15 11);

16    WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any
17 motion to dismiss, 15 U.S.C § 78u-4(b)(3)(B);

18    WHEREAS, the undersigned parties respectfully submit that, because the pleadings are not
19 yet set and in light of the PSLRA's discovery stay, good cause exists to vacate the Initial Case
20 Management Conference and related deadlines to be reset after the Court has an opportunity to rule
21 on Defendants' anticipated motion to dismiss;

22    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned,
23 subject to Court approval, as follows:

24    1.    The Initial Case Management Conference set for November 18, 2021 at 11:00 a.m.,
25 and all associated deadlines, are vacated and shall be reset after the Court has an opportunity to rule
26 on Defendants' anticipated motion to dismiss.

27

28

1  DATED:  October 14, 2021          GLANCY PRONGAY & MURRAY LLP

2                                    By:   /s/ Pavithra Rajesh
                                    Robert V. Prongay
3                                    Charles Linehan
                                    Pavithra Rajesh
4                                    1925 Century Park East, Suite 2100
                                    Los Angeles, California 90067
5                                    Telephone: (310) 201-9150
                                    Facsimile: (310) 201-9160
6                                    Email: rprongay@glancylaw.com
                                    Email: clinehan@glancylaw.com
7                                    Email: prajesh@glancylaw.com

8
                                    *Attorneys for Plaintiff Asif Mehedi*
9
10 DATED:  October 14, 2021          MUNGER, TOLLES & OLSON LLP

11                                   By:   /s/ John M. Gildersleeve
                                    Robert L. Dell Angelo
12                                   John M. Gildersleeve
                                    350 South Grand Avenue, 50th Floor
13                                   Los Angeles, California 90071
                                    Telephone: (213) 683-9100
14                                   Facsimile: (213) 687-3702
                                    Email: robert.dellangelo@mto.com
15                                   Email: john.gildersleeve@mto.com
16
                                    *Attorneys for Defendant View, Inc. f/k/a CF Finance*
17                                   *Acquisition Corp. II*

18
        Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.
19
   Dated: October 14, 2021            /s/ Pavithra Rajesh
20                                   Pavithra Rajesh

21                                    *        *        *

22      PURSUANT TO STIPULATION, IT IS SO ORDERED.

23
24 Dated: _October 14, 2021_
25                                   THE HONORABLE BETH LABSON FREEMAN
                                    UNITED STATES DISTRICT JUDGE
26
27
28

---

STIPULATION AND [PROPOSED] ORDER VACATING INITIAL CMC AND RELATED DEADLINES
Case No. 5:21-cv-06374-BLF                                                    2

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On October 14, 2021, I served true and correct copies of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the Northern District of California for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 14, 2021, at Los Angeles, California.

*/s/ Pavithra Rajesh*
Pavithra Rajesh