# Exhibit 3

**View, Inc. Loss Chart**
**between November 30, 2020 and August 16, 2021**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 5.128604651 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry Lin | 12/24/2020 | 100 | ($11.80) | ($1,180.00) | | | | | | | | |
| | 12/30/2020 | 100 | ($11.30) | ($1,130.00) | | | | | | | | |
| | 12/31/2020 | 500 | ($11.00) | ($5,500.00) | | | | | | | | |
| | 1/25/2021 | 300 | ($11.80) | ($3,540.00) | | | | | | | | |
| | 2/23/2021 | 1,000 | ($10.23) | ($10,230.00) | | | | | | | | |
| | 2/25/2021 | 1,000 | ($9.95) | ($9,950.00) | | | | | | | | |
| | 2/25/2021 | 1,000 | ($10.15) | ($10,150.00) | | | | | | | | |
| | | 4,000 | | ($41,680.00) | | | | | 4,000 | $20,514.42 | ($21,165.58) | |