# EXHIBIT C

# Financial Interest Analysis

**Company Name:** View, Inc.
**Ticker:** VIEW
**Class Period:** November 30, 2020 to August 16, 2021
**Name:** Feng Li

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/1/2021 | 200 | $8.0800 | -$1,616.0000 | | $0.0000 | -$1,616.00 |
| 7/8/2021 | 200 | $6.9400 | -$1,388.0000 | | $0.0000 | -$1,388.00 |
| 7/9/2021 | -200 | | $0.0000 | $7.1700 | $1,434.0000 | $1,434.00 |
| 7/27/2021 | 800 | $6.0000 | -$4,800.0000 | | $0.0000 | -$4,800.00 |
| 8/3/2021 | 1,000 | $6.0200 | -$6,020.0000 | | $0.0000 | -$6,020.00 |
| 8/5/2021 | 1,000 | $5.9900 | -$5,990.0000 | | $0.0000 | -$5,990.00 |
| 8/6/2021 | -2,000 | | $0.0000 | $6.2500 | $12,500.0000 | $12,500.00 |
| 8/11/2021 | 1,000 | $5.9100 | -$5,910.0000 | | $0.0000 | -$5,910.00 |
| 8/12/2021 | 1,000 | $5.8000 | -$5,800.0000 | | $0.0000 | -$5,800.00 |
| 8/13/2021 | 1,000 | $5.3000 | -$5,300.0000 | | $0.0000 | -$5,300.00 |
| 8/17/2021 | -4,000 | | $0.0000 | $4.0000 | $16,000.0000 | $16,000.00 |

**Shares Retained:** 0

|  | 90-Day Average Price | Shares Retained | |
|---|---|---|---|
| | $5.1211 | 0 | |

**Subtotal:** -$6,890.00
**90-Day Average:** $0.00
**Total:** -$6,890.00

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between August 17, 2021 and October 18, 2021.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.