# EXHIBIT C

**ROCHE FREEDMAN LLP**
Ivy T. Ngo (249860)
Constantine P. Economides (*pro hac vice* forthcoming)
Velvel (Devin) Freedman (*pro hac vice* forthcoming)
1 SE 3rd Avenue
Suite 1240
Miami, Florida 33131
T: (305) 971-5943
ingo@rochefreedman.com
ceconomides@rochefreedman.com
vel@rochefreedman.com

*Counsel for Movant Sweta Sonthalia*
*and Proposed Lead Counsel for the Class*

**LABATON SUCHAROW LLP**
David J. Schwartz (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
T: (212) 907-0870
F: (212) 883-7070
dschwartz@labaton.com

*Additional Counsel for Sweta Sonthalia*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | No. 5:21-cv-06374-BLF<br><br>**DECLARATION IN SUPPORT OF SWETA SONTHALIA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

**DECLARATION OF SWETA SONTHALIA**
**CASE NO. 5:21-cv-06374-BLF**

I, and Sweta Sonthalia, as an investor in The View, Inc. f/k/a CF Finance Acquisition Corp. II ("View") securities, declare as follows:

1.     I respectfully submit this declaration in support of my motion to be appointed lead plaintiff in the above-captioned action, and for approval of my selection of Roche Freedman LLP ("Roche Freedman") to be appointed as lead counsel for the putative class. I have personal knowledge of the facts set forth below relating to my activities, actions and beliefs, and would testify competently thereto.

2.     As set forth in my certifications, I purchased View securities between November 30, 2020 and August 16, 2021, dates inclusive, (the "Class Period") and suffered substantial losses. Because I suffered substantial losses as a result of my transactions in View securities during the Class Period, I am motivated to seek to obtain the best possible result for it and the proposed class.

3.     I, Sweta Sonthlia, am 43 years old and reside in Singapore. I have a Bachelor of Commerce and am the director of a private limited company. I have over 3 years of investing experience in the securities markets and purchased View securities based on my analysis of the security. I am motivated to recover my substantial loss in View for my own benefit and the benefit of all members of the Class.

4.     I am informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). I am also familiar with the obligations and fiduciary responsibilities a lead plaintiff owes to a class.

5.     I understand my responsibilities as class representative and as lead plaintiff, including the duty to provide fair and adequate representation to all members of the class, and will fulfill these responsibilities to the best of my abilities. I understand that my duties as lead plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class. In performing these duties, I will, among other things, review pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations. I intend to oversee the litigation in a manner that will best serve the interests of the class.

1

**DECLARATION OF SWETA SONTHALIA**
**CASE NO. 5:21-cv-06374-BLF**

6.     Prior to filing this motion, I participated in a conference call with counsel regarding this case. We discussed the claims against Defendants, my interest in serving as lead plaintiff, and the lead plaintiff's obligation to select lead counsel and to ensure that the class's claims will be efficiently and zealously prosecuted, without duplicative efforts, through oversight of proposed lead counsel. I understand that one of the lead plaintiff's primary responsibilities is to oversee the work of lead counsel to ensure that the litigation is handled efficiently. If appointed as lead plaintiff, I will monitor and direct the efforts and activities of its proposed lead counsel, Roche Freedman, in the prosecution of this action.

7.     Through supervision of Roche Freedman, I will ensure that the above-captioned action is prosecuted for the benefit of the class in an efficient and effective manner. In order to achieve this result, I plan on consulting with counsel regarding the prosecution of this lawsuit via telephone and email. I and my counsel have each other's contact information, and anyone may call for a meeting or conference call at any time, including on an emergency basis if necessary. I am able and willing to reconvene future calls, as well as attend in-person meetings, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of counsel if I am appointed as lead plaintiff. I do not foresee any problems communicating with counsel or staying abreast of the progress of this litigation.

8.     I decided, after careful consideration of different law firms, to select the law firms of Roche Freedman to serve as lead counsel for the putative class, and Labaton Sucharow LLP to serve as additional counsel. I am satisfied that my chosen counsel is experienced in prosecuting actions of this nature and capable of diligently prosecuting the class's claims under my supervision. I have instructed my counsel to conduct the litigation in an efficient manner and to provide updates regularly, or as frequently as necessary. I have also negotiated a cap in the attorney's fees of less than 33 1/3% of any class action settlement in this action.

9.     I am aware that I could select any counsel to represent me, and that I was not and is not required or compelled to recommend Roche Freedman as class counsel. By submitting this declaration, I am personally ratifying Roche Freedman as my choice for that role in this Litigation.

2

**DECLARATION OF SWETA SONTHALIA**
**CASE NO. 5:21-cv-06374-BLF**

10.    I have no interests antagonistic to the interests of the class and do not believe that I am subject to any unique defenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of October, 2021.

*Sweta Sonthalia*

Sweta Sonthalia

3

**DECLARATION OF SWETA SONTHALIA**
**CASE NO. 5:21-cv-06374-BLF**

**<u>CERTIFICATE OF SERVICE</u>**

I, Ivy T. Ngo, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 18th day of October 2021.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

**DECLARATION OF SWETA SONTHALIA**
**CASE NO. 5:21-cv-06374-BLF**