UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VIEW, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 21-cv-06374-BLF<br><br>**ORDER REQUESTING JOINT SUBMISSION IN SUPPORT OF MOTIONS TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL** |

On October 18, 2021, Sweta Sonthalia and Stadium Capital LLC each filed a Motion to Appoint Lead Plaintiff and Lead Counsel, each of which is now fully briefed. *See* ECF Nos. 27, 31, 46–49. The Court hereby DIRECTS Sweta Sonthalia and Stadium Capital LLC to jointly file a chart listing numerical calculations for their losses under the method of loss calculation each party urges the Court to adopt in support of the Motions. It would be helpful for the Court to receive this submission by Wednesday, January 5, 2022 at 5 p.m., although if the parties are unable to file by then, the Court can discuss the issue of the parties' loss calculations at the January 6, 2022 motion hearing.

**IT IS SO ORDERED.**

Dated: January 3, 2022

_____
BETH LABSON FREEMAN
United States District Judge