1   Laurence D. King (SBN 206423)
    Kathleen A. Herkenhoff (SBN 168562)
2   **KAPLAN FOX & KILSHEIMER LLP**
    1999 Harrison Street, Suite 1560
3   Oakland, CA 94612
    Telephone:  415-772-4700
4   Facsimile:   415-772-4707
    Emails: *lking@kaplanfox.com*
5           *kherkenhoff@kaplanfox.com*

6   *Counsel for Movant Stadium Capital LLC and*
    *Proposed Lead Counsel for the Proposed Class*
7
    **ROCHE FREEDMAN LLP**
8   Ivy T. Ngo (249860)
    Velvel (Devin) Freedman (*pro hac vice* forthcoming)
9   Constantine P. Economides (*pro hac vice* forthcoming)
    1 SE 3rd Avenue, Suite 1240
10  Miami, Florida 33131
    Telephone: 305-971-5943
11  Emails: *ingo@rochefreedman.com*
            *vel@rochefreedman.com*
12          *ceconomides@rochefreedman.com*

13  *Counsel for Movant Sweta Sonthalia and*
    *Proposed Lead Counsel for the Proposed Class*
14
    [Additional Counsel on Signature Page]
15

16              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
17                   **SAN JOSE DIVISION**

18

19  ASIF MEHEDI, Individually and on Behalf of      Case No.: 5:21-cv-06374-BLF
    All Others Similarly Situated,
20                                                  **CLASS ACTION**
                        Plaintiff,
21                                                  **JOINT SUBMISSION IN RESPONSE**
          v.                                        **TO THE COURT'S ORDER DATED**
22                                                  **JANUARY 3, 2022**
    VIEW, INC. f/k/a CF FINANCE
23  ACQUISITION CORP. II, RAO MULPURI,              Judge:  Hon. Beth L. Freeman
    and VIDUL PRAKASH,                              Courtroom:  3, 5th Floor
24
                        Defendants.
25

26

27

28

                                                           Case No. 5:21-cv-06374-BLF

In response to the Court's January 3, 2022 Order Requesting Joint Submission in Support of Motions to Appoint Lead Plaintiff and Lead Counsel (ECF No. 56), Stadium Capital LLC and Sweta Sonthalia respectfully submit a chart listing numerical calculations for their losses under the method(s) of loss calculation each party urges the Court to adopt in support of their Motions, attached hereto as Exhibit A.

DATED: January 5, 2022              Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By:   /s/   *Laurence D. King*
  Laurence D. King (SBN 206423)
  Kathleen A. Herkenhoff (SBN 168562)
  1999 Harrison Street, Suite 1560
  Oakland, CA 94612
  Telephone:  415-772-4700
  Facsimile:   415-772-4707
  *lking@kaplanfox.com*
  *kherkenhoff@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (*pro hac vice* to be filed)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone:  212-687-1980
Facsimile:   212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*juris@kaplanfox.com*

*Counsel for Movant Stadium Capital LLC and
Proposed Lead Counsel for the Proposed Class*

DATED: January 5, 2022              **ROCHE FREEDMAN LLP**

By:   /s/   *Ivy T. Ngo*
  Ivy T. Ngo (249860)
  Velvel (Devin) Freedman (*pro hac vice*
  forthcoming)
  Constantine P. Economides (*pro hac vice*
  forthcoming)
  1 SE 3rd Avenue, Suite 1240
  Miami, Florida 33131
  Telephone: 305-971-5943
  *ingo@rochefreedman.com*
  *vel@rochefreedman.com*
  *ceconomides@rochefreedman.com*

*Counsel for Movant Sweta Sonthalia and
Proposed Lead Counsel for the Proposed Class*

1

2

**LABATON SUCHAROW LLP**
David J. Schwartz (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: 212-907-0870
Facsimile: 212-883-7070
*dschwartz@labaton.com*

3

4

5

*Additional Counsel for Movant Sweta Sonthalia*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

I, Laurence D. King, attest that concurrence in the filing of this document has been

3

obtained from the other signatories. I declare under penalty of perjury that the foregoing is true

4

and correct.

5

6

Executed this 5th day of January, 2022, at Orinda, California.

7

8

*/s/ Laurence D. King*
Laurence D. King

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT SUBMISSION IN RESPONSE TO THE COURT'S ORDER DATED JANUARY 3, 2022