**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (*pro hac vice* to be filed)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue
New York, NY  10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC
and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR LEAD PLAINTIFF TO FILE AMENDED COMPLAINT AND TIME FOR DEFENDANTS' ANSWER OR RESPONSE**<br><br>**AS MODIFIED BY THE COURT**<br><br>Judge: Hon. Beth L. Freeman<br>Courtroom: 3, 5th Floor |

1    **WHEREAS,** on August 18, 2021, this proposed securities class action (the "Action") was commenced by Plaintiff Asif Mehedi against Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II ("View"), Rao Mulpuri and Vidul Prakash (collectively, the "Defendants");

**WHEREAS,** on September 15, 2021, Plaintiff Mehedi returned proof of service of the summons and initial complaint on Defendant View (ECF No. 9);

**WHEREAS,** pursuant to a September 20, 2021 Stipulation Extending Time to Respond to Initial Complaint (Civil Local Rule 6-1) (ECF No. 11), the time for Defendants to respond to any complaints in the Action was extended to a date after the Court's appointment of a lead plaintiff, with the appointed lead plaintiff and Defendants to confer within ten days of the appointment and submit a proposed schedule for filing an amended complaint (the "Amended Complaint") and briefing any anticipated Motion(s) to Dismiss;

**WHEREAS,** on October 14, 2021, this Court ordered that the Initial Case Management Conference previously set for November 18, 2021, and all associated deadlines be vacated until the Court has the opportunity to rule on the anticipated Motion(s) to Dismiss to be filed by Defendants (ECF No. 13);

**WHEREAS,** on January 4, 2022, Defendant View filed a Report on Form 8-K with the Securities and Exchange Commission stating that it expects to issue its restated 2019, 2020 and Q1 2021 financial statements, as well as its Q2 2021, Q3 2021 and full year 2021 financial statements, within the first quarter of 2022 (*i.e.*, by March 31, 2022) (collectively, the "Restatement");

**WHEREAS,** on February 8, 2022, the Court appointed Stadium Capital, LLC as Lead Plaintiff (ECF No. 67); and

**WHEREAS,** counsel for Lead Plaintiff and Defendants (the "Parties") agree that it would be efficient and promote judicial economy for Lead Plaintiff to review the Restatement, after it is filed, before finalizing and filing the Amended Complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** by and between the undersigned counsel for the Parties, subject to Court approval, as follows:

1.    Lead Plaintiff shall file an Amended Complaint by **April 19, 2022**;

2. Defendants shall file any answer or Motion(s) to Dismiss the Amended Complaint by **June 20, 2022**. **All Defendants are limited to a combined 25 pages in briefing Motion(s) to Dismiss, regardless of the number of briefs filed;**

3. If Defendants file any Motion(s) to Dismiss the Amended Complaint, Defendants shall coordinate with Lead Plaintiff to select a mutually convenient hearing date for the Motions, subject to the Court's procedures and availability;

4. Lead Plaintiff shall file any opposition(s) to the Motions by **August 4, 2022**. **Lead Plaintiff is limited to 25 pages in consolidated briefing, regardless of the number of briefs filed by Defendants**; ~~If Defendants file more than one brief in support of the Motion(s) to Dismiss, Lead Plaintiff may file a consolidated opposition with a total number of pages equal to the combined page count of Defendants' opening briefs;~~

5. Defendants shall file any reply or replies in further support of the Motion(s) to Dismiss by **September 2, 2022 limited to 15 pages**;

6. If the Restatement is not filed by March 31, 2022, Lead Plaintiff's deadline to file the Amended Complaint shall be stayed upon the filing, on or before **April 19, 2022**, of a notification by Lead Plaintiff to the Court that the Restatement has not been filed (the "Notice"). If Lead Plaintiff files the Notice, the Parties shall confer and, by **April 29, 2022**, submit to the Court a status report and stipulation and proposed order revising the schedule for filing the Amended Complaint and briefing any anticipated Motion(s) to Dismiss; and

7. Defendants Mulpuri and Prakash accept service of the summons and initial complaint in the Action and will not assert that service is not timely pursuant to Fed. R. Civ. P. 4(m), and Lead Plaintiff shall file returned proofs of service with the Court.

1  **IT IS SO STIPULATED**.

2  DATED: February 18, 2022     Respectfully submitted,

3  **MUNGER TOLLES & OLSON LLP**     **KAPLAN FOX & KILSHEIMER LLP**

4  By: /s/ *John Michael Gildersleeve*     By: /s/ *Kathleen A. Herkenhoff*
       John Michael Gildersleeve        Kathleen A. Herkenhoff

Robert Leo Dell Angelo     Laurence D. King (SBN 206423)
John Willis Berry     Kathleen A. Herkenhoff (SBN 168562)
John Michael Gildersleeve     Blair E. Reed (SBN 316791)
350 S. Grand Avenue, 50th Fl     1999 Harrison Street, Suite 1560
Los Angeles, CA 90071-3426     Oakland, CA 94612
Telephone: 213-683-9100     Telephone: 415-772-4700

*Counsel for Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II, and Rao Mulpuri*

Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (*pro hac vice* to be filed)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980

**MORRISON & FOERSTER LLP**

By: /s/ *Mark R.S. Foster*
      Mark R.S. Foster

*Lead Counsel for Lead Plaintiff Stadium Capital LLC and the Proposed Class*

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-268-7000

*Counsel for Defendant Vidul Prakash*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Kathleen A. Herkenhoff, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of February, 2022, at San Diego, California.

*/s/ Kathleen A. Herkenhoff*
Kathleen A. Herkenhoff

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | Pursuant to the above Stipulation, **IT IS SO ORDERED.** |

DATED: __February 22, 2022__                    /s/ Beth Labson Freeman
                                                                                 The Honorable Beth L. Freeman
                                                                                 United States District Judge