**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,

Defendants.

No. 5:21-cv-06374-BLF

**[PROPOSED] ORDER GRANTING SWETA SONTHALIA'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER APPOINTING LEAD PLAINTIFF AND APPROVING OF SELECTION OF COUNSEL (ECF NO. 67)**

Upon consideration of the Motion of Sweta Sonthalia for leave to file a motion for reconsideration of this Court's February 8, 2022 Order, appointing movant Stadium Capital as Lead Plaintiff and approving its selection of Kaplan Fox & Kilsheimer LLP as Lead Counsel (the "Lead Plaintiff Order") (ECF No. 67) and all supporting documents, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court's Lead Plaintiff Order, appointing Stadium Capital as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), and approving its selection of Lead Counsel for the Class in the above-reference Action, is VACATED.

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Ms. Sonthalia is appointed to serve as Lead Plaintiff in the Action.

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Ms. Sonthalia's selection of Roche Freedman LLP as Lead Counsel for the Class is approved.

5. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

    a. to coordinate the briefing and argument of any and all motions;

    b. to coordinate the conduct of any and all discovery proceedings;

    c. to coordinate the examination of any and all witnesses in depositions;

    d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

    e. to coordinate all settlement negotiations with counsel for defendants;

    f. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

    g. to coordinate the preparation and filings of all pleadings; and

    h. to supervise all other matters concerning this litigation.

6. Lead Counsel shall have authority to speak for the Lead Plaintiff in matters regarding pre-trial and trial procedure and settlement negotiations and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid

1

duplicative or unproductive effort. No settlement negotiations shall be conducted without the approval of Lead Counsel.

7. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the lead plaintiff and for the dissemination of Court orders and notices. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by the Lead Plaintiff except through Lead Counsel.

8. Lead Counsel shall be the contact between the Class and Defendants' counsel and shall serve as spokespersons for the Class. Lead Counsel shall act as the liaison between the Court and the Class.

9. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of the Lead Plaintiff, and such agreements shall be binding on the Lead Plaintiff.

IT IS SO ORDERED.


Dated: _____, 202__         _____

The Honorable Beth Labson Freeman
United States District Judge