
# EXHIBIT 1



**View Inc. f/k/a CF Finance Acquisition Corp. II (VIEW)**
Class Period: November 30, 2020 – August 16, 2021

1