**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | No.  5:21-cv-06374-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION OF SWETA SONTHALIA FOR STAY OF PROCEEDINGS PENDING DISPOSITION OF WRIT OF MANDAMUS** |

**[PROPOSED] ORDER – CASE NO. 5:21-cv-06374-BLF**

WHEREAS, on March 17, 2022, Lead Plaintiff Movant Sweta Sonthalia filed a Motion for Stay of Proceedings Pending Disposition of her Petition for Writ of Mandamus in the United States Court of Appeals for the Ninth Circuit (the "Mandamus Petition"); and

WHEREAS, it is well established that a court has the inherent power to control its docket and may stay proceedings for a number of purposes, including economy of time and effort.

AND NOW THIS ____ day of _____ 2022, the Court having considered Ms. Sonthalia's Motion for stay of proceedings pending disposition of her Mandamus Petition, and good cause appearing therefore, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. The Scheduling Order issued on February 22, 2022 (ECF No. 73) is **VACATED**.

2. The above-captioned action is **STAYED** in its entirety pending resolution of Ms. Sonthalia's Mandamus Petition.

3. The Court will issue a Scheduling Order following the Ninth Circuit's disposition of the Mandamus Petition.

**IT IS SO ORDERED.**

Dated: _____, 2022          _____
                                           The Honorable Beth Labson Freeman
                                           United States District Judge

1

**[PROPOSED] ORDER – CASE NO. 5:21-cv-06374-BLF**