# EXHIBIT D

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 20-73819 | **Docketed:** 12/30/2020 |
| George Mersho, et al v. USDC-AZP | **Termed:** 07/23/2021 |
| **Appeal From:** U.S. District Court for Arizona, Phoenix | |
| **Fee Status:** Due | |

**Case Type Information:**
   **1)** original proceeding
   **2)** non-paid mandamus/prohibition
   **3)** null

**Originating Court Information:**
   **District:** 0970-2 : 2:20-cv-01797-SPL
   **Trial Judge:** Steven Paul Logan, District Judge
   **Date Rec'd COA:**
   12/30/2020

**Prior Cases:**
  None

**Current Cases:**
  None

---

In re: GEORGE MERSHO

VINCENT CHAU

STANLEY KARCZYNSKI

-----------------------------

GEORGE MERSHO
          Petitioner,

Jeffrey Craig Block
Email: jeff@blockesq.com
[COR LD NTC Retained]
Block & Leviton, LLP
260 Franklin Street
Suite 1860
Boston, MA 02110

Jeremy Alan Lieberman, Esquire
Email: jalieberman@pomlaw.com
[COR LD NTC Retained]
Pomerantz, LLP
Firm: 212-661-1100
600 3rd Avenue
20th Floor
New York, NY 10016

Jacob Walker
Direct: 617-398-5600
Email: jake@blockesq.com
[COR LD NTC Retained]
Block & Leviton, LLP
260 Franklin Street
Suite 1860
Boston, MA 02110

Michael D. Gaines
Direct: 617-398-5600

Email: michael@blockleviton.com
[COR NTC Retained]
Block & Leviton, LLP
260 Franklin Street
Suite 1860
Bosotn, MA 02110

VINCENT CHAU
      Petitioner,

Jeffrey Craig Block
[COR LD NTC Retained]
(see above)

Jeremy Alan Lieberman, Esquire
[COR LD NTC Retained]
(see above)

Jacob Walker
Direct: 617-398-5600
[COR LD NTC Retained]
(see above)

Michael D. Gaines
Direct: 617-398-5600
[COR NTC Retained]
(see above)

STANLEY KARCZYNSKI, as the Nikola Investor Group II
      Petitioner,

Jeffrey Craig Block
[COR LD NTC Retained]
(see above)

Jeremy Alan Lieberman, Esquire
[COR LD NTC Retained]
(see above)

Jacob Walker
Direct: 617-398-5600
[COR LD NTC Retained]
(see above)

Michael D. Gaines
Direct: 617-398-5600
[COR NTC Retained]
(see above)

  v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX
      Respondent,

NIKOLA CORPORATION
      Real Party in Interest,

Asheesh Goel
Direct: 312-862-2000
Email: asheesh.goel@kirkland.com
[COR LD NTC Retained]
Kirkland & Ellis, LLP
300 N LaSalle Street
Chicago, IL 60654

Gabor Balassa
Direct: 312-862-2186
Email: gbalassa@kirkland.com
[COR NTC Retained]
Kirkland & Ellis, LLP
300 N LaSalle Street

Chicago, IL 60654

STEVE GIRSKY
  Real Party in Interest,

Asheesh Goel
Direct: 312-862-2000
[COR LD NTC Retained]
(see above)

Gabor Balassa
Direct: 312-862-2186
[COR NTC Retained]
(see above)

STEVE SHINDLER
  Real Party in Interest,

Asheesh Goel
Direct: 312-862-2000
[COR LD NTC Retained]
(see above)

Gabor Balassa
Direct: 312-862-2186
[COR NTC Retained]
(see above)

MARK RUSSELL
  Real Party in Interest,

Asheesh Goel
Direct: 312-862-2000
[COR LD NTC Retained]
(see above)

Gabor Balassa
Direct: 312-862-2186
[COR NTC Retained]
(see above)

KIM J. BRADY
  Real Party in Interest,

Asheesh Goel
Direct: 312-862-2000
[COR LD NTC Retained]
(see above)

Gabor Balassa
Direct: 312-862-2186
[COR NTC Retained]
(see above)

TREVOR R. MILTON
  Real Party in Interest,

Bradley J. Bondi
Direct: 212-701-3710
Email: bbondi@cahill.com
[COR LD NTC Retained]
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Peter J. Linken, Attorney
Direct: 212-701-3000
Email: plinken@cahill.com
[COR NTC Retained]
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

ANGELO BAIO
  Real Party in Interest,

Laurence Mathew Rosen, Esquire, Attorney
Direct: 212-686-1060
Email: lrosen@rosenlegal.com
Fax: 212-202-3827

[COR LD NTC Retained]
Laurence Rosen, ESQ.
Firm: 212-686-1060
275 Madison Avenue
40th Floor
New York, NY 10016-1101

Phillip Kim, Esquire, Attorney
Direct: 212-686-1060
Email: pkim@rosenlegal.com
Fax: 212-202-3827
[COR NTC Retained]
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016

Robert Kelsey Kry
Direct: 202-556-2010
Email: rkry@mololamken.com
[COR NTC Retained]
MoloLamken, LLP
600 New Hampshire Avenue, NW
Suite 500
Washington, DC 20037

DENNIS J. STACY, Sr.
      Real Party in Interest,

Danielle Suzanne Myers
Direct: 619-231-1058
Email: dmyers@rgrdlaw.com
Fax: 619-231-7423
[COR LD NTC Retained]
Robbins Geller Rudman & Dowd LLP
Suite 1900
655 West Broadway
San Diego, CA 92101

T3 TRADING GROUP
      Real Party in Interest,

Andrea Farah, Attorney
Direct: 914-997-0500
Email: afarah@lowey.com
[COR LD NTC Retained]
Lowey Dannenberg, PC
44 S Broadway
Suite 1100
White Plains, NY 10601

MAHJABIN DINYARIAN
      Real Party in Interest,

ALBERT HOLZMACHER
      Real Party in Interest,

Nicholas R. Diamand
Direct: 212-355-9500
Email: ndiamand@lchb.com
[COR LD NTC Retained]
Lieff Cabraser Heimann & Bernstein, LLP
8th Floor
250 Hudson Street
New York, NY 10013

MICHAEL WOOD
      Real Party in Interest,

Nicholas R. Diamand
Direct: 212-355-9500
[COR LD NTC Retained]
(see above)

TATE WOOD
      Real Party in Interest,

Nicholas R. Diamand
Direct: 212-355-9500
[COR LD NTC Retained]
(see above)

JOSEPH ROE
      Real Party in Interest,

Nicholas R. Diamand
Direct: 212-355-9500
[COR LD NTC Retained]
(see above)

PATRICK BROSTOWIN
      Real Party in Interest,

Michael Craig McKay, Esquire, Attorney
Direct: 480-681-7000
Email: mmckay@mckaylaw.us
[COR LD NTC Retained]
McKay Law LLC
5635 N. Scottsdale Road
Suite 170
Scottsdale, AZ 85250

NAYANKUMAR PATEL
      Real Party in Interest,

Charles H. Linehan, Attorney
Direct: 310-201-9150
Email: clinehan@glancylaw.com
Fax: 310-201-9160
[COR LD NTC Retained]
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Robert Vincent Prongay, Esquire, Attorney
Direct: 310-201-9150
Email: rprongay@glancylaw.com
Fax: 310-201-9160
[COR LD NTC Retained]
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

SHAHAB SANDHU
      Real Party in Interest,

NIKOLA INVESTOR GROUP
      Real Party in Interest,

Nicholas R. Diamand
Direct: 212-355-9500
[COR LD NTC Retained]
(see above)

In re:  GEORGE MERSHO; VINCENT CHAU; STANLEY KARCZYNSKI,

------------------------------

GEORGE MERSHO; VINCENT CHAU; STANLEY KARCZYNSKI, as the Nikola Investor Group II,

           Petitioners,

  v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,

           Respondent,

NIKOLA CORPORATION; STEVE GIRSKY; STEVE SHINDLER; MARK RUSSELL; KIM J. BRADY; TREVOR R. MILTON; ANGELO BAIO; DENNIS J. STACY, Sr.; T3 TRADING GROUP; MAHJABIN DINYARIAN; ALBERT HOLZMACHER; MICHAEL WOOD; TATE WOOD; JOSEPH ROE; PATRICK BROSTOWIN; NAYANKUMAR PATEL; SHAHAB SANDHU; NIKOLA INVESTOR GROUP,

           Real Parties in Interest.

| 12/30/2020 | ☐ 1<br>211 pg, 4.62 MB | ENTRY UPDATED (Attached Letter). ORIGINAL TEXT: FILED PETITION FOR WRIT OF MANDAMUS. DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. NOTIFIED REAL PARTIES IN INTEREST OF FILING. [11948887] . [11948887] --[Edited 12/30/2020 by BY] (BY) [Entered: 12/30/2020 02:06 PM] |
|---|---|---|
| 01/04/2021 | ☐ 2 | Filed (ECF) notice of appearance of Jeremy A. Lieberman (Pomerantz LLP, 600 Third Avenue, Floor 20, New York, NY 10016) for Petitioners George Mersho, Vincent Chau and Stanley Karczynski. Date of service: 01/04/2021. (Party was previously proceeding with counsel.) [11950329] [20-73819] (Lieberman, Jeremy) [Entered: 01/04/2021 07:54 AM] |
| 01/22/2021 | ☐ 3 | Terminated Unregistered Attorney Lauremce J Hasson for Shahab Sandhu in 20-73819. Counsel has filed non-opposition to requested relief in district court (DE 34) and will not be participating in this proceeding. [11975939] (SVG) [Entered: 01/22/2021 10:44 AM] |
| 01/22/2021 | ☐ 4 | Filed (ECF) notice of appearance of Bradley J. Bondi (Cahill Gordon & Reindell LLP, 1990 K Street, NW Suite 950, Washington, DC 20006) for Real Party in Interest Trevor R. Milton. Date of service: 01/22/2021. (Party was previously proceeding with counsel.) [11976770] [20-73819] (Bondi, Bradley) [Entered: 01/22/2021 11:18 AM] |
| 01/22/2021 | ☐ 5 | Filed (ECF) notice of appearance of Peter J. Linken (Cahill Gordon & Reindel LLP, 32 Old Slip, New York, NY 10005) for Real Party in Interest Trevor R. Milton. Date of service: 01/22/2021. (Party was previously proceeding with counsel.) [11977487] [20-73819] (Linken, Peter) [Entered: 01/22/2021 11:35 AM] |
| 01/22/2021 | ☐ 6 | Added Attorney(s) Peter J. Linken for party(s) Real Party in Interest Trevor R. Milton, in case 20-73819. [11978819] (RR) [Entered: 01/22/2021 04:10 PM] |
| 01/29/2021 | ☐ 7 | Terminated Unregistered Attorney Johnston de F. Whitman for Mahjabin Dinyarian in 20-73819 per counsel's email request. Client not participating in this proceeding. [11986357] (SVG) [Entered: 01/29/2021 02:08 PM] |
| 02/11/2021 | ☐ 8<br>2 pg, 119.68 KB | Filed order (WILLIAM C. CANBY, SUSAN P. GRABER and MICHELLE T. FRIEDLAND): This petition for a writ of mandamus raises issues that warrant an answer. See Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real parties in interest shall file an answer. The district court may elect to file an answer with this court or to issue a supplemental order and serve a copy on this court. Petitioners may file a reply within 7 days after service of the answer. The petition, answer(s), and any reply shall be referred to the next available argument panel. See 9th Cir. Gen. Ord. 3.3(f). The Clerk shall serve this order on the district court and District Judge Steven P. Logan. [12001450] (AF) [Entered: 02/11/2021 05:22 PM] |
| 02/18/2021 | ☐ 9 | This case is being considered for an upcoming oral argument calendar in San Francisco<br><br>Please review the San Francisco sitting dates for June 2021 and the 2 subsequent sitting months in that location at http://www.ca9.uscourts.gov/court_sessions. If you have an unavoidable conflict on any of the dates, please file **Form 32** **within 3 business days of this notice** using the CM/ECF filing type **Response to Case Being Considered for Oral Argument**. Please follow the form's instructions carefully.<br><br>When setting your argument date, the court will try to work around unavoidable conflicts; the court is not able to accommodate mere scheduling preferences. You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date.<br><br>If the parties wish to discuss settlement before an argument date is set, they should jointly request referral to the mediation unit by filing a letter **within 3 business days of this notice**, using CM/ECF (**Type of Document**: Correspondence to Court; **Subject**: request for mediation).[12008683]. [20-73819] (KS) [Entered: 02/18/2021 03:01 PM] |
| 02/22/2021 | ☐ 10 | Filed (ECF) notice of appearance of Gabor Balassa (Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654) for Real Parties in Interest Kim J. Brady, Steve Girsky, Nikola Corporation, Mark Russell and Steve Shindler. Date of service: 02/22/2021. (Party was previously proceeding with counsel.) [12011642] [20-73819] (Balassa, Gabor) [Entered: 02/22/2021 12:08 PM] |
| 02/23/2021 | ☐ 11 | Added Attorney Gabor Balassa for party(s) Real Party in Interest Kim J. Brady, Steve Girsky, Steve Shindler, Nikola Corporation, and Mark Russell. [12012950] (DJV) [Entered: 02/23/2021 08:21 AM] |
| 02/24/2021 | ☐ 12 | Filed (ECF) notice of appearance of Robert K. Kry (MoloLamken LLP, 600 New Hampshire Ave. N.W., Suite 500, Washington, D.C. 20037) for Real Party in Interest Angelo Baio. Date of service: 02/24/2021. (Party was previously proceeding with counsel.) [12014476] [20-73819] (Kry, Robert) [Entered: 02/24/2021 05:42 AM] |

| 02/24/2021 | ☐ | 13 | Filed (ECF) notice of appearance of Laurence M. Rosen (The Rosen Law Firm, P.A. 355 S. Grand Ave. Ste. 2450 Los Angeles, CA 90071) for Real Party in Interest Angelo Baio. Date of service: 02/24/2021. (Party was previously proceeding with counsel.) [12014700] [20-73819] (Rosen, Laurence) [Entered: 02/24/2021 09:21 AM] |
|---|---|---|---|
| 02/24/2021 | ☐ | 14 | Filed (ECF) notice of appearance of Phillip C. Kim (The Rosen Law Firm, P.A. 275 Madison Ave. 40th Floor New York, NY 10016) for Real Party in Interest Angelo Baio. Date of service: 02/24/2021. (Party was previously proceeding with counsel.) [12015192] [20-73819] (Kim, Phillip) [Entered: 02/24/2021 12:15 PM] |
| 02/24/2021 | ☐ | 15 | Added Attorney(s) Robert Kelsey Kry for party(s) Real Party in Interest Angelo Baio, in case 20-73819. [12015760] (RR) [Entered: 02/24/2021 03:53 PM] |
| 02/24/2021 | ☐ | 16 | Added Attorney(s) Phillip Kim for party(s) Real Party in Interest Angelo Baio, in case 20-73819. [12015775] (RR) [Entered: 02/24/2021 03:57 PM] |
| 02/25/2021 | ☐ | 17<br>50 pg, 2.83 MB | Filed (ECF) Real Party in Interest Angelo Baio answer to Writ of Mandamus petition. Date of service: 02/25/2021. [12016229] [20-73819] (Kry, Robert) [Entered: 02/25/2021 08:33 AM] |
| 03/04/2021 | ☐ | 18 | COURT DELETED INCORRECT ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [19]. Original Text: Submitted (ECF) Reply Brief for review. Submitted by Petitioners Vincent Chau, Stanley Karczynski and George Mersho. Date of service: 03/04/2021. [12024483] [20-73819] (Block, Jeffrey) [Entered: 03/04/2021 01:32 PM] |
| 03/04/2021 | ☐ | 19<br>19 pg, 106.07 KB | Filed (ECF) Petitioners Vincent Chau, Stanley Karczynski and George Mersho reply to answer to Writ of Mandamus petition. Date of service: 03/04/2021. [12024949]--[COURT ENTERED FILING to correct entry [18].] (SLM) [Entered: 03/04/2021 04:02 PM] |
| 03/05/2021 | ☐ | 20 | Filed (ECF) notice of appearance of Michael D. Gaines (Block & Leviton LLP, 260 Franklin St., Suite 1860, Boston, MA 02110) for Petitioners Vincent Chau, Stanley Karczynski and George Mersho. Date of service: 03/05/2021. (Party was previously proceeding with counsel.) [12025365] [20-73819] (Gaines, Michael) [Entered: 03/05/2021 07:42 AM] |
| 03/05/2021 | ☐ | 21 | Added Attorney(s) Michael D. Gaines for party(s) Petitioner George Mersho Petitioner Vincent Chau Petitioner Stanley Karczynski, in case 20-73819. [12025617] (JFF) [Entered: 03/05/2021 10:08 AM] |
| 04/04/2021 | ☐ | 22 | Notice of Oral Argument on Friday, June 18, 2021 - 09:00 A.M. - Courtroom 3 - Scheduled Location: San Francisco CA.<br>The hearing time is the local time zone at the scheduled hearing location.<br><br>View the Oral Argument Calendar for your case **here**.<br><br>NOTE: Although your case is currently scheduled for oral argument, the panel may decide to submit the case on the briefs instead. *See* Fed. R. App. P. 34. Absent further order of the court, if the court does determine that oral argument is required in this case, any argument **will** be held with **all** attorneys appearing remotely by video or telephone. The court **strongly prefers** video arguments whenever possible. Travel to a courthouse will not be required. If the panel determines that it will hold oral argument, the Clerk's Office will be in contact with you directly at least two weeks before the set argument date to make any necessary arrangements for remote appearance.<br><br>Be sure to review the GUIDELINES for important information about your hearing, including when to be available (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible).<br><br>If you are the specific attorney or self-represented party who will be arguing, use the **ACKNOWLEDGMENT OF HEARING NOTICE** filing type in CM/ECF no later than 21 days before Friday, June 18, 2021. No form or other attachment is required. If you will not be arguing, do not file an acknowledgment of hearing notice.[12062852]. [20-73819] (KS) [Entered: 04/04/2021 06:10 AM] |
| 05/28/2021 | ☐ | 23 | Filed (ECF) Acknowledgment of hearing notice by Attorney Mr. Robert Kelsey Kry for Real Party in Interest Angelo Baio. Hearing in San Francisco on 06/18/2021 at 09:00 A.M. (Courtroom: Courtroom 3, 3rd Floor Rm 307). Filer sharing argument time: No. Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 05/28/2021. [12127683] [20-73819] (Kry, Robert) [Entered: 05/28/2021 07:54 AM] |
| 05/28/2021 | ☐ | 24 | Filed (ECF) Acknowledgment of hearing notice by Attorney Jeffrey Craig Block for Petitioners Vincent |

| | | | |
|---|---|---|---|
| | | | Chau, Stanley Karczynski and George Mersho. Hearing in San Francisco on 06/18/2021 at 09:00 A.M. (Courtroom: Courtroom 3, 3rd Floor Rm 307). Filer sharing argument time: No. Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 05/28/2021. [12127710] [20-73819] (Block, Jeffrey) [Entered: 05/28/2021 08:29 AM] |
| 05/29/2021 | ☐ | 25 | Filed (ECF) Acknowledgment of hearing notice by Attorney Gabor Balassa for Real Parties in Interest Kim J. Brady, Steve Girsky, Nikola Corporation, Mark Russell and Steve Shindler. Hearing in San Francisco on 06/18/2021 at 09:00 A.M. (Courtroom: Courtroom 3). Filer sharing argument time: No. Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 05/29/2021. [12128778] [20-73819] (Balassa, Gabor) [Entered: 05/29/2021 06:55 PM] |
| 06/18/2021 | ☐ | 26 | ARGUED AND SUBMITTED TO MILAN D. SMITH, JR., LAWRENCE VANDYKE and ANDREW P. GORDON. [12148045] (KT) [Entered: 06/18/2021 10:25 AM] |
| 06/18/2021 | ☐ | 27 <br> 1 pg, 7.76 MB | Filed Audio recording of oral argument. <br> **Note:** Video recordings of public argument calendars are available on the Court's website, at http://www.ca9.uscourts.gov/media/ <br> [12149291] (BJK) [Entered: 06/21/2021 12:30 PM] |
| 07/23/2021 | ☐ | 28 <br> 21 pg, 221.38 KB | FILED OPINION (MILAN D. SMITH, JR., LAWRENCE VANDYKE and ANDREW P. GORDON) We grant Mersho, Chau, and Karczynski's petition for a writ of mandamus to the extent it seeks to vacate the district court's order appointing Angelo Baio as lead plaintiff. We remand to the district court to redetermine the lead plaintiff in a manner that is consistent with this opinion. WRIT GRANTED IN PART. Judge: APG Authoring. FILED AND ENTERED JUDGMENT. [12180906] (AKM) [Entered: 07/23/2021 08:08 AM] |
| 09/20/2021 | ☐ | 29 <br> 1 pg, 147.99 KB | Filed (ECF) Real Party in Interest Angelo Baio Correspondence: inquiry regarding mandate. Date of service: 09/20/2021 [12233170] [20-73819] (Kry, Robert) [Entered: 09/20/2021 12:53 PM] |

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0　　**Selected Size:** 0 KB

View Selected

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| U.S. Court of Appeals for the 9th Circuit - 02/23/2022 09:24:47 | | | |
| **PACER Login:** | Roche123 | **Client Code:** | 1064.000 |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 20-73819 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |