1  **KAPLAN FOX & KILSHEIMER LLP**
   Laurence D. King (SBN 206423)
2  Kathleen A. Herkenhoff (SBN 168562)
   Blair E. Reed (SBN 316791)
3  1999 Harrison Street, Suite 1560
   Oakland, CA 94612
4  Telephone:  415-772-4700
   Facsimile:   415-772-4707
5  *lking@kaplanfox.com*
   *kherkenhoff@kaplanfox.com*
6  *breed@kaplanfox.com*

7  **KAPLAN FOX & KILSHEIMER LLP**
   Frederic S. Fox (admitted *pro hac vice*)
8  Donald R. Hall (admitted *pro hac vice*)
   Jason A. Uris (admitted *pro hac vice*)
9  850 Third Avenue
   New York, NY  10022
10 Telephone:  212-687-1980
   Facsimile:   212-687-7714
11 *ffox@kaplanfox.com*
   *dhall@kaplanfox.com*
12 *juris@kaplanfox.com*

13 *Lead Counsel for Lead Plaintiff Stadium Capital LLC
   and for the Proposed Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>     Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**<u>CLASS ACTION</u>**<br><br>**CERTIFICATION OF DONALD R. HALL, JR. PURSUANT TO CIVIL LOCAL RULE 3-7(d)**<br><br>Judge:  Hon. Beth L. Freeman |

1  I, Donald R. Hall, Jr., make this certification pursuant to Civil Local Rule 3-7(d) of the
2  United States District Court for the Northern District of California:
3  I am seeking to serve as class counsel in this action, which is governed by the Private
4  Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).
5  I do not directly own or otherwise have a beneficial interest in the securities that are the
6  subject of this action.
7  I declare under penalty of perjury that the foregoing is true and correct.  If called as a
8  witness, I could and would competently testify thereto.
9  Executed this 19th day of April, 2022 at New York, New York.

                                                      */s/ Donald R. Hall, Jr.*
                                                      Donald R. Hall, Jr.