| | |
|---|---|
| 1 | Laurence D. King (SBN 206423) |
| | Kathleen A. Herkenhoff (SBN 168562) |
| 2 | Blair E. Reed (SBN 316791) |
| | KAPLAN FOX & KILSHEIMER LLP |
| 3 | 1999 Harrison Street, Suite 1560 |
| | Oakland, CA 94612 |
| 4 | Telephone: 415-772-4700 |
| | Facsimile: 415-772-4707 |
| 5 | Emails: *lking@kaplanfox.com* |
| |          *kherkenhoff@kaplanfox.com* |
| 6 |          *breed@kaplanfox.com* |
| 7 | [Additional Counsel on Signature Page] |
| 8 | *Lead Counsel for Lead Plaintiff Stadium Capital LLC and the Proposed Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:21-cv-06374-BLF |
| Plaintiff, | **CLASS ACTION** |
| v. | **LEAD PLAINTIFF STADIUM CAPITAL LLC'S NOTICE PURSUANT TO ECF NO. 73** |
| VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH, | Judge: Hon. Beth L. Freeman |
| | Courtroom: 3, 5th Floor |
| Defendants. | |

1   TO THE COURT AND ALL PARTIES OF RECORD:

2   Pursuant to ECF No. 73, Lead Plaintiff Stadium Capital LLC ("Lead Plaintiff") hereby

3   provides notice that View, Inc. ("View") has not yet filed its Restatement (as defined in ECF

4   No. 73). On April 13, 2022, View issued a press release, filed with a Form 8-K with the U.S.

5   Securities and Exchange Commission, indicating it would file the Restatement in May 2022.

6   Accordingly, Lead Plaintiff provides this notice pursuant to paragraph 6 of ECF No. 73 that

7   it will confer with counsel for Defendants View, Rao Mulpuri and Vidul Prakash, and submit a

8   status report and stipulation and proposed order revising the schedule for filing the Amended

9   Complaint and briefing Motion(s) to Dismiss by April 29, 2022.

DATED: April 19, 2022              Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By:  /s/  *Kathleen A. Herkenhoff*
         Kathleen A. Herkenhoff

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316971)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC and the Proposed Class*