| | |
|---|---|
| 1 | Laurence D. King (SBN 206423) |
| 2 | Kathleen A. Herkenhoff (SBN 168562) |
|   | Blair E. Reed (SBN 316971) |
| 3 | **KAPLAN FOX & KILSHEIMER LLP** |
|   | 1999 Harrison Street, Suite 1560 |
| 4 | Oakland, CA 94612 |
|   | Telephone: 415-772-4700 |
| 5 | Facsimile:  415-772-4707 |
|   | Emails: *lking@kaplanfox.com* |
| 6 | *kherkenhoff@kaplanfox.com* |
|   | *breed@kaplanfox.com* |
| 7 | **KAPLAN FOX & KILSHEIMER LLP** |
|   | Frederic S. Fox (admitted *pro hac vice*) |
| 8 | Donald R. Hall (admitted *pro hac vice*) |
|   | Jason A. Uris (admitted *pro hac vice*) |
| 9 | 850 Third Avenue |
|   | New York, NY 10022 |
| 10 | Telephone: 212-687-1980 |
|    | Facsimile:  212-687-7714 |
| 11 | *ffox@kaplanfox.com* |
|    | *dhall@kaplanfox.com* |
| 12 | *juris@kaplanfox.com* |
| 13 | *Lead Counsel for Lead Plaintiff Stadium Capital LLC and the Proposed Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:21-cv-06374-BLF |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP, | **PROOF OF SERVICE OF SUMMONS, AMENDED COMPLAINT, AND RELATED CASE DOCUMENTS** |
| Defendants. | |

Laurence D. King  SBN:  206423
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
(415) 772-4700

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

**Asif Mehedi**  Plaintiff(s)

v.

**View, Inc., et al.**  Defendant(s)

**CASE NUMBER:** 5:21-cv-06374-BLF

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☑ Summons  ☑ Amended Complaint  ☐ Third Party Complaint
      ☑ Complaint  ☐ Second Amended Complaint  ☐ Counter Claim
      ☐ Alias Summons  ☐ Third Amended Complaint  ☐ Cross Claim
      ☑ other **See attached Document List**

2. **Person served:**

   a. ☑ Defendant *(name:)* **PricewaterhouseCoopers LLP**
   b. ☑ Other *(specify name and title or relationship to the party/business named)*:
      **Tim Ryan - Senior Partner**
   c. ☑ Address where the papers were served: **488 Almaden Blvd Ste 1800**
      **San Jose, CA 951102768**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☑ By **Substituted Service.** By leaving copies: **Rhonda Newman - Assistant & Authorized to Accept**
      Age: 40's    Weight: 145lbs    Hair: Blonde    Sex: Female
      Height: 5'4"    Eyes: Blue    Race: Caucasian    Marks:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☑ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☑ **Papers were served on** *(date):* **7/25/2022** at *(time):* **11:55 AM**
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ **papers were mailed on** Jul 25, 2022 - DECLARATION OF MAILING ATTACHED
      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

Nationwide Legal, LLC
1625 Clay Street 4th Floor
Oakland, CA 94612
Phone: (510) 444-4690   Fax: (510) 444-4529

Continued from Proof of Service

| | | | |
|---|---|---|---|
| **CLIENT:** | KAPLAN FOX & KILSHEIMER LLP | | |
| **CLIENT FILE #:** | View, Inc. | **DATE:** | July 25, 2022 |
| **SUBJECT:** | PricewaterhouseCoopers LLP | | |
| **SERVED:** | Rhonda Newman - Assistant & Authorized to Accept | | |

```
Summons; Complaint; Amended Complaint; Standing Order re Civil
Cases Judge Beth Labson Freeman; Standing Order re Civil Bench
Trials Judge Beth Labson Freeman; Standing Order re Civil Jury
Trials Judge Beth Labson Freeman; Standing Order for All Judges of
the Northern District of California; ECF Registration Information;
Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
Notice of Lawsuit and Request to Waive Service of a Summons; Waiver
of Service of Summons; Order Setting Initial Case Management
Conference and ADR Deadlines; Stip and Order Vacating Initial Case
Management Conference and Related Deadlines; Order Appointing Lead
Plaintiff and Lead Counsel; Stip and Order Setting Schedule to File
Amended Complaint and Time for Defendants' Answer or Response; Order
Denying Motion for Leave to File Motion for Reconsideration of Order
Appointing Lead Plaintiff and Approving Selection of Counsel; Order
Denying Sweta Sonthalia's Motion for Stay of Proceedings Pending
Disposition of Writ Mandamus; Joint Status Report; Stip and Order
Revising Schedule for Lead Plaintiff to File Amended Complaint and
Time for Defendants' Answer or Response
```

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      **Title of person served:**

      **Date and time of service:** *(date):*  at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   **Giovanna Garrido**
   **Nationwide Legal, LLC**
   **1625 Clay Street 4th Floor**
   **Oakland, CA 94612**
   **(510) 444-4690**

   a. Fee for service: $ **327.45**
   b. ☑ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :
      County:

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **July 25, 2022**    _____**Giovanna Garrido**_____    _____
                           *Type or Print Server's Name*                    *(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)                                                                    PAGE 2
                                                                                SF102528

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>Laurence D. King, SBN: 206423<br>KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>TELEPHONE No.: (415) 772-4700   FAX No. (Optional):   E-MAIL ADDRESS (Optional): | | FOR COURT USE ONLY |
| Attorney for: Plaintiff(s) Lead Plaintiff Stadium Capital LLC | Ref No. or File No.:<br>View, Inc. | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA | | |
| Petitioner: Asif Mehedi<br>Respondent: View, Inc., et al. | | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>5:21-cv-06374-BLF |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Amended Complaint; Standing Order re Civil Cases Judge Beth Labson Freeman; Standing Order re Civil Bench Trials Judge Beth Labson Freeman; Standing Order re Civil Jury Trials Judge Beth Labson Freeman; Standing Order for All Judges of the Northern District of California; ECF Registration Information; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request to Waive Service of a Summons; Waiver of Service of Summons; Order Setting Initial Case Management Conference and ADR Deadlines; Stip and Order Vacating Initial Case Management Conference and Related Deadlines; Order Appointing Lead Plaintiff and Lead Counsel; Stip and Order Setting Schedule to File Amended Complaint and Time for Defendants' Answer or Response; Order Denying Motion for Leave to File Motion for Reconsideration of Order Appointing Lead Plaintiff and Approving Selection of Counsel; Order Denying Sweta Sonthalia's Motion for Stay of Proceedings Pending Disposition of Writ Mandamus; Joint Status Report; Stip and Order Revising Schedule for Lead Plaintiff to File Amended Complaint and Time for Defendants' Answer or Response

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

   a. Date of Mailing:        July 25, 2022
   b. Place of Mailing:       Oakland, CA
   c. Addressed as follows:   PricewaterhouseCoopers LLP
                              ATTENTION: Tim Ryan - Senior Partner
                              488 Almaden Blvd Ste 1800
                              San Jose, CA 95110-2768

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $ 327.45
Nationwide Legal, LLC REG: 12-234648
1625 Clay Street 4th Floor
Oakland, CA 94612
(510) 444-4690
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 25, 2022.

Signature: _____
Lovielyn Dawn Alicante

PROOF OF SERVICE BY MAIL

Order#: SF102528/mailproof