Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316971)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Emails: *lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**<u>CLASS ACTION</u>**<br><br>**PROOF OF SERVICE OF SUMMONS, AMENDED COMPLAINT, AND RELATED CASE DOCUMENTS** |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ASIF MEHEDI, Individually, and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., and PRICEWATERHOUSECOOPERS LLP, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:21-cv-06374-BLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Charlotte S. Blechman
511 E. 80th Street, Apt. 11D
New York, NY 10075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: 7/19/2022                                                        *Susie F. Barrera*
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-cv-06374-BLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)* July 25, 2022

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
Mr. Lopez , a person of suitable age and discretion who resides there,
on *(date)* 7/25/22 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9-8-22

/S/ Benjamin S. Lamb
*Server's signature*

Benjamin S. Lamb
*Printed name and title*

21 Pulaski Rd. Unit 159, Kingspont, NY 11754
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL, LTD
7800 GLENROY ROAD MINNEAPOLIS, MN 55439

PH: (800) 328-7171

Case Number: 5:21-cv-06374-BLF
Date Filed: 07/19/2022
Court Date:

ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated

*Plaintiff*

vs
VIEW, INC., et al

*Defendant*

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

**AFFIDAVIT OF SERVICE**

Benjamin Lamb, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of Connecticut.

That on **7/26/2022**, at **1:45 PM** at **511 EAST 80TH STREET, APT. 11D, NEW YORK, NY 10075**, Deponent served the within **SUMMONS AND AMENDED COMPLAINT**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **CHARLOTTE S. BLECHMAN**, therein named, (hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Mr. Lopez a person of suitable age and discretion.**

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **Mr. Lopez** is as follows:

**Sex:** Male   **Color of skin:** Brown   **Color of hair:** Black/Gray   **Age:** 50
**Height:** 5" 4" - 5" 8"   **Weight:** Over 200 Lbs.   **Other:** mustache, beard.

On **July 27, 2022**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on
7/29/2022

Gail Kagan
Notary Public State of New York
NO. 01KA6094470
Qualified in Westchester County
Commission Expires June 23, 2023

Client's File No.: 162716-0003

Process Server, Please Sign
Benjamin Lamb
Lic# 1071492-DCA
Job #: 2005266

PROFESSIONAL PROCESS SERVERS OF NY, LLC, 130 1ST AVENUE, KINGS PARK, NY 11754 - 2096454-DCA