# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>VIEW, INC., et al.,<br><br>          Defendants. | Case No. 21-cv-06374-BLF<br><br>**ORDER GRANTING STIPULATION REGARDING JOINT PROPOSED BRIEFING SCHEDULE AS MODIFIED BY THE COURT**<br><br>[Re: ECF No. 109] |

On August 15, 2022, the parties filed a stipulation seeking to continue the date for Defendants to answer Lead Plaintiff's amended complaint and setting a briefing schedule on any motion to dismiss Defendants choose to file. *See* ECF No. 109. The Court hereby GRANTS the stipulation. The Court further orders that any motions to dismiss filed by Defendants SHALL be limited to 30 pages total across all Defendants—regardless of the number of separate briefs. Any opposition to Defendants' motion(s) SHALL be limited to 30 pages. Any reply SHALL be limited to 15 pages.

**IT IS SO ORDERED.**

Dated: August 16, 2022

_____
BETH LABSON FREEMAN
United States District Judge