UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING AN INCREASE IN THE PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS** |

1  Having considered Defendants' Administrative Motion Requesting an Increase in the Page
2  Limits for Briefing on Defendants' Motions to Dismiss, the Court rules as follows:
3  Defendants' opening briefs in support of their motions, in aggregate, shall be 40 pages or
4  less.  Plaintiff's opposition shall be 40 pages or less.  Defendants' reply briefs, in aggregate, shall
5  be 20 pages or less.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Beth Labson Freeman
United States District Judge