Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316971)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
Emails: *lking@kaplanfox.com*
        *kherkenhoff@kaplanfox.com*
        *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
        *ffox@kaplanfox.com*
        *dhall@kaplanfox.com*
        *juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital
LLC and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP, <br><br> Defendants. | Case No.: 5:21-cv-06374-BLF <br><br> <u>CLASS ACTION</u> <br><br> **LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING AN INCREASE IN THE PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS** |

Case No. 5:21-cv-06374-BLF

LEAD PLTF'S OPPOSITION TO DEFS' ADMIN. MOT. REQUESTING AN INCREASE IN PAGE LIMITS FOR BRIEFING ON MTD

On September 16, 2022, Defendants filed an administrative motion (the "Motion") to request an increase in the page limits for the parties' briefing on Defendants' anticipated motions to dismiss [Dkt. 129].

Lead Plaintiff Stadium Capital LLC ("Lead Plaintiff") does not consent to the relief requested in the Motion.  The Amended Complaint for Violations of the Federal Securities Laws ("Amended Complaint") [Dkt. No. 96] was filed on the docket at the time the Court set the page limits in the Order Granting Stipulation Regarding Joint Proposed Briefing Schedule as Modified by the Court (the "Order") [Dkt. No. 116].  Accordingly, Lead Plaintiff advised Defendants of its understanding and position that the Court considered the counts asserted in the Amended Complaint as to each of the Defendants when entering the Order.

If the Court grants the Motion, however, Lead Plaintiff respectfully requests that it be granted an equivalent number of pages for its opposition brief as are allowed, in total, for the Defendants' opening brief(s).

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED:  September 19, 2022

By:   /s/ *Kathleen A. Herkenhoff*
　　　　Kathleen A. Herkenhoff

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316971)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone:  212-687-1980
Facsimile:   212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC
and the Proposed Class*

LEAD PLTF'S OPPOSITION TO DEFS' ADMIN. MOT. REQUESTING AN INCREASE IN PAGE LIMITS FOR BRIEFING ON MTD