JOHN W. BERRY (SBN 295760)
john.berry@mto.com
JOHN M. GILDERSLEEVE (SBN 284618)
john.gildersleeve@mto.com
LAUREN C. BARNETT (SBN 304301)
lauren.barnett@mto.com
BRIAN R. BOESSENECKER (SBN 331409)
brian.boessenecker@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*
*View, Inc. f/k/a CF Finance Acquisition Corp. II,*
*Rao Mulpuri, Nigel Gormly, Toby Cosgrove,*
*Lisa Picard, Tom Cheung, Tom Patterson, and*
*Bill Veghte*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case 5:21-cv-06374-BLF<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY VIEW DEFENDANTS** |

-1-

[PROPOSED] ORDER GRANTING VIEW DEFENDANTS' MOTION TO DISMISS

-2-

The motion to dismiss filed by Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II, Rao Mulpuri, Nigel Gormly, Toby Cosgrove, Lisa Picard, Tom Cheung, Tom Patterson, and Bill Veghte (the "View Defendants") was heard on April 20, 2023.  Having considered the motion, the Memorandum of Points and Authorities filed in support of the motion, the opposition and reply papers, and the arguments of counsel, the Court GRANTS the motion and dismisses Counts I, II, III, VI, VII, VIII with prejudice insofar as they are pleaded against the View Defendants.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Hon. Beth Labson Freeman
United States District Judge

[PROPOSED] ORDER GRANTING VIEW DEFENDANTS' MOTION TO DISMISS