JOHN W. BERRY (SBN 295760)
john.berry@mto.com
JOHN M. GILDERSLEEVE (SBN 284618)
john.gildersleeve@mto.com
LAUREN C. BARNETT (SBN 304301)
lauren.barnett@mto.com
BRIAN R. BOESSENECKER (SBN 331409)
brian.boessenecker@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*
*View, Inc. f/k/a CF Finance Acquisition Corp. II,*
*Rao Mulpuri, Nigel Gormly, Toby Cosgrove,*
*Lisa Picard, Tom Cheung, Tom Patterson, and*
*Bill Veghte*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case 5:21-cv-06374-BLF<br><br>CLASS ACTION<br><br>**DECLARATION OF BRIAN R. BOESSENECKER IN SUPPORT OF CERTAIN DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF INCORPORATED DOCUMENTS**<br><br>Filed Concurrently:<br><br>- Notice of Motion & Motion to Dismiss<br>- Memorandum of Points & Authorities<br>- [Proposed] Order<br><br>Judge:  Hon. Beth Labson Freeman<br>Date:   April 20, 2023<br>Time:  9:00 a.m.<br>Ctrm:  3 |

-1-

DECLARATION OF BRIAN R. BOESSENECKER ISO CERTAIN DEFS.' RJN

## DECLARATION OF BRIAN R. BOESSENECKER

I, Brian R. Boessenecker, declare:

1.      I am counsel for Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II ("CF II"), Rao Mulpuri, Nigel Gormly, Toby Cosgrove, Lisa Picard, Tom Cheung, Tom Patterson, and Bill Veghte.  I make this declaration in support of the request for judicial notice and consideration of incorporated documents by all Defendants except for Vidul Prakash in support of their respective motions to dismiss.  Consistent with Section IV.H of Judge Freeman's standing order, portions of exhibits cited by Defendants are highlighted in yellow.

2.      Attached as **Exhibit 1** is a true and accurate copy of View, Inc.'s (then named CF II) Form S-1/A filed with the Securities and Exchange Commission ("SEC") on August 18, 2020.

3.      Attached as **Exhibit 2** is a true and accurate copy of View, Inc.'s (then named CF II) Form S-4 filed with the SEC on December 23, 2020.  Exhibit 2 is referenced throughout Plaintiff's Amended Complaint.  *See, e.g.*, Am. Compl. (Dkt. No. 96) at ¶¶ 1, 36-41, 50, 56, 69-70, 72, 80-84, 91-92.

4.      Attached as **Exhibit 3** is a true and accurate copy of Exhibit 3.1 to View, Inc.'s (then named CF II) Form S-4 filed with the SEC on December 23, 2020, which contains CF II's Amended and Restated Certificate of Incorporation dated August 26, 2020.

5.      Attached as **Exhibit 4** is a true and accurate copy of View, Inc.'s (then named CF II) Rule 424(b)(3) amended prospectus ("Proxy Statement") filed with the SEC on February 16, 2021.  Exhibit 4 is referenced throughout Plaintiff's Amended Complaint.  *See, e.g.*, Am. Compl. at ¶¶ 1, 24, 26-33, 36-46, 91-93, 130-171.

6.      Attached as **Exhibit 5** is a true and accurate copy of View, Inc.'s Form 8-K filed with the SEC on March 8, 2021.  Exhibit 5 is referenced throughout Plaintiff's Amended Complaint.  *See* Am. Compl. at ¶¶ 76, 94.

7.      Attached as **Exhibit 6** is a true and accurate copy of View, Inc.'s Form 8-K filed with the SEC on March 12, 2021.  Exhibit 6 is referenced throughout Plaintiff's Amended Complaint. *See* Am. Compl. at ¶¶ 25, 53, 95-101, 106.

DECLARATION OF BRIAN R. BOESSENECKER ISO CERTAIN DEFS.' RJN

8.      Attached as **Exhibit 7** is a true and accurate copy of View, Inc.'s Form S-1 filed with the SEC on April 7, 2021.  Exhibit 7 is referenced throughout Plaintiff's Amended Complaint.  *See* Am. Compl. at ¶¶ 24-30, 53, 102-106.

9.      Attached as **Exhibit 8** is a true and accurate copy of the Financial Accounting Standards Board's ("FASB") publicly available Accounting Standards Codification ("ASC") Section 460-10-25, which contains subsection 460-10-25-5.

10.      Attached as **Exhibit 9** is a true and accurate copy of the FASB's publicly available ASC Section 450-20-25, which contains subsection 450-20-25-2.

11.      Attached as **Exhibit 10** is a true and accurate copy of Exhibit 99.1 to View, Inc.'s Form 8-K filed with the SEC on March 7, 2022.  Exhibit 10 is referenced throughout Plaintiff's Amended Complaint.  *See* Am. Compl. at ¶¶ 10, 120-121.

12.      Attached as **Exhibit 11** is a true and accurate copy of View, Inc.'s Form 8-K filed with the SEC on May 31, 2022.  Exhibit 11 is referenced throughout Plaintiff's Amended Complaint. *See* Am. Compl. at ¶¶ 14, 60, 125-126, 128.

13.      Attached as **Exhibit 12** is a true and accurate copy of View, Inc.'s Form 10-K filed with the SEC on June 15, 2022.  Exhibit 12 is referenced throughout Plaintiff's Amended Complaint. *See, e.g.*, Am. Compl. at ¶¶ 15, 58, 127-129, 233, 240.

14.      Attached as **Exhibit 13** is a true and accurate copy of a table of daily share price data for View, Inc. (VIEW) from August 16, 2021 to September 30, 2021, obtained from Yahoo! Finance.

15.      Attached as **Exhibit 14** is a true and accurate copy of View, Inc.'s Form 8-K filed with the SEC on November 9, 2021.

16.      Attached as **Exhibit 15** is a true and accurate copy of View, Inc.'s Request for Withdrawal of Registration Statement on Form S-1 filed with the SEC on March 2, 2022.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on October 6, 2022 at Los Angeles, California.

By: _____

Brian R. Boessenecker

DECLARATION OF BRIAN R. BOESSENECKER ISO CERTAIN DEFS.' RJN