UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, *et al.*,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TOM LEPPERT AND HAROLD HUGHES'S MOTION TO DISMISS THE CLAIMS ASSERTED AGAINST THEM IN PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date:       April 20, 2023<br>Time:      9:00 a.m.<br>Dept:      Ctrm. 3, 5th Floor<br>Judge:    Hon. Beth L. Freeman |

Case No. 5:21-cv-06374-BLF

[PROPOSED] ORDER GRANTING DEFS. T. LEPPERT AND H. HUGHES'S MOTION TO DISMISS AMENDED COMPLAINT

Defendants Tom Leppert and Harold Hughes's ("Defendants") Motion to Dismiss the Claims Asserted Against Them in Plaintiff's Amended Complaint, and Joinder ("Motion") in the above-captioned matter came on for regular hearing on April 20, 2023.  All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants' Notice of Motion, the Memorandum of Points and Authorities in support of the Motion, View, Inc.'s Motion to Dismiss and Request for Judicial Notice to the extent incorporated by Defendants, the pleadings and records on file in this action, and all other papers filed by the parties in support of and in opposition to Defendants' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**, on the grounds that Plaintiff fails to sufficiently allege violations of Section 11 of the Securities Act of 1933 and Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 against Defendants.  Plaintiff's Amended Complaint is dismissed with prejudice against Defendants.

**SO ORDERED.**

Dated:_____          _____
                                               THE HONORABLE BETH L. FREEMAN
                                               UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFS. T. LEPPERT AND H. HUGHES'S MOTION TO DISMISS AMENDED COMPLAINT