Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340
Facsimile:      (888) 775-0898

Attorneys for Defendant
PricewaterhouseCoopers LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY DEFENDANT PRICEWATERHOUSECOOPERS LLP** |

- 1 -
[PROPOSED] ORDER GRANTING PwC's MOTION TO DISMISS

6252973

The motion to dismiss filed by Defendant PricewaterhouseCoopers LLP ("PwC") was heard on April 20, 2023.  Having considered the motion, the Memorandum of Points and Authorities filed in support of the motion, the opposition and reply papers, and the arguments of counsel, the Court GRANTS the motion and dismisses Counts I, III, VI, and VII with prejudice insofar as they are pleaded against PwC.

**IT IS SO ORDERED.**

DATED:  _____, 2023

_____
Hon. Beth Labson Freeman
United States District Judge

[PROPOSED] ORDER GRANTING PwC's MOTION TO DISMISS

6252973