Jeffrey L. Steinfeld (State Bar No. 294848)
JLSteinfeld@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

James P. Smith III (*pro hac vice*)
JPSmith@winston.com
Thania Charmani (*pro hac vice* forthcoming)
ACharmani@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone:    (212) 294-6700
Facsimile:    (212) 294-4700

Attorneys for Defendants Howard W. Lutnick,
Paul Pion, Alice Chan, Anshu Jain, Robert J. Hochberg,
Charlotte S. Blechman, CF Finance Holdings II, LLC,
Cantor Fitzgerald & Co., Cantor Fitzgerald, L.P., and
CF Group Management, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BULL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING THE CF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Hearing:    April 20, 2023<br>Time:        9:00 a.m.<br>Judge:       Hon. Beth Labson Freeman<br>Court:       Courtroom 3 – 5th Floor<br>             (San Jose) |

**[PROPOSED] ORDER**

The motion to dismiss the amended complaint filed by Defendants Howard W. Lutnick, Paul Pion, Alice Chan, Anshu Jain, Robert J. Hochberg, Charlotte S. Blechman, CF Finance Holdings II, LLC, Cantor Fitzgerald & Co., Cantor Fitzgerald, L.P., and CF Group Management, Inc. (the "CF Defendants") was heard on April 20, 2023. The Court having considered the motion, the memorandum of points and authorities filed in support of the motion, the opposition and reply papers, the motions and papers filed by other Defendants including the Defendants' request for judicial notice, and the arguments of counsel, hereby **GRANTS** the request for judicial notice and **GRANTS** the CF Defendants' motion to dismiss in its entirety. It is hereby **ORDERED** that the amended complaint is dismissed in its entirety with prejudice as to each of the CF Defendants.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Hon. Beth Labson Freeman
United States District Judge