# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

ASIF MEHEDI, et al.,

               Plaintiffs,

      v.

VIEW, INC., et al.,

               Defendants.

Case No.  21-cv-06374-BLF

**ORDER STRIKING CF DEFENDANTS' MOTION TO DISMISS**

[Re:  ECF No. 143]

On September 19, 2022, the Court granted Defendants' administrative motion requesting an increase in the page limits for briefing on Defendants' motion to dismiss. ECF No. 131.  The Court allowed Defendants to file opening briefs on the motion to dismiss of 40 pages or less. *Id.* On October 6, 2022, Defendants filed five separate motions to dismiss and failed to comply with the already-excessive 40-page limit. *See* ECF Nos. 135 (15 pages), 137 (4 pages), 139 (4 pages), 141 (8 pages), 143 (10 pages).  The Court STRIKES the CF Defendants' motion to dismiss as the last-filed motion. *See* ECF No. 143.  CF Defendants may refile a brief of the proper length no later than October 17, 2022.  This Order does not change the date by which Plaintiffs shall respond to the motions.

      **IT IS SO ORDERED.**

Dated:  October 12, 2022

_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California