Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4709
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium*
*Capital LLC and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP, <br><br> Defendants. | Case No. 5:21-cv-06374-BLF <br><br> **CLASS ACTION** <br><br> **DECLARATION OF KATHLEEN A. HERKENHOFF IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE** <br><br> Judge:       Hon. Beth L. Freeman <br> Courtroom: 3, 5th Floor <br> Date:        April 20, 2023 <br> Time:        9:00 a.m. |

I, Kathleen A. Herkenhoff, declare as follows:

1.      I am an attorney at Kaplan Fox & Kilsheimer LLP, counsel for Lead Plaintiff Stadium Capital LLC and the proposed class, in the above-captioned action (the "Action").  I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

2.      Attached as Exhibit 1 is a true and correct copy of View's Form 8-K filed with the Securities and Exchange Commission ("SEC") on March 12, 2021, including Exhibit 1.1 thereto (with the printed title of Ex. 1.2).  Exhibit 1 is referenced in the Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint"), ECF No. 96 at paragraph 95.

3.      Attached as Exhibit 2 is a true and correct copy of View, Inc.'s (then named CF Finance Acquisition Corp. II or "CFII") Form S-4 filed with the SEC on December 23, 2020. Exhibit 2 is referenced in the Amended Complaint at, among other paragraphs, paragraph 80.

4.      Attached as Exhibit 3 is a true and correct copy of View's Form 10-Q filed with the SEC on August 9, 2022.

5.      Attached as Exhibit 4 is a true and correct copy of View, Inc.'s (then named CFII) Form S-1/A filed with the SEC on August 18, 2020.

6.      Attached as Exhibit 5 is a true and correct copy of View, Inc.'s (then named CFII) Rule 424(b)(3) amended prospectus ("Proxy") filed with the SEC on February 16, 2021.  Exhibit 5 is referenced in the Amended Complaint at, among other paragraphs, paragraph 91.

7.      Attached as Exhibit 6 is a true and correct copy of CF Finance Acquisition Corp. II's November 30, 2020 Form 8-K filing with the SEC, including Ex. 99.2 thereto.  Ex. 99.2 to Exhibit 6 is referenced in the Amended Complaint at paragraphs 77-78.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of November, 2022 at San Diego, California.


 /s/ *Kathleen A. Herkenhoff*
Kathleen A. Herkenhoff

- 1 -                                  Case No. 5:21-cv-06374-BLF