**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that:  I am over the age of eighteen (18) and not a party to the within action.  I am employed in the law firm of **Hueston Hennigan LLP.**

On December 14, 2022, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Moez M. Kaba to file the following document(s):

**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S REPLY IN SUPPORT OF MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6).**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service.  The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 14, 2022, at Los Angeles, California.

/s/ Moez M. Kaba
MOEZ M. KABA

- 1 -
CERTIFICATE OF SERVICE - No. 5:21-cv-06374-BLF