Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316971)
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
Emails: *lking@kaplanfox.com*
          *kherkenhoff@kaplanfox.com*
          *breed@kaplanfox.com*

[Additional Counsel on Signature Page]

*Lead Counsel for Lead Plaintiff Stadium
Capital LLC and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge:  Hon. Beth L. Freeman<br>Courtroom:  3, 5th Floor |

Case No. 5:21-cv-06374-BLF

LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Lead Plaintiff Stadium Capital LLC respectfully submits this Notice of Supplemental Authority notifying the Court of the U.S. Court of Appeals, Ninth Circuit's decision in *In re Finjan Holdings, Inc.*, 58 F.4th 1048 (9th Cir. 2023), filed on January 20, 2023, as supplemental authority in further support of Lead Plaintiff's Opposition to Defendants' Motions to Dismiss.

A copy of the decision is attached as Exhibit A. The decision is relevant to the issue of the pleading standard to be applied to Lead Plaintiff's Section 14(a) claim.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: April 19, 2023

By:  /s/  *Laurence D. King*
         Laurence D. King

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316971)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*admitted pro hac vice*)
Donald R. Hall (*admitted pro hac vice*)
Jason A. Uris (*admitted pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:   212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC and the Proposed Class*