JOHN W. BERRY (SBN 295760)
john.berry@mto.com
JOHN M. GILDERSLEEVE (SBN 284618)
john.gildersleeve@mto.com
LAUREN C. BARNETT (SBN 304301)
lauren.barnett@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II, Rao Mulpuri, Nigel Gormly, Toby Cosgrove, Lisa Picard, Tom Cheung, Tom Patterson and Bill Veghte*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**PROOF OF SERVICE** |

Case No. 5:21-cv-06374-BLF

PROOF OF SERVICE

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On July 31, 2023, I served true copies of the following document(s) described as: **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; STIPULATION TO RELATE CASES; [PROPOSED] ORDER** on the interested parties:

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY EMAIL**: I caused a copy of the document(s) to be sent from e-mail address lauren.barnett@mto.com to the persons at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| |
|---|
| **Attorneys for Non-Party Alexandre Roberts:**<br><br>MARC G. REICH (SBN 159936)<br>mgr@reichradcliffe.com<br>ADAM T. HOOVER (SBN 243226)<br>adhoover@reichradcliffe.com<br>REICH RADCLIFFE & HOOVER LLP<br>2030 Main Street, Suite 1300<br>Irvine, CA 92614<br>Telephone:    (949) 975-0512<br>Facsimile:    (949) 208-2839<br><br>JOSHUA M. LIFSHITZ (*Pro Hac Vice to be Submitted*)<br>jlifshitz@lifshitzlaw.com<br>LIFSHITZ LAW PLLC<br>1190 Broadway<br>Hewlett, NY 11557<br>Telephone:  (516) 493-9780<br>Facsimile:   (516) 280-7376 |

- 1 -

Case No. 5:21-cv-06374-BLF

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 31, 2023, at Los Angeles, California.

/s/ Lauren C. Barnett

_____

Lauren C. Barnett

- 2 -

PROOF OF SERVICE

Case No. 5:21-cv-06374-BLF