UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOBY COSGROVE, LISA PICARD, TOM CHEUNG, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>[PROPOSED] ORDER REGARDING RELATED CASES |

Having considered the View Defendants' Administrative Motion and the Parties' Stipulation, the Court rules as follows:

1.  The following cases should be related:

*Mehedi v. View, Inc., et al.*, No. 21-cv-06374-BLF (the Securities Action)

*Roberts v. Mulpuri, et al.*, No. 23-cv-02248-YGR (the Derivative Action)

2.  The Derivative Action, *Roberts v. Mulpuri, et al.*, No. 23-cv-02248-YGR, should be reassigned to this Court, Hon. Beth Labson Freeman presiding, for all further proceedings.

**IT IS SO ORDERED.**

DATED: _____August 1_____, 2023       _____

Hon. Beth Labson Freeman
United States District Judge

[PROPOSED] ORDER RE: RELATED CASES