CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

NICOLE K. SERFOSS (*pro hac vice* forthcoming)
NSerfoss@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
Telephone:    303.592.1500
Facsimile:    303.592.1510

Attorneys for Defendant
VIDUL PRAKASH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTO FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.:  5:21-cv-06374-BLF<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12, 7-11)<br><br>Judge: Honorable Beth Labson Freeman |
| ALEXANDRE ROBERTS, Derivatively on Behalf of Nominal Defendant VIEW, INC.,<br><br>Plaintiff, | Case No.: 5:23-cv-02248-BLF<br><br>Judge: Honorable Beth Labson Freeman |

ADMINISTRATIVE MOTION TO RELATE CASES

CASE NO. 5:21-CV-06374-BLF
CASE NO.: 5:23-CV-02248-BLF
CASE NO.:  3:23-CV-03300-AMO

v.

RAO MULPURI, VIDUL PRAKASH, TOBY COSGROVE, LISA PICARD, and NIGEL GORMLY,

Defendants,

and,

VIEW, INC.,

Nominal Defendant.

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

VIDUL PRAKASH,

Defendant.

Case No.:  3:23-cv-03300-AMO

Judge: Honorable Araceli Martínez-Olguín

In accordance with Civil Local Rules 3-12 and 7-11, Defendant Vidul Prakash, by and through his undersigned counsel, notifies the Court that this action, *Mehedi v. View, Inc., et al.*, No. 5:21-cv-06374-BLF (the "Securities Class Action"), is clearly related to the action, *Securities and Exchange Commission v. Vidul Prakash*, Case No. 3:23-cv-03300-AMO (the "Prakash Action"), filed later by non-party Securities and Exchange Commission (the "SEC") in the United States District Court for the Northern District of California, the Honorable Araceli Martinez-Olguin presiding. Another action, *Roberts v. Mulpuri, et al.*, No. 5:23-cv-02248-BLF (the "Derivative Action"), was previously related to the Securities Class Action in an order issued by this Court on August 1, 2023. Counsel for Mr. Prakash reached out to SEC counsel to discuss the related nature of these cases without receiving a response. Given the requirements of the Local Rules, counsel for Mr. Prakash felt compelled to file this Notice.

## I.      BRIEF STATEMENT OF THE RELATIONSHIP OF THE ACTIONS

Pursuant to Local Rule 3-12(a), whenever a party learns that an action is related to another action already pending within the district, that party "must" file an administrative motion to consider whether such cases should be related. Action is related to another when:

> (1)      The actions concern substantially the same parties, property, transaction, or event; and
>
> (2)      It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

L.R. 3-12(a).

Both criteria are met here. First, the Prakash Action, the Securities Class Action, and the Derivative Action "concern substantially the same parties, property, transaction, or event." Civil Local Rule 3-12(a)(1). Mr. Prakash is named as a defendant in all three cases, and all plaintiffs allege that Mr. Prakash violated federal securities laws. Furthermore, these cases revolve around the same transactions and events. *Id.* All allegations stem from View, Inc.'s ("View" or the "Company") 2019 and 2020 financial statements filed with the SEC, and certain allegedly false and misleading statements made therein. In the three actions, the statements at issue relate to the Company's accrual for liabilities associated with a manufacturing defect in View's smart glass

windows.  The Prakash Action plaintiffs allege that Mr. Prakash, as View's Chief Financial Officer, was responsible for ensuring that View's accounting complied with generally accepted accounting principles ("GAAP"), and failed to do so.  (*See* Prakash Matter Compl. ¶ 4.) Likewise, the Securities Class Action plaintiffs allege Mr. Prakash had direct and supervisory involvement in the operations of View that resulted in the allegedly misstated filings.  (Securities Class Action FAC ¶ 284.)  Finally, the Derivative Action plaintiffs allege that Mr. Prakash caused the Company to issue false and misleading statements and/or omit material information in public statements and/or Company filings concerning the Company's business and financial prospects. (Derivative Action Compl. ¶ 140.)

Second, there likely will be "an unduly burdensome duplication of labor and expense or conflicting results" if the Prakash Action remains pending before one Judge and the Securities Class Action remains pending before another.  Civil Local Rule 3-12(a)(2).  In light of the overlapping factual allegations, parties, and claims, the two cases will require determination of substantially similar legal issues.  Given that the Securities Class Action was filed almost two years ago, there has already been significant investment into these matters by Judge Labson Freeman.  Moreover, due to their similarity, if not treated as related, the cases could require substantial duplication and expense and present a potential danger of inconsistent rulings regarding the same issues of law.  *See id.*

For the foregoing reasons, Mr. Prakash respectfully suggests that the Prakash Action (*Securities and Exchange Commission v. Prakash*, No. 3:23-cv-03300-AMO) should be related to this case, the lower-numbered Securities Class Action (*Mehedi v. View, Inc., et al.*, No. 5:21-cv-06374-BLF), including the previously related Derivative Action (*Roberts v. Mulpuri, et al.*, No. 5:23-cv-02248-BLF), and that the Prakash Action should be reassigned to this Court, Hon. Beth Labson Freeman presiding.

Dated:  August 10, 2023                    MORRISON & FOERSTER LLP


By    /s/ William Frentzen
          WILLIAM FRENTZEN

      Attorney for Defendant
      VIDUL PRAKASH