CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

NICOLE K. SERFOSS (*pro hac vice* forthcoming)
NSerfoss@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
Telephone:    303.592.1500
Facsimile:    303.592.1510

Attorneys for Defendant
VIDUL PRAKASH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTO FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.:  5:21-cv-06374-BLF<br><br>**DECLARATION OF WILLIAM FRENTZEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12, 7-11)<br><br>Judge: Honorable Beth Labson Freeman |
| ALEXANDRE ROBERTS, Derivatively on Behalf of Nominal Defendant VIEW, INC.,<br><br>Plaintiff, | Case No.: 5:23-cv-02248-BLF<br><br>Judge: Honorable Beth Labson Freeman |

W. Frentzen Declaration ISO
Administrative Motion to Relate Cases

sf-5611454

Case No. 5:21-cv-06374-BLF
Case No.: 5:23-cv-02248-BLF
Case No.:  3:23-cv-03300-AMO



v.

RAO MULPURI, VIDUL PRAKASH, TOBY COSGROVE, LISA PICARD, and NIGEL GORMLY,

             Defendants,

and,

VIEW, INC.,

             Nominal Defendant.

SECURITIES AND EXCHANGE COMMISSION,

             Plaintiff,

   v.

VIDUL PRAKASH,

             Defendant.

Case No.:  3:23-cv-03300-AMO

Judge: Honorable Araceli Martínez-Olguín

W. FRENTZEN DECLARATION ISO
ADMINISTRATIVE MOTION TO RELATE CASES

sf-5611454

CASE NO. 5:21-cv-06374-BLF
CASE NO.: 5:23-CV-02248-BLF
CASE NO.:  3:23-CV-03300-AMO

I, William Frentzen, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP and I represent the defendant in the matter of *SEC v. Vidul Prakash*, No. 3:23-cv-03300. I make this declaration in support of defendant's Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the matters stated in this declaration and, if called as a witness, I would testify to the facts set forth in this declaration.

2.    On July 31, 2023, I attempted to contact counsel for Plaintiff Securities and Exchange Commission ("SEC") in *SEC v. Prakash*, No. 3:23-cv-03300-AMO via telephone intending to discuss this issue and left a voicemail.  On August 8, 2023, I contacted counsel via email.  I explained our view that this case should likely be related to *Mehedi v. View, et al.*, No. 5:23-cv-02248-BLF and *Roberts v. Mulpuri, et al.*, No. 5:23-cv-02248-BLF, both currently pending before the Honorable Beth Labson Freeman.

3.    Counsel for the SEC stated that she did not object to the filing of a Motion to Relate, but also stated the SEC would not stipulate.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of August, 2023, in San Francisco, California.

By:    */s/ William Frentzen*
William Frentzen

W. FRENTZEN DECLARATION ISO
ADMINISTRATIVE MOTION TO RELATE CASES
sf-5611454

1

CASE NO. 5:21-CV-06374-BLF
CASE NO.: 5:23-CV-02248-BLF
CASE NO.: 3:23-CV-03300-AMO