CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

NICOLE K. SERFOSS (*pro hac vice* forthcoming)
NSerfoss@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
Telephone:    303.592.1500
Facsimile:    303.592.1510

Attorneys for Defendant
VIDUL PRAKASH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTO FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.:  5:21-cv-06374-BLF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12, 7-11)<br><br>Judge: Honorable Beth Labson Freeman |
| ALEXANDRE ROBERTS, Derivatively on Behalf of Nominal Defendant VIEW, INC.,<br><br>Plaintiff, | Case No.:  5:23-cv-02248-BLF<br><br>Judge: Honorable Beth Labson Freeman |

[PROPOSED] ORDER REGARDING RELATED CASES

CASE NO. 5:21-CV-06374-BLF
CASE NO.: 5:23-CV-02248-BLF
CASE NO.: 3:23-CV-03300-AMO

v.

RAO MULPURI, VIDUL PRAKASH, TOBY COSGROVE, LISA PICARD, and NIGEL GORMLY,

             Defendants,

and,

VIEW, INC.,

             Nominal Defendant.

SECURITIES AND EXCHANGE COMMISSION,

             Plaintiff,

    v.

VIDUL PRAKASH,

             Defendant.

Case No.:  3:23-cv-03300-AMO

Judge: Honorable Araceli Martínez-Olguín

Having considered Defendant Vidul Prakash's Administrative Motion, the Court rules as follows:

1.  The following cases should be related:

    *Mehedi v. View, Inc., et al.*, No. 21-cv-06374-BLF (the Securities Class Action)

    *Securities and Exchange Commission v. Prakash*, No. 3:23-cv-03300-AMO (the

    Prakash Action); and

2.  The Prakash Action, *Securities and Exchange Commission v. Prakash*, No. 3:23-cv-03300-AMO, should be reassigned to this Court, Hon. Beth Labson Freeman presiding, for all future proceedings.

**IT IS SO ORDERED.**

Dated:  _____                          _____
                                                Hon. Beth Labson Freeman
                                                United States District Judge

[PROPOSED] ORDER REGARDING RELATED CASES          1          CASE NO. 5:21-cv-06374-BLF
                                                             CASE NO.: 5:23-CV-02248-BLF
                                                             CASE NO.: 3:23-CV-03300-AMO