1  CRAIG D. MARTIN (CA SBN 168195)
   CMartin@mofo.com
2  WILLIAM FRENTZEN (CA SBN 343918)
   WFrentzen@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, CA 94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  NICOLE K. SERFOSS (*pro hac vice* forthcoming)
   NSerfoss@mofo.com
7  MORRISON & FOERSTER LLP
   4200 Republic Plaza
8  370 Seventeenth Street
   Denver, CO 80202-5638
9  Telephone:   303.592.1500
   Facsimile:   303.592.1510
10
   Attorneys for Defendant
11 VIDUL PRAKASH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTO FITZGERALD, L.P., CF GROUP MANAGEMENT, INC., AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>(Civil L.R. 3-12, 7-11)<br><br>Judge: Honorable Beth Labson Freeman |
| ALEXANDRE ROBERTS, Derivatively on Behalf of Nominal Defendant VIEW, INC.,<br><br>Plaintiff, | Case No.: 5:23-cv-02248-BLF<br><br>Judge: Honorable Beth Labson Freeman |

[PROPOSED] ORDER REGARDING RELATED CASES

CASE NO. 5:21-cv-06374-BLF
CASE NO.: 5:23-cv-02248-BLF
CASE NO.: 3:23-cv-03300-AMO

| | |
|---|---|
| 1    v.<br>2    RAO MULPURI, VIDUL PRAKASH, TOBY COSGROVE, LISA PICARD, and NIGEL GORMLY,<br>                 Defendants,<br>and,<br>VIEW, INC.,<br>                 Nominal Defendant.<br>SECURITIES AND EXCHANGE COMMISSION,<br>                 Plaintiff,<br>    v.<br>VIDUL PRAKASH,<br>                 Defendant. | Case No.: 3:23-cv-03300-AMO<br><br>Judge: Honorable Araceli Martínez-Olguín |

[P̶r̶o̶p̶o̶s̶e̶d̶] ORDER REGARDING RELATED CASES

CASE NO. 5:21-cv-06374-BLF
CASE NO.: 5:23-cv-02248-BLF
CASE NO.: 3:23-cv-03300-AMO

Having considered Defendant Vidul Prakash's Administrative Motion, the Court rules as follows:

1. The following cases should be related:

    *Mehedi v. View, Inc., et al.*, No. 21-cv-06374-BLF (the Securities Class Action)

    *Securities and Exchange Commission v. Prakash*, No. 3:23-cv-03300-AMO (the Prakash Action); and

2. The Prakash Action, *Securities and Exchange Commission v. Prakash*, No. 3:23-cv-03300-AMO, should be reassigned to this Court, Hon. Beth Labson Freeman presiding, for all future proceedings.

**IT IS SO ORDERED.**

Dated: August 15, 2023

Hon. Beth Labson Freeman
United States District Judge