JOHN W. BERRY (State Bar No. 295760)
John.Berry@mto.com
JOHN M. GILDERSLEEVE (State Bar No. 284618)
john.gildersleeve@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendants View, Inc., f/k/a CF*
*Finance Acquisition Corp. II, and Rao Mulpuri*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., and CF GROUP MANAGEMENT, Inc.,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS VIEW, INC.'S AND RAO MULPURI'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Case No. 5:21-cv-06374-BLF

[PROPOSED] ORDER GRANTING VIEW, INC.'S AND RAO MULPURI'S MOTION TO DISMISS

The Motion to Dismiss Second Amended Complaint filed by Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II and Rao Mulpuri was heard on March 14, 2024.  Having considered the motion, the Memorandum of Points and Authorities filed in support of the motion, the opposition and reply papers, and the arguments of counsel, the Court GRANTS the motion, STRIKES the allegations at ¶¶ 74-83, 207-228 of the Second Amended Complaint because their inclusion violates Fed. R. Civ. P. 11(b), and DISMISSES the Second Amended Complaint WITH PREJUDICE as to all counts I, II, III and IV against Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II and Rao Mulpuri.

**IT IS SO ORDERED.**


 DATED: _____, 2024

_____
Hon. Beth Labson Freeman
United States District Judge

-1-                                                        Case No. 5:21-cv-06374-BLF