JOHN W. BERRY (State Bar No. 295760)
John.Berry@mto.com
JOHN M. GILDERSLEEVE (State Bar No. 284618)
john.gildersleeve@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendants View, Inc., f/k/a CF
Finance Acquisition Corp. II, and Rao Mulpuri*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., and CF GROUP MANAGEMENT, Inc.,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>CLASS ACTION<br><br>**DECLARATION OF JOHN W. BERRY IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**<br><br>Filed Concurrently:<br><br>- Notice of Motion & Motion to Dismiss and to Strike<br>- Memorandum of Points & Authorities<br>- [Proposed] Order<br><br>Date:    March 14, 2024<br>Time:    9:00 a.m.<br>Crtrm.:    3<br><br>Judge:    Hon. Beth Labson Freeman |

DECLARATION OF JOHN W. BERRY ISO DEFENDANTS' MOTIONS TO DISMISS & TO STRIKE

## DECLARATION OF JOHN W. BERRY

I, John W. Berry, declare:

1.      I am counsel for Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II and Rao Mulpuri.  I make this declaration in support of the request for judicial notice and consideration of incorporated documents by all Defendants in support of their respective motions to dismiss.  Consistent with Section IV.H of Judge Freeman's standing order, portions of exhibits cited by Defendants are highlighted in yellow.

2.      Attached as **Exhibit 1** is a true and accurate copy of Exhibit 99.2 to View, Inc.'s (then named CF Finance Acquisition Corp. II) Form 8-K Current Report filed with the Securities and Exchange Commission ("SEC") on November 30, 2020.   The Form 8-K attaching Exhibit 99.2 is referenced in Lead Plaintiff's Second Amended Complaint ("SAC").  *See, e.g.*, SAC (Dkt. No. 175) ¶¶ 55, 85-86.

3.      Attached as **Exhibit 2** is a true and accurate copy of View, Inc.'s (then named CF Finance Acquisition Corp. II) Form S-4 filed Registration Statement with the SEC on December 23, 2020.  Exhibit 2 is referenced in Lead Plaintiff's SAC.  *See, e.g.*, SAC ¶¶ 1, 31-36, 45, 62, 66, 88-92, 101, 171, 215, 218, 221.

4.      Attached as **Exhibit 3** is a true and accurate copy of Exhibit 3.1 to View, Inc.'s (then named CF Finance Acquisition Corp. II) Form S-4 Registration Statement filed with the SEC on December 23, 2020, which contains CF Finance Acquisition Corp. II's Amended and Restated Certificate of Incorporation dated August 26, 2020.   The Form S-4 attaching Exhibit 3.1 is referenced in Lead Plaintiff's SAC.  *See, e.g.*, SAC ¶¶ 1, 31-36, 45, 62, 66, 88-92, 101, 171, 215, 218, 221.

5.      Attached as **Exhibit 4** is a true and accurate copy of View, Inc.'s (then named CF Finance Acquisition Corp. II) Rule 424(b)(3) Proxy Statement filed with the SEC on February 16, 2021.  Exhibit 4 is referenced in Lead Plaintiff's SAC.  *See, e.g.*, SAC ¶¶ 1, 27-28, 31-36, 38-41, 45, 58, 160-198.

DECLARATION OF JOHN W. BERRY ISO DEFENDANTS' MOTIONS TO DISMISS & TO STRIKE

6. Attached as **Exhibit 5** is a true and accurate copy of View, Inc.'s Form S-1 Registration Statement filed with the SEC on April 7, 2021. Exhibit 5 is referenced in Lead Plaintiff's SAC. *See, e.g.*, SAC ¶¶ 27-28, 112-115.

7. Attached as **Exhibit 6** is a true and accurate copy of View, Inc.'s Form 8-K Current Report filed with the SEC on August 16, 2021. Exhibit 6 is referenced in Lead Plaintiff's SAC. *See, e.g.*, SAC ¶¶ 10, 128, 140.

8. Attached as **Exhibit 7** is a true and accurate copy of View, Inc.'s Form 8-K Current Report filed with the SEC on November 9, 2021. Exhibit 7 is referenced in Lead Plaintiff's SAC. *See, e.g.*, SAC ¶¶ 12, 84, 129, 142.

9. Attached as **Exhibit 8** is a true and accurate copy of View, Inc.'s Form 8-K Current Report filed with the SEC on May 31, 2022. Exhibit 8 is referenced in Lead Plaintiff's SAC. *See, e.g.*, SAC ¶¶ 15, 49, 132, 136, 144.

10. Attached as **Exhibit 9** is a true and accurate copy of View, Inc.'s FY 2021 earnings call transcript from May 31, 2022 as published by S&P Global Market Intelligence. Exhibit 9 is referenced in Lead Plaintiff's SAC. *See, e.g.*, SAC ¶¶ 7, 134, p. 19-20 n.1.

11. Attached as **Exhibit 10** is a true and accurate copy of View, Inc.'s Form 10-K Annual Report filed with the SEC on June 15, 2022. Exhibit 10 is referenced in Lead Plaintiff's SAC. *See, e.g.*, SAC ¶¶ 16, 47, 49-50, 135-137, 147, 237, 244.

12. Attached as **Exhibit 11** is a true and accurate copy of the Financial Accounting Standards Board's ("FASB") publicly available Accounting Standards Codification ("ASC") Section 460-10-25, which contains subsection 460-10-25-5. These GAAP rules govern the warranty accounting that is the subject of Lead Plaintiff's SAC. *See, e.g.*, SAC ¶¶ 117, 120, 124, 208, 219, 240-250.

13. Attached as **Exhibit 12** is a true and accurate copy of the FASB's publicly available ASC Section 450-20-25, which contains subsection 450-20-25-2. These GAAP rules govern the warranty accounting that is the subject of Lead Plaintiff's SAC. *See, e.g.*, SAC ¶¶ 117, 120, 124, 208, 219, 240-250.

DECLARATION OF JOHN W. BERRY ISO DEFENDANTS' MOTIONS TO DISMISS & TO STRIKE

14.    Attached as **Exhibit 13** is a true and accurate copy of a table of daily share price data for View, Inc. (VIEW) from August 13, 2021 to June 2, 2022, obtained from Yahoo! Finance. View undertook a 60:1 reverse stock split on July 23, 2023, and so this table includes historical stock prices adjusted for that stock split, as well as unadjusted stock prices.  View's stock prices are referenced in Lead Plaintiff's SAC.  *See*, *e.g.*, SAC ¶¶ 11, 13, 26, 53, 128, 130, 141, 143, 145, 148, p. 1.

15.    Attached as **Exhibit 14** is a true and accurate copy of the complaint in the SEC action *SEC v. Vidul Prakash*, No. 3:23-cv-03300-AMO (N.D. Cal. July 3, 2023) (Dkt. No. 1).  The SAC quotes, verbatim, paragraphs from the SEC's complaint.  *See*, *e.g.*, SAC ¶¶ ¶¶ 74-83, 207-228.

16.    Attached as **Exhibit 15** is a true and accurate copy of the SEC's publicly available litigation release concerning *SEC v. Vidul Prakash*, "SEC Charges Former CFO of 'Smart' Window Manufacturer, View Inc., for Failure to Disclose Company's $28 Million Liability" (litigation release no. 25766; accounting and auditing enforcement release no. 4426) dated July 3, 2023.

17.    Attached as **Exhibit 16** is a true and accurate copy of Judge Alsup's order in *Zucker v. Zoran Corp.*, No. C 06-04843 WHA (N.D. Cal. Feb. 21, 2007) (Dkt. No. 79).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on October 2, 2023 at Los Angeles, California.

_____
*/s/ John W. Berry*
John W. Berry

DECLARATION OF JOHN W. BERRY ISO DEFENDANTS' MOTIONS TO DISMISS & TO STRIKE