# EXHIBIT 13

View, Inc.
Stock Prices
Aug. 13, 2021 - June 2, 2022

| Date | Open | Open* | High | High* | Low | Low* | Close | Close* | Volume |
|---|---|---|---|---|---|---|---|---|---|
| 8/13/2021 | $348.60 | $5.81 | $350.40 | $5.84 | $312.18 | $5.20 | $316.80 | $5.28 | 30,372.00 |
| 8/16/2021 | $318.00 | $5.30 | $321.00 | $5.35 | $303.30 | $5.06 | $310.80 | $5.18 | 26,877.00 |
| 8/17/2021 | $286.20 | $4.77 | $291.60 | $4.86 | $229.80 | $3.83 | $235.20 | $3.92 | 117,543.00 |
| 8/18/2021 | $253.38 | $4.22 | $283.68 | $4.73 | $234.00 | $3.90 | $236.40 | $3.94 | 88,398.00 |
| 8/19/2021 | $237.54 | $3.96 | $237.60 | $3.96 | $207.00 | $3.45 | $216.60 | $3.61 | 47,047.00 |
| 8/20/2021 | $213.60 | $3.56 | $265.80 | $4.43 | $208.20 | $3.47 | $264.60 | $4.41 | 67,725.00 |
| 8/23/2021 | $257.40 | $4.29 | $279.00 | $4.65 | $254.94 | $4.25 | $273.00 | $4.55 | 25,650.00 |
| 8/24/2021 | $274.50 | $4.58 | $290.40 | $4.84 | $271.92 | $4.53 | $286.80 | $4.78 | 22,628.00 |
| 8/25/2021 | $288.00 | $4.80 | $290.40 | $4.84 | $271.20 | $4.52 | $282.00 | $4.70 | 14,967.00 |
| 8/26/2021 | $282.00 | $4.70 | $292.20 | $4.87 | $268.80 | $4.48 | $270.00 | $4.50 | 14,332.00 |
| 8/27/2021 | $270.00 | $4.50 | $280.20 | $4.67 | $266.40 | $4.44 | $280.20 | $4.67 | 15,665.00 |
| 8/30/2021 | $285.60 | $4.76 | $301.80 | $5.03 | $270.60 | $4.51 | $295.80 | $4.93 | 38,717.00 |
| 8/31/2021 | $294.00 | $4.90 | $301.20 | $5.02 | $278.40 | $4.64 | $300.60 | $5.01 | 15,313.00 |
| 9/1/2021 | $302.40 | $5.04 | $315.60 | $5.26 | $295.80 | $4.93 | $306.00 | $5.10 | 16,277.00 |
| 9/2/2021 | $306.60 | $5.11 | $328.20 | $5.47 | $306.60 | $5.11 | $314.40 | $5.24 | 15,427.00 |
| 9/3/2021 | $315.60 | $5.26 | $322.80 | $5.38 | $309.60 | $5.16 | $316.20 | $5.27 | 10,632.00 |
| 9/7/2021 | $321.00 | $5.35 | $327.60 | $5.46 | $313.20 | $5.22 | $322.20 | $5.37 | 13,802.00 |
| 9/8/2021 | $319.20 | $5.32 | $327.00 | $5.45 | $306.00 | $5.10 | $309.60 | $5.16 | 11,465.00 |
| 9/9/2021 | $307.80 | $5.13 | $318.00 | $5.30 | $306.90 | $5.12 | $307.20 | $5.12 | 8,082.00 |
| 9/10/2021 | $313.20 | $5.22 | $314.40 | $5.24 | $295.80 | $4.93 | $304.20 | $5.07 | 11,697.00 |
| 9/13/2021 | $309.00 | $5.15 | $340.80 | $5.68 | $309.00 | $5.15 | $324.60 | $5.41 | 30,952.00 |
| 9/14/2021 | $320.40 | $5.34 | $328.80 | $5.48 | $307.80 | $5.13 | $323.40 | $5.39 | 16,792.00 |
| 9/15/2021 | $322.20 | $5.37 | $329.40 | $5.49 | $316.20 | $5.27 | $322.80 | $5.38 | 10,057.00 |
| 9/16/2021 | $325.20 | $5.42 | $337.20 | $5.62 | $319.20 | $5.32 | $330.60 | $5.51 | 17,003.00 |
| 9/17/2021 | $332.40 | $5.54 | $333.00 | $5.55 | $315.60 | $5.26 | $325.20 | $5.42 | 30,628.00 |
| 9/20/2021 | $307.80 | $5.13 | $322.80 | $5.38 | $301.80 | $5.03 | $319.80 | $5.33 | 15,425.00 |
| 9/21/2021 | $322.80 | $5.38 | $331.20 | $5.52 | $315.60 | $5.26 | $322.80 | $5.38 | 8,462.00 |
| 9/22/2021 | $323.40 | $5.39 | $343.20 | $5.72 | $322.20 | $5.37 | $339.00 | $5.65 | 9,775.00 |
| 9/23/2021 | $334.80 | $5.58 | $363.00 | $6.05 | $334.20 | $5.57 | $361.20 | $6.02 | 14,802.00 |
| 9/24/2021 | $358.80 | $5.98 | $376.80 | $6.28 | $349.80 | $5.83 | $364.80 | $6.08 | 14,645.00 |
| 9/27/2021 | $365.40 | $6.09 | $375.00 | $6.25 | $349.80 | $5.83 | $366.00 | $6.10 | 10,112.00 |
| 9/28/2021 | $358.20 | $5.97 | $364.80 | $6.08 | $346.80 | $5.78 | $348.00 | $5.80 | 10,152.00 |
| 9/29/2021 | $346.20 | $5.77 | $346.80 | $5.78 | $309.00 | $5.15 | $311.40 | $5.19 | 8,900.00 |
| 9/30/2021 | $313.80 | $5.23 | $327.60 | $5.46 | $313.80 | $5.23 | $325.20 | $5.42 | 8,818.00 |
| 10/1/2021 | $326.40 | $5.44 | $355.80 | $5.93 | $324.00 | $5.40 | $351.00 | $5.85 | 12,343.00 |
| 10/4/2021 | $346.80 | $5.78 | $346.80 | $5.78 | $323.40 | $5.39 | $326.40 | $5.44 | 11,660.00 |
| 10/5/2021 | $326.40 | $5.44 | $329.40 | $5.49 | $311.40 | $5.19 | $312.60 | $5.21 | 8,005.00 |
| 10/6/2021 | $304.20 | $5.07 | $312.00 | $5.20 | $301.20 | $5.02 | $305.40 | $5.09 | 5,690.00 |
| 10/7/2021 | $307.80 | $5.13 | $316.20 | $5.27 | $302.40 | $5.04 | $304.80 | $5.08 | 4,977.00 |
| 10/8/2021 | $306.60 | $5.11 | $310.20 | $5.17 | $300.60 | $5.01 | $304.80 | $5.08 | 2,550.00 |
| 10/11/2021 | $303.00 | $5.05 | $306.60 | $5.11 | $288.00 | $4.80 | $289.80 | $4.83 | 6,332.00 |
| 10/12/2021 | $290.40 | $4.84 | $310.80 | $5.18 | $289.80 | $4.83 | $307.20 | $5.12 | 7,753.00 |
| 10/13/2021 | $309.00 | $5.15 | $309.00 | $5.15 | $300.90 | $5.02 | $306.00 | $5.10 | 6,028.00 |
| 10/14/2021 | $310.80 | $5.18 | $315.30 | $5.26 | $301.20 | $5.02 | $309.00 | $5.15 | 5,127.00 |
| 10/15/2021 | $319.20 | $5.32 | $319.20 | $5.32 | $307.20 | $5.12 | $309.00 | $5.15 | 5,623.00 |

\* Prices adjusted to reflect
60:1 reverse stock split
on July 23, 2023

Source: Yahoo! Finance                    1

**Ex. 13 - 1**

View, Inc.
Stock Prices
Aug. 13, 2021 - June 2, 2022

| Date | Open | Open* | High | High* | Low | Low* | Close | Close* | Volume |
|------|------|-------|------|-------|-----|------|-------|--------|--------|
| 10/18/2021 | $306.60 | $5.11 | $306.60 | $5.11 | $282.60 | $4.71 | $288.00 | $4.80 | 6,078.00 |
| 10/19/2021 | $288.60 | $4.81 | $297.60 | $4.96 | $285.60 | $4.76 | $291.60 | $4.86 | 5,153.00 |
| 10/20/2021 | $293.10 | $4.89 | $293.40 | $4.89 | $283.80 | $4.73 | $290.40 | $4.84 | 5,578.00 |
| 10/21/2021 | $290.40 | $4.84 | $302.40 | $5.04 | $288.00 | $4.80 | $294.60 | $4.91 | 8,868.00 |
| 10/22/2021 | $294.00 | $4.90 | $300.00 | $5.00 | $289.80 | $4.83 | $299.40 | $4.99 | 5,563.00 |
| 10/25/2021 | $297.00 | $4.95 | $304.80 | $5.08 | $294.00 | $4.90 | $301.80 | $5.03 | 6,907.00 |
| 10/26/2021 | $306.00 | $5.10 | $310.80 | $5.18 | $297.60 | $4.96 | $299.40 | $4.99 | 7,305.00 |
| 10/27/2021 | $297.00 | $4.95 | $303.60 | $5.06 | $278.40 | $4.64 | $279.00 | $4.65 | 6,355.00 |
| 10/28/2021 | $279.60 | $4.66 | $307.80 | $5.13 | $279.00 | $4.65 | $304.80 | $5.08 | 18,503.00 |
| 10/29/2021 | $300.00 | $5.00 | $326.40 | $5.44 | $294.00 | $4.90 | $320.40 | $5.34 | 12,530.00 |
| 11/1/2021 | $322.20 | $5.37 | $325.80 | $5.43 | $310.80 | $5.18 | $317.40 | $5.29 | 10,940.00 |
| 11/2/2021 | $319.20 | $5.32 | $366.60 | $6.11 | $318.00 | $5.30 | $366.00 | $6.10 | 20,772.00 |
| 11/3/2021 | $364.80 | $6.08 | $381.00 | $6.35 | $360.60 | $6.01 | $378.60 | $6.31 | 21,370.00 |
| 11/4/2021 | $376.80 | $6.28 | $391.80 | $6.53 | $375.00 | $6.25 | $384.60 | $6.41 | 9,422.00 |
| 11/5/2021 | $389.40 | $6.49 | $398.40 | $6.64 | $377.40 | $6.29 | $388.20 | $6.47 | 11,225.00 |
| 11/8/2021 | $392.40 | $6.54 | $408.00 | $6.80 | $388.20 | $6.47 | $396.60 | $6.61 | 8,362.00 |
| 11/9/2021 | $395.40 | $6.59 | $396.00 | $6.60 | $373.20 | $6.22 | $384.00 | $6.40 | 7,090.00 |
| 11/10/2021 | $330.72 | $5.51 | $353.40 | $5.89 | $315.00 | $5.25 | $337.80 | $5.63 | 46,063.00 |
| 11/11/2021 | $338.40 | $5.64 | $346.20 | $5.77 | $323.70 | $5.40 | $324.60 | $5.41 | 15,015.00 |
| 11/12/2021 | $324.00 | $5.40 | $334.20 | $5.57 | $300.00 | $5.00 | $308.40 | $5.14 | 20,583.00 |
| 11/15/2021 | $308.40 | $5.14 | $309.00 | $5.15 | $289.50 | $4.83 | $293.40 | $4.89 | 17,022.00 |
| 11/16/2021 | $294.00 | $4.90 | $296.40 | $4.94 | $276.00 | $4.60 | $278.40 | $4.64 | 12,867.00 |
| 11/17/2021 | $264.00 | $4.40 | $272.40 | $4.54 | $254.40 | $4.24 | $264.00 | $4.40 | 19,320.00 |
| 11/18/2021 | $265.80 | $4.43 | $270.00 | $4.50 | $241.20 | $4.02 | $247.20 | $4.12 | 19,450.00 |
| 11/19/2021 | $243.00 | $4.05 | $253.80 | $4.23 | $240.00 | $4.00 | $241.20 | $4.02 | 8,133.00 |
| 11/22/2021 | $247.20 | $4.12 | $264.00 | $4.40 | $246.00 | $4.10 | $257.40 | $4.29 | 32,073.00 |
| 11/23/2021 | $257.40 | $4.29 | $259.20 | $4.32 | $236.70 | $3.95 | $243.60 | $4.06 | 23,380.00 |
| 11/24/2021 | $240.30 | $4.01 | $245.40 | $4.09 | $234.60 | $3.91 | $244.80 | $4.08 | 11,567.00 |
| 11/26/2021 | $236.40 | $3.94 | $249.60 | $4.16 | $234.60 | $3.91 | $247.80 | $4.13 | 15,713.00 |
| 11/29/2021 | $253.20 | $4.22 | $255.00 | $4.25 | $243.00 | $4.05 | $251.40 | $4.19 | 20,077.00 |
| 11/30/2021 | $247.80 | $4.13 | $254.40 | $4.24 | $240.00 | $4.00 | $253.20 | $4.22 | 36,627.00 |
| 12/1/2021 | $258.00 | $4.30 | $262.20 | $4.37 | $231.00 | $3.85 | $231.60 | $3.86 | 17,935.00 |
| 12/2/2021 | $234.00 | $3.90 | $242.40 | $4.04 | $232.80 | $3.88 | $241.20 | $4.02 | 29,692.00 |
| 12/3/2021 | $242.40 | $4.04 | $243.00 | $4.05 | $224.46 | $3.74 | $232.80 | $3.88 | 29,052.00 |
| 12/6/2021 | $234.60 | $3.91 | $247.80 | $4.13 | $228.00 | $3.80 | $243.00 | $4.05 | 14,940.00 |
| 12/7/2021 | $249.00 | $4.15 | $280.20 | $4.67 | $248.40 | $4.14 | $280.20 | $4.67 | 21,840.00 |
| 12/8/2021 | $277.20 | $4.62 | $286.80 | $4.78 | $274.20 | $4.57 | $283.80 | $4.73 | 20,560.00 |
| 12/9/2021 | $279.60 | $4.66 | $285.60 | $4.76 | $264.00 | $4.40 | $265.80 | $4.43 | 14,385.00 |
| 12/10/2021 | $270.90 | $4.52 | $275.40 | $4.59 | $260.70 | $4.35 | $263.40 | $4.39 | 11,432.00 |
| 12/13/2021 | $261.00 | $4.35 | $269.40 | $4.49 | $256.20 | $4.27 | $267.00 | $4.45 | 17,438.00 |
| 12/14/2021 | $262.20 | $4.37 | $277.20 | $4.62 | $253.20 | $4.22 | $253.80 | $4.23 | 15,652.00 |
| 12/15/2021 | $256.20 | $4.27 | $256.20 | $4.27 | $235.20 | $3.92 | $246.00 | $4.10 | 21,472.00 |
| 12/16/2021 | $253.20 | $4.22 | $259.20 | $4.32 | $232.20 | $3.87 | $234.60 | $3.91 | 21,563.00 |
| 12/17/2021 | $232.20 | $3.87 | $233.40 | $3.89 | $216.60 | $3.61 | $229.20 | $3.82 | 127,740.00 |
| 12/20/2021 | $219.60 | $3.66 | $228.00 | $3.80 | $216.60 | $3.61 | $227.40 | $3.79 | 20,400.00 |

Source: Yahoo! Finance

2

* Prices adjusted to reflect
60:1 reverse stock split
on July 23, 2023

**Ex. 13 - 2**

View, Inc.
Stock Prices
Aug. 13, 2021 - June 2, 2022

| Date | Open | Open* | High | High* | Low | Low* | Close | Close* | Volume |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/2021 | $229.98 | $3.83 | $236.70 | $3.95 | $229.20 | $3.82 | $231.00 | $3.85 | 14,082.00 |
| 12/22/2021 | $230.40 | $3.84 | $231.60 | $3.86 | $225.00 | $3.75 | $230.40 | $3.84 | 9,988.00 |
| 12/23/2021 | $239.40 | $3.99 | $295.80 | $4.93 | $232.20 | $3.87 | $274.20 | $4.57 | 105,535.00 |
| 12/27/2021 | $271.20 | $4.52 | $301.50 | $5.03 | $271.20 | $4.52 | $292.80 | $4.88 | 40,895.00 |
| 12/28/2021 | $279.30 | $4.66 | $301.80 | $5.03 | $279.30 | $4.66 | $291.60 | $4.86 | 32,322.00 |
| 12/29/2021 | $285.00 | $4.75 | $292.50 | $4.88 | $262.20 | $4.37 | $268.20 | $4.47 | 28,413.00 |
| 12/30/2021 | $265.80 | $4.43 | $265.80 | $4.43 | $238.80 | $3.98 | $241.80 | $4.03 | 136,393.00 |
| 12/31/2021 | $238.80 | $3.98 | $246.00 | $4.10 | $228.60 | $3.81 | $234.60 | $3.91 | 26,492.00 |
| 1/3/2022 | $235.20 | $3.92 | $242.40 | $4.04 | $228.00 | $3.80 | $231.60 | $3.86 | 29,982.00 |
| 1/4/2022 | $231.60 | $3.86 | $232.80 | $3.88 | $220.20 | $3.67 | $225.60 | $3.76 | 21,898.00 |
| 1/5/2022 | $225.00 | $3.75 | $236.40 | $3.94 | $216.60 | $3.61 | $218.40 | $3.64 | 18,230.00 |
| 1/6/2022 | $218.40 | $3.64 | $224.40 | $3.74 | $210.60 | $3.51 | $220.80 | $3.68 | 12,742.00 |
| 1/7/2022 | $220.20 | $3.67 | $226.20 | $3.77 | $211.80 | $3.53 | $214.80 | $3.58 | 11,613.00 |
| 1/10/2022 | $210.00 | $3.50 | $220.20 | $3.67 | $200.10 | $3.34 | $220.20 | $3.67 | 19,370.00 |
| 1/11/2022 | $221.40 | $3.69 | $227.40 | $3.79 | $210.60 | $3.51 | $226.20 | $3.77 | 12,020.00 |
| 1/12/2022 | $228.00 | $3.80 | $228.00 | $3.80 | $204.60 | $3.41 | $208.20 | $3.47 | 28,760.00 |
| 1/13/2022 | $208.20 | $3.47 | $209.40 | $3.49 | $187.20 | $3.12 | $189.00 | $3.15 | 22,552.00 |
| 1/14/2022 | $190.98 | $3.18 | $190.98 | $3.18 | $181.20 | $3.02 | $187.80 | $3.13 | 20,285.00 |
| 1/18/2022 | $184.80 | $3.08 | $189.30 | $3.16 | $172.80 | $2.88 | $173.40 | $2.89 | 19,637.00 |
| 1/19/2022 | $178.20 | $2.97 | $182.10 | $3.04 | $170.40 | $2.84 | $171.00 | $2.85 | 21,747.00 |
| 1/20/2022 | $174.60 | $2.91 | $189.30 | $3.16 | $173.40 | $2.89 | $174.60 | $2.91 | 21,720.00 |
| 1/21/2022 | $171.00 | $2.85 | $174.36 | $2.91 | $160.80 | $2.68 | $164.40 | $2.74 | 28,127.00 |
| 1/24/2022 | $156.00 | $2.60 | $164.40 | $2.74 | $146.70 | $2.45 | $164.40 | $2.74 | 44,920.00 |
| 1/25/2022 | $159.60 | $2.66 | $177.60 | $2.96 | $159.60 | $2.66 | $177.00 | $2.95 | 22,758.00 |
| 1/26/2022 | $177.60 | $2.96 | $179.40 | $2.99 | $159.30 | $2.66 | $162.00 | $2.70 | 16,960.00 |
| 1/27/2022 | $163.80 | $2.73 | $167.40 | $2.79 | $148.80 | $2.48 | $149.40 | $2.49 | 10,752.00 |
| 1/28/2022 | $149.40 | $2.49 | $149.40 | $2.49 | $134.40 | $2.24 | $136.20 | $2.27 | 36,405.00 |
| 1/31/2022 | $136.20 | $2.27 | $160.20 | $2.67 | $136.20 | $2.27 | $157.80 | $2.63 | 18,560.00 |
| 2/1/2022 | $156.00 | $2.60 | $163.20 | $2.72 | $151.20 | $2.52 | $162.60 | $2.71 | 37,537.00 |
| 2/2/2022 | $162.60 | $2.71 | $162.60 | $2.71 | $154.50 | $2.58 | $159.60 | $2.66 | 16,355.00 |
| 2/3/2022 | $159.60 | $2.66 | $159.60 | $2.66 | $146.40 | $2.44 | $148.80 | $2.48 | 20,920.00 |
| 2/4/2022 | $147.60 | $2.46 | $156.60 | $2.61 | $143.40 | $2.39 | $155.40 | $2.59 | 13,345.00 |
| 2/7/2022 | $156.00 | $2.60 | $160.50 | $2.68 | $151.80 | $2.53 | $154.20 | $2.57 | 13,638.00 |
| 2/8/2022 | $153.60 | $2.56 | $162.60 | $2.71 | $151.50 | $2.53 | $162.00 | $2.70 | 11,515.00 |
| 2/9/2022 | $164.40 | $2.74 | $168.60 | $2.81 | $158.40 | $2.64 | $162.60 | $2.71 | 17,577.00 |
| 2/10/2022 | $160.20 | $2.67 | $166.80 | $2.78 | $156.00 | $2.60 | $158.40 | $2.64 | 12,242.00 |
| 2/11/2022 | $157.20 | $2.62 | $165.60 | $2.76 | $149.70 | $2.50 | $153.00 | $2.55 | 9,483.00 |
| 2/14/2022 | $154.20 | $2.57 | $163.20 | $2.72 | $151.80 | $2.53 | $156.00 | $2.60 | 8,662.00 |
| 2/15/2022 | $162.00 | $2.70 | $175.80 | $2.93 | $160.44 | $2.67 | $174.60 | $2.91 | 14,235.00 |
| 2/16/2022 | $173.40 | $2.89 | $181.20 | $3.02 | $169.20 | $2.82 | $180.60 | $3.01 | 15,970.00 |
| 2/17/2022 | $180.00 | $3.00 | $187.80 | $3.13 | $172.20 | $2.87 | $175.20 | $2.92 | 12,230.00 |
| 2/18/2022 | $172.20 | $2.87 | $177.54 | $2.96 | $165.00 | $2.75 | $168.00 | $2.80 | 8,948.00 |
| 2/22/2022 | $165.00 | $2.75 | $165.90 | $2.77 | $138.60 | $2.31 | $140.10 | $2.34 | 36,787.00 |
| 2/23/2022 | $142.80 | $2.38 | $142.80 | $2.38 | $114.00 | $1.90 | $120.00 | $2.00 | 94,940.00 |
| 2/24/2022 | $115.80 | $1.93 | $134.40 | $2.24 | $113.40 | $1.89 | $134.40 | $2.24 | 56,152.00 |

* Prices adjusted to reflect
60:1 reverse stock split
on July 23, 2023

Ex. 13 - 3

View, Inc.
Stock Prices
Aug. 13, 2021 - June 2, 2022

| Date | Open | Open* | High | High* | Low | Low* | Close | Close* | Volume |
|---|---|---|---|---|---|---|---|---|---|
| 2/25/2022 | $133.20 | $2.22 | $146.10 | $2.44 | $127.50 | $2.13 | $145.20 | $2.42 | 44,070.00 |
| 2/28/2022 | $141.60 | $2.36 | $149.10 | $2.49 | $139.20 | $2.32 | $145.20 | $2.42 | 22,905.00 |
| 3/1/2022 | $143.40 | $2.39 | $147.00 | $2.45 | $130.50 | $2.18 | $133.80 | $2.23 | 11,485.00 |
| 3/2/2022 | $136.80 | $2.28 | $136.80 | $2.28 | $123.60 | $2.06 | $124.80 | $2.08 | 6,795.00 |
| 3/3/2022 | $121.20 | $2.02 | $122.04 | $2.03 | $107.40 | $1.79 | $111.00 | $1.85 | 49,218.00 |
| 3/4/2022 | $108.00 | $1.80 | $109.80 | $1.83 | $82.20 | $1.37 | $84.60 | $1.41 | 194,702.00 |
| 3/7/2022 | $84.00 | $1.40 | $122.40 | $2.04 | $84.00 | $1.40 | $108.60 | $1.81 | 103,410.00 |
| 3/8/2022 | $99.60 | $1.66 | $104.04 | $1.73 | $89.10 | $1.49 | $93.60 | $1.56 | 78,597.00 |
| 3/9/2022 | $94.80 | $1.58 | $100.80 | $1.68 | $91.80 | $1.53 | $96.00 | $1.60 | 52,377.00 |
| 3/10/2022 | $91.20 | $1.52 | $94.20 | $1.57 | $85.50 | $1.43 | $90.00 | $1.50 | 35,975.00 |
| 3/11/2022 | $88.20 | $1.47 | $88.86 | $1.48 | $81.60 | $1.36 | $82.20 | $1.37 | 22,635.00 |
| 3/14/2022 | $82.20 | $1.37 | $82.20 | $1.37 | $75.00 | $1.25 | $79.20 | $1.32 | 28,575.00 |
| 3/15/2022 | $78.00 | $1.30 | $90.00 | $1.50 | $75.90 | $1.27 | $87.60 | $1.46 | 45,468.00 |
| 3/16/2022 | $90.00 | $1.50 | $103.20 | $1.72 | $88.80 | $1.48 | $99.60 | $1.66 | 64,882.00 |
| 3/17/2022 | $97.20 | $1.62 | $115.80 | $1.93 | $94.20 | $1.57 | $113.40 | $1.89 | 43,088.00 |
| 3/18/2022 | $113.40 | $1.89 | $130.20 | $2.17 | $110.40 | $1.84 | $129.60 | $2.16 | 140,795.00 |
| 3/21/2022 | $126.60 | $2.11 | $135.00 | $2.25 | $122.40 | $2.04 | $132.00 | $2.20 | 47,065.00 |
| 3/22/2022 | $133.80 | $2.23 | $147.60 | $2.46 | $128.52 | $2.14 | $144.60 | $2.41 | 38,047.00 |
| 3/23/2022 | $142.20 | $2.37 | $157.80 | $2.63 | $132.00 | $2.20 | $151.20 | $2.52 | 44,285.00 |
| 3/24/2022 | $156.60 | $2.61 | $186.00 | $3.10 | $135.90 | $2.27 | $151.20 | $2.52 | 69,863.00 |
| 3/25/2022 | $147.00 | $2.45 | $169.80 | $2.83 | $147.00 | $2.45 | $163.80 | $2.73 | 31,600.00 |
| 3/28/2022 | $161.40 | $2.69 | $162.00 | $2.70 | $114.90 | $1.92 | $128.40 | $2.14 | 111,618.00 |
| 3/29/2022 | $123.60 | $2.06 | $134.40 | $2.24 | $111.60 | $1.86 | $115.20 | $1.92 | 73,030.00 |
| 3/30/2022 | $114.60 | $1.91 | $128.70 | $2.15 | $112.80 | $1.88 | $116.40 | $1.94 | 79,113.00 |
| 3/31/2022 | $116.40 | $1.94 | $118.50 | $1.98 | $108.60 | $1.81 | $110.40 | $1.84 | 39,268.00 |
| 4/1/2022 | $112.20 | $1.87 | $118.20 | $1.97 | $107.10 | $1.79 | $109.80 | $1.83 | 22,167.00 |
| 4/4/2022 | $109.80 | $1.83 | $120.30 | $2.01 | $105.60 | $1.76 | $115.80 | $1.93 | 21,332.00 |
| 4/5/2022 | $116.40 | $1.94 | $125.10 | $2.09 | $114.00 | $1.90 | $115.80 | $1.93 | 23,192.00 |
| 4/6/2022 | $114.00 | $1.90 | $115.20 | $1.92 | $102.00 | $1.70 | $111.00 | $1.85 | 30,678.00 |
| 4/7/2022 | $109.20 | $1.82 | $110.40 | $1.84 | $97.80 | $1.63 | $104.40 | $1.74 | 16,538.00 |
| 4/8/2022 | $105.00 | $1.75 | $105.60 | $1.76 | $93.00 | $1.55 | $94.20 | $1.57 | 18,115.00 |
| 4/11/2022 | $94.20 | $1.57 | $99.60 | $1.66 | $90.60 | $1.51 | $97.20 | $1.62 | 13,507.00 |
| 4/12/2022 | $99.60 | $1.66 | $100.80 | $1.68 | $91.80 | $1.53 | $93.60 | $1.56 | 18,697.00 |
| 4/13/2022 | $93.60 | $1.56 | $103.80 | $1.73 | $93.18 | $1.55 | $97.20 | $1.62 | 28,518.00 |
| 4/14/2022 | $97.20 | $1.62 | $99.00 | $1.65 | $91.80 | $1.53 | $94.20 | $1.57 | 11,557.00 |
| 4/18/2022 | $94.80 | $1.58 | $96.00 | $1.60 | $85.80 | $1.43 | $87.00 | $1.45 | 20,425.00 |
| 4/19/2022 | $85.80 | $1.43 | $94.80 | $1.58 | $82.80 | $1.38 | $91.20 | $1.52 | 25,900.00 |
| 4/20/2022 | $94.20 | $1.57 | $94.20 | $1.57 | $88.80 | $1.48 | $90.00 | $1.50 | 14,355.00 |
| 4/21/2022 | $91.20 | $1.52 | $93.00 | $1.55 | $81.60 | $1.36 | $82.80 | $1.38 | 19,103.00 |
| 4/22/2022 | $84.00 | $1.40 | $87.60 | $1.46 | $80.40 | $1.34 | $82.80 | $1.38 | 12,042.00 |
| 4/25/2022 | $82.20 | $1.37 | $90.60 | $1.51 | $79.80 | $1.33 | $87.60 | $1.46 | 11,035.00 |
| 4/26/2022 | $87.00 | $1.45 | $89.40 | $1.49 | $82.80 | $1.38 | $85.80 | $1.43 | 12,160.00 |
| 4/27/2022 | $84.60 | $1.41 | $90.30 | $1.51 | $83.40 | $1.39 | $86.40 | $1.44 | 8,635.00 |
| 4/28/2022 | $86.40 | $1.44 | $93.60 | $1.56 | $82.20 | $1.37 | $91.80 | $1.53 | 10,173.00 |
| 4/29/2022 | $90.60 | $1.51 | $99.90 | $1.67 | $88.80 | $1.48 | $92.40 | $1.54 | 17,983.00 |

\* Prices adjusted to reflect
60:1 reverse stock split
on July 23, 2023

Source: Yahoo! Finance                              4

**Ex. 13 - 4**

View, Inc.
Stock Prices
Aug. 13, 2021 - June 2, 2022

| Date | Open | Open* | High | High* | Low | Low* | Close | Close* | Volume |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2022 | $92.40 | $1.54 | $97.20 | $1.62 | $89.40 | $1.49 | $97.20 | $1.62 | 11,930.00 |
| 5/3/2022 | $97.80 | $1.63 | $102.60 | $1.71 | $87.00 | $1.45 | $96.00 | $1.60 | 12,512.00 |
| 5/4/2022 | $91.20 | $1.52 | $100.80 | $1.68 | $91.20 | $1.52 | $99.00 | $1.65 | 18,080.00 |
| 5/5/2022 | $97.20 | $1.62 | $97.20 | $1.62 | $87.60 | $1.46 | $90.60 | $1.51 | 10,573.00 |
| 5/6/2022 | $90.60 | $1.51 | $93.90 | $1.57 | $82.80 | $1.38 | $93.60 | $1.56 | 15,910.00 |
| 5/9/2022 | $90.60 | $1.51 | $90.60 | $1.51 | $80.40 | $1.34 | $82.20 | $1.37 | 11,940.00 |
| 5/10/2022 | $84.00 | $1.40 | $86.40 | $1.44 | $79.80 | $1.33 | $81.60 | $1.36 | 17,665.00 |
| 5/11/2022 | $36.00 | $0.60 | $38.40 | $0.64 | $22.44 | $0.37 | $30.96 | $0.52 | 149,042.00 |
| 5/12/2022 | $27.06 | $0.45 | $34.20 | $0.57 | $24.60 | $0.41 | $28.14 | $0.47 | 57,442.00 |
| 5/13/2022 | $27.06 | $0.45 | $47.94 | $0.80 | $27.06 | $0.45 | $39.00 | $0.65 | 131,230.00 |
| 5/16/2022 | $34.80 | $0.58 | $42.00 | $0.70 | $34.20 | $0.57 | $36.36 | $0.61 | 48,913.00 |
| 5/17/2022 | $40.80 | $0.68 | $44.88 | $0.75 | $37.80 | $0.63 | $40.68 | $0.68 | 37,568.00 |
| 5/18/2022 | $40.26 | $0.67 | $46.92 | $0.78 | $39.42 | $0.66 | $44.88 | $0.75 | 18,252.00 |
| 5/19/2022 | $46.80 | $0.78 | $47.34 | $0.79 | $38.40 | $0.64 | $38.94 | $0.65 | 23,743.00 |
| 5/20/2022 | $37.86 | $0.63 | $44.52 | $0.74 | $37.80 | $0.63 | $40.86 | $0.68 | 24,873.00 |
| 5/23/2022 | $45.00 | $0.75 | $59.94 | $1.00 | $43.20 | $0.72 | $58.62 | $0.98 | 97,630.00 |
| 5/24/2022 | $55.86 | $0.93 | $60.60 | $1.01 | $52.86 | $0.88 | $60.00 | $1.00 | 40,503.00 |
| 5/25/2022 | $59.52 | $0.99 | $62.94 | $1.05 | $55.80 | $0.93 | $60.60 | $1.01 | 16,605.00 |
| 5/26/2022 | $60.60 | $1.01 | $62.34 | $1.04 | $58.20 | $0.97 | $60.60 | $1.01 | 18,577.00 |
| 5/27/2022 | $61.20 | $1.02 | $72.00 | $1.20 | $61.20 | $1.02 | $69.60 | $1.16 | 52,562.00 |
| 5/31/2022 | $71.40 | $1.19 | $82.20 | $1.37 | $70.20 | $1.17 | $76.20 | $1.27 | 71,368.00 |
| 6/1/2022 | $90.00 | $1.50 | $118.80 | $1.98 | $81.60 | $1.36 | $101.40 | $1.69 | 465,875.00 |
| 6/2/2022 | $96.60 | $1.61 | $101.40 | $1.69 | $88.20 | $1.47 | $93.00 | $1.55 | 97,250.00 |

Source: Yahoo! Finance

5

* Prices adjusted to reflect
60:1 reverse stock split
on July 23, 2023

**Ex. 13 - 5**