ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
MICHAEL KOMOROWSKI (CA SBN 323517)
MKomorowski@mofo.com
LARA MCDONOUGH (CA SBN 340017)
LMcDonough@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
VIDUL PRAKASH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC.,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VIDUL PRAKASH'S MOTION TO DISMISS LEAD PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:    Hon. Beth Labson Freeman<br>Date:     March 14, 2024<br>Time:     9:00 a.m.<br>Ctrm:     3 |

**[PROPOSED] ORDER**

Defendant Vidul Prakash has moved the Court, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's Second Amended Class Action Complaint for Violations of the Federal Securities Laws, filed on August 21, 2023.

The matter was heard on March 14, 2024, at 9:00 a.m.  Having considered all the papers filed by the parties in connection with Defendant Prakash's motion and the parties' arguments at the hearing on this matter, Defendant Prakash's motion is GRANTED, and Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE as pleaded against Defendant Prakash.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
HONORABLE  BETH  LABSON  FREEMAN
UNITED STATES DISTRICT COURT