Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316971)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Emails: *lking@kaplanfox.com*
         *kherkenhoff@kaplanfox.com*
         *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Emails:  *ffox@kaplanfox.com*
         *dhall@kaplanfox.com*
         *juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium
Capital LLC, Plaintiff David Sherman and the
Proposed Class*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC., <br><br> Defendants. | Case No.: 5:21-cv-06374-BLF <br><br> **CLASS ACTION** <br><br> **DECLARATION OF KATHLEEN A. HERKENHOFF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** <br><br> Judge:        Hon. Beth L. Freeman <br> Courtroom: 3, 5th Floor <br> Date:          March 14, 2024 <br> Time:          9:00 a.m. |

Case No. 5:21-cv-06374-BLF

I, Kathleen A. Herkenhoff, declare as follows:

1.    I am an attorney at Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman, and the proposed class, in the above-captioned action (the "Action").  I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

2.    Kaplan Fox has no record of counsel for any of the defendants seeking to confer with Kaplan Fox concerning potential assertion of claimed violations of Fed. R. Civ. P. Rule 11 in connection with the allegations set forth in the Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 175).

3.    Attached as Exhibit 1 is a true and correct copy of Amendment No. 2 to Form S-1 Registration Statement under the Securities Act of 1933 filed with the Securities and Exchange Commission on August 18, 2020, with the listed filing entity reflected in Exhibit 1 as CF Finance Acquisition Corp. II.  Exhibit 1 has been annotated with yellow highlight to correspond to cited material in Plaintiffs' concurrently filed opposition to dismissal motions filed by defendants in the Action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of November, 2023 at San Diego, California.

/s/ *Kathleen A. Herkenhoff*
Kathleen A. Herkenhoff

- 1 -                                                    Case No. 5:21-cv-06374-BLF

DECL. OF KATHLEEN A. HERKENHOFF IN OPPO. TO DEFS' MOTIONS TO DISMISS

**<u>CERTIFICATE OF SERVICE</u>**

I, Laurence D. King, hereby certify that on November 14, 2023, I caused a copy of the foregoing Declaration of Kathleen A. Herkenhoff in Opposition to Defendants' Motions to Dismiss to be electronically filed using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record in this action.

*/s/ Laurence D. King*
Laurence D. King

DECL. OF KATHLEEN A. HERKENHOFF IN OPPO. TO DEFS' MOTIONS TO DISMISS