# EXHIBIT A

**Exhibit A**
*Mehedi v. View, Inc.*, Case No. 5:21-cv-06374-BLF (N.D. Cal.)

## Near Complete Overlap In Alleged Mistatements Forming the Basis of Plaintiff's Section 14 Claim with Plaintiff's Section 10(b) Claim*

| Source | Section 14 - Statements 1, 5, 7, 8 | Section 10(b) - Statement 9 |
|---|---|---|
| Alleged False or Misleading Statement | "Cost of revenue" was "$136.0 million in the nine months ended September 30, 2019" and "**$91.8 million in the nine months ended September 30, 2020**."<br><br>The decrease was due in part to "a one-time warranty accrual of **$24.5 million during the nine months ended September 30, 2019.**" | "[C]ost of sales" was "179.674 million in 2019, and **$91.925 million in 2020 for the nine months ended September 30.**"<br><br>"'Loss contingencies' of **$24.471 million in 2019.**" |
| SAC Citation for Alleged "Reason for Claim of Falsity" | ¶¶45–50, 92, 99 | ¶¶45–50, 87<br><br>The alleged basis for scienter includes that "View recorded a **$24.5 million warranty liability.**" SAC, Ex. A at 4 ("Basis for Scienter" column). |

| Source | Section 14 - Statements 1, 5, 7, 8 | Section 10(b) - Statement 10 (mislabeled as a second "9") |
|---|---|---|
| Alleged False or Misleading Statement | "a one-time warranty accrual of **$24.5 million** during the nine months ended September 30, 2019 **related to faulty materials from one of our suppliers used in the manufacturing of IGUs**" | "Based on our analysis, we recognized **$24.5 million** of expense for the estimated future **cost to replace defective IGUs classified** in cost of revenue in our consolidated statement of comprehensive loss for the year ended December 31, 2019." |
| SAC Citation for Alleged "Reason for Claim of Falsity" | ¶¶45–50, 92, 99 | ¶¶45–50, 106<br><br>The alleged basis for scienter includes that "View recorded a **$24.5 million warranty liability.**" SAC, Ex. A at 5 ("Basis for Scienter" column) (citing the same basis for scienter as Statement 9). |

| Source | Section 14 - Statements 2, 5, 7, 8 | Section 10(b) - Statement 9 |
|---|---|---|
| Alleged False or Misleading Statement | "Cost of revenue" was "**$179.7 million in fiscal year 2019**."<br><br>"a warranty accrual of **$24.5 million in fiscal year 2019** related to faulty materials from one of our suppliers used in the manufacturing of IGUs" | "[C]ost of sales" was "179.674 million in 2019, and **$91.925 million in 2020 for the nine months ended September 30.**"<br><br>"'Loss contingencies' of **$24.471 million in 2019.**" |
| SAC Citation for Alleged "Reason for Claim of Falsity" | ¶¶45–50, 92, 99 | ¶¶45–50, 87<br><br>The alleged basis for scienter includes that "View recorded a **$24.5 million warranty liability.**" SAC, Ex. A at 4 ("Basis for Scienter" column). |

| Source | Section 14 - Statements 2, 5, 7, 8 | Section 10(b) - Statement 10 (mislabeled as a second "9") |
|---|---|---|
| Alleged False or Misleading Statement | "Cost of revenue" was "**$179.7 million in fiscal year 2019**." ... "the cost of revenue was primarily due to three factors: (a) **a warranty accrual of $24.5 million in fiscal year 2019 related to faulty materials from one of our suppliers used in the manufacturing of IGUs.**" | "Cost of revenue" was "**$179.7 million in the year ended December 31, 2019**" ... "the cost of revenue was primarily related to the three following factors: (a) A decrease of **$24.5 million related to a one-time warranty accrual for faulty materials from one of our suppliers used in the manufacturing of IGUs.**" |
| SAC Citation for Alleged "Reason for Claim of Falsity" | ¶¶45–50, 92, 99 | ¶¶45–50, 106<br><br>The alleged basis for scienter includes that "View recorded a **$24.5 million warranty liability.**" SAC, Ex. A at 5 ("Basis for Scienter" column) (citing the same basis for scienter as Statement 9). |

1

**Exhibit A**
*Mehedi v. View, Inc.* , Case No. 5:21-cv-06374-BLF (N.D. Cal.)

| Source | Section 14 - Statement 4, 5, 7, 8 | Section 10(b) - Statement 11 |
|---|---|---|
| Alleged False or Misleading Statement | Product Warranties<br>"We provide a standard assurance type warranty that our IGUs will be free from defects in materials and workmanship for 10 years from the date of delivery to customers. IGUs with sloped or laminated glass have a warranty of 5 years. Control systems associated with the sale of IGUs have a 5-year warranty." | Product Warranties<br>"The Company provides a standard assurance type warranty that its IGUs will be free from defects in materials and workmanship for 10 years from the date of delivery to customers. IGUs with sloped or laminated glass have a warranty of 5 years.  Control systems associated with the sale of IGUs have a 5-year warranty." |
| SAC Citation for Alleged "Reason for Claim of Falsity" | "Materially false and misleading, and failed to disclose to investors that by this time View had determined that, in addition to warrantying the IGUs' materials and workmanship, it would also cover the Installation Costs for all customers whose windows had the Defect."  SAC, Ex. A at 3.<br><br>¶94 | "Materially false and misleading, and failed to disclose to investors that by this time View had determined that, in addition to warrantying the IGUs' materials and workmanship, it would also cover the Installation Costs for all customers whose windows had the Defect." SAC, Ex. A at 6.<br><br>¶108 |

| Source | Section 14 - Statement 4, 5, 7, 8 | Section 10(b) - Statement 20 |
|---|---|---|
| Alleged False or Misleading Statement | Product Warranties<br>"We provide a standard assurance type warranty that our IGUs will be free from defects in materials and workmanship for 10 years from the date of delivery to customers. IGUs with sloped or laminated glass have a warranty of 5 years. Control systems associated with the sale of IGUs have a 5-year warranty." | Product Warranties<br>"The Company provides a standard assurance type warranty that its IGUs will be free from defects in materials and workmanship for generally 10 years from the date of delivery to customers. IGUs with sloped or laminated glass generally have a warranty of 5 years. Control systems associated with the sale of IGUs typically have a 5-year warranty." |
| SAC Citation for Alleged "Reason for Claim of Falsity" | "Materially false and misleading, and failed to disclose to investors that by this time View had determined that, in addition to warrantying the IGUs' materials and workmanship, it would also cover the Installation Costs for all customers whose windows had the Defect."  SAC, Ex. A at 3.<br><br>¶94 | "Materially false and misleading, and failed to disclose to investors that by this time View had determined that, in addition to warrantying the IGUs' materials and workmanship, it would also cover the Installation Costs for all customers whose windows had the Defect." SAC, Ex. A at 10.<br><br>¶122 |

| Source | Section 14 - Statements 6, 8 | Section 10(b) - Statement 10 (mislabeled as a second "9") |
|---|---|---|
| Alleged False or Misleading Statement | "[the] estimated cost to calculate the cost to replace the IGUs . . . includes our expectations regarding future reductions in production costs which are primarily comprised of materials, labor, and factory overhead" | "The estimated cost [to replace] includes our expectations regarding future reductions in production costs which are primarily comprised of materials, labor, and factory overhead." |
| SAC Citation for Alleged "Reason for Claim of Falsity" | "failed to disclose to investors that View inappropriately excluded from such 'estimated cost' certain costs, including labor and freight costs, it intended to incur when replacing the IGUs." SAC, Ex. A at 3.<br><br>¶¶45–50, 94, 98 | "failed to disclose to investors that View inappropriately excluded from such 'estimated cost' the Installation Costs it intended to incur when replacing the IGUs."  SAC, Ex. A at 5.<br><br>¶¶45–60, 106 |

| Source | Section 14 - Statements 6, 8 | Section 10(b) - Statement 12 |
|---|---|---|
| Alleged False or Misleading Statement | "[the] estimated cost to calculate the cost to replace the IGUs . . . includes our expectations regarding future reductions in production costs which are primarily comprised of materials, labor, and factory overhead" | "The estimated cost [to replace] includes the Company's expectations regarding future reductions in production costs, which comprise of materials, labor, and factory overhead." |
| SAC Citation for Alleged "Reason for Claim of Falsity" | "failed to disclose to investors that View inappropriately excluded from such 'estimated cost' certain costs, including labor and freight costs, it intended to incur when replacing the IGUs." SAC, Ex. A at 3.<br><br>¶¶ 45–50, 94, 98 | "failed to disclose to investors that View inappropriately excluded from such 'estimated cost' the Installation[] Costs it intended to incur when replacing the IGUs."  SAC, Ex. A at 6.<br><br>¶¶45–60, 111 |

**Exhibit A**
*Mehedi v. View, Inc.* , Case No. 5:21-cv-06374-BLF (N.D. Cal.)

| Source | Section 14 - Statements 6, 8 | Section 10(b) - Statement 21 |
|---|---|---|
| Alleged False or Misleading Statement | "[the] estimated cost to calculate the cost to replace the IGUs . . . includes our expectations regarding future reductions in production costs which are primarily comprised of materials, labor, and factory overhead." | "The estimated cost [to replace] includes the Company's expectations regarding future reductions in production costs, which comprise of materials, labor, and factory overhead." |
| SAC Citation for Alleged "Reason for Claim of Falsity" | "failed to disclose to investors that View inappropriately excluded from such 'estimated cost' certain costs, including labor and freight costs, it intended to incur when replacing the IGUs." SAC, Ex. A at 3.<br><br>¶¶45–50, 94, 98 | "Failed to disclose to investors that View inappropriately excluded from such 'estimated cost' the Installation[] Costs it intended to incur when replacing the IGUs."<br><br>¶¶45-60, 124 |

*All emphasis from Plaintiff's Exhibit A to the SAC has been omitted.  All emphasis (by way of bolded text) has been added.*

3