1  Laurence D. King (SBN 206423)
   Blair E. Reed (SBN 316971)
2  **KAPLAN FOX & KILSHEIMER LLP**
   1999 Harrison Street, Suite 1560
3  Oakland, CA 94612
   Telephone:  415-772-4700
4  Facsimile:   415-772-4707
   Emails: *lking@kaplanfox.com*
5          *breed@kaplanfox.com*

6  **KAPLAN FOX & KILSHEIMER LLP**
   Frederic S. Fox (admitted *pro hac vice*)
7  Donald R. Hall (admitted *pro hac vice*)
   Jason A. Uris (admitted *pro hac vice*)
8  800 Third Avenue, 38th Floor
   New York, NY 10022
9  Telephone: 212-687-1980
   Facsimile: 212-687-7714
10 Emails:  *ffox@kaplanfox.com*
            *dhall@kaplanfox.com*
11          *juris@kaplanfox.com*

12 *Lead Counsel for Lead Plaintiff Stadium
   Capital LLC, Plaintiff David Sherman and the*
13 *Proposed Class*

14                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
15                        **SAN JOSE DIVISION**

16

| | |
|---|---|
| 17  ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:21-cv-06374-BLF |
| 18           Plaintiff, | **CLASS ACTION** |
| 19  v. | **DECLARATION OF LAURENCE D. KING IN SUPPORT OF LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF NEWLY-AVAILABLE INFORMATION** |
| 20  VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC., | Judge:     Hon. Beth L. Freeman<br>Courtroom:  3, 5th Floor |
|     Defendants. | |

1    I, Laurence D. King, declare as follows:

2    1.    I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman, and the proposed class, in the above-captioned action. I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

2.    Attached as Exhibit 1 is a true and correct copy of the derivative complaint filed in *Siseles v. Lutnick, et al.*, Case No. 2023-1152-JTL, Verified Class Action Complaint, ECF No. 9 (Del. Ch. Nov. 20, 2023).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of December, 2023 at Oakland, California.

                        /s/ *Laurence D. King*
                           Laurence D. King