Laurence D. King (SBN 206423)
Blair E. Reed (SBN 316971)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Emails: *lking@kaplanfox.com*
        *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Emails: *ffox@kaplanfox.com*
        *dhall@kaplanfox.com*
        *juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman and the Proposed Class*

(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC.,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE REQUEST FOR JUDICIAL NOTICE** |

**WHEREAS**, Lead Plaintiff Stadium Capital LLC ("Lead Plaintiff") has advised Defendants that it intends to file an administrative motion Pursuant to Local Rule 7-11 for leave to file a request for judicial notice of the complaint filed in Delaware Chancery Court in *Siseles v. Lutnick, et al.*, Case No. 2023-1152-JTL, which was unsealed on November 20, 2023; and

**WHEREAS**, Plaintiff has advised Defendants that it intends to file the administrative motion on December 15, 2023 and will concurrently submit the proposed request for judicial notice.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and among Lead Plaintiff and Defendants, subject to Court approval, as follows:

1. Defendants do not object to the filing of the administrative motion.

2. Defendants reserve the right to object and oppose Lead Plaintiff's request for the Court to take judicial notice of the Delaware *Siseles* complaint.

**IT IS SO STIPULATED.**

DATED: December 15, 2023

/s/ Laurence D. King
Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700

*Attorneys for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman, and the Proposed Class*

DATED: December 15, 2023

/s/ John W. Berry
John W. Berry
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: 213-683-9100

*Attorneys for Defendants View, Inc. f/k/a CF Finance Acquisition Corp. II and Rao Mulpuri*

DATED: December 15, 2023

        */s/ Jeffrey L. Steinfeld*
Jeffrey L. Steinfeld
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: 213-615-1700

*Attorneys for Defendants Howard W. Lutnick, Paul Pion, Alice Chan, Anshu Jain, Robert J. Hochberg, Charlotte S. Blechman, CF Finance Holdings II, LLC, Cantor Fitzgerald & Co., Cantor Fitzgerald, L.P., and CF Group Management, Inc.*

DATED: December 15, 2023

        */s/ Anna Erickson White*
Anna Erickson White
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000

*Attorneys for Defendant Vidul Prakash*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of December, 2023, at Oakland, California.

>  */s/ Laurence D. King*
>  Laurence D. King

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC.,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE REQUEST FOR JUDICIAL NOTICE** |

      Lead Plaintiff Stadium Capital LLC ("Lead Plaintiff") moves the Court for leave Pursuant to Local Rule 7-11 to file a request for judicial notice. Upon reviewing the briefing, the Court GRANTS Plaintiff's motion.

      Lead Plaintiff shall file the request for judicial notice attached to its administrative motion as a separate docket entry on or before _____.

**IT IS SO ORDERED**

Dated: _____

 

_____
BETH LABSON FREEMAN
United States District Judge