Laurence D. King (SBN 206423)
Blair E. Reed (SBN 316971)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Emails: *lking@kaplanfox.com*
        *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Emails:  *ffox@kaplanfox.com*
        *dhall@kaplanfox.com*
        *juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium
Capital LLC, Plaintiff David Sherman and the
Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC., <br><br> Defendants. | Case No.: 5:21-cv-06374-BLF <br><br> **CLASS ACTION** <br><br> **DECLARATION OF LAURENCE D. KING IN SUPPORT OF LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF NEWLY-AVAILABLE INFORMATION** <br><br> Judge:        Hon. Beth L. Freeman <br> Courtroom:   3, 5th Floor |

Case No. 5:21-cv-06374-BLF

I, Laurence D. King, declare as follows:

1.      I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman, and the proposed class, in the above-captioned action.  I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

2.      Attached as Exhibit 1 is a true and correct copy of the derivative complaint filed in *Siseles v. Lutnick, et al.*, Case No. 2023-1152-JTL, Verified Class Action Complaint, ECF No. 9 (Del. Ch. Nov. 20, 2023).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of December, 2023 at Oakland, California.


 /s/ *Laurence D. King*
Laurence D. King

- 1 -                    Case No. 5:21-cv-06374-BLF
DECL. OF LAURENCE D. KING IN SUPP. OF LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE