# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, et al., <br>                 Plaintiffs, <br> v. <br> VIEW, INC., et al., <br>                 Defendants. | Case No. 21-cv-06374-BLF <br><br> **JUDGMENT** |

Plaintiff's Motion to Dismiss having been dismissed without leave to amend and the action having been dismissed with prejudice, it is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendants and against Plaintiff.

Dated: April 9, 2024

_____
BETH LABSON FREEMAN
United States District Judge