**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC.,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION UNDER FED. R. CIV. P. 59(e) AND 60(b)** |

The Motion of Lead Plaintiff Stadium Capital LLC ("Stadium Capital") and named plaintiff David Sherman ("Sherman") for Reconsideration Under Fed. R. Civ. P. 59(e) and 60(b) (the "Motion") is before this Court.  The Court, having considered the Motion and the accompanying Memorandum of Points and Authorities, the opposition and reply papers, and the arguments of counsel, finds that said Motion is well taken and, accordingly, it is hereby ORDERED as follows:

1.      The Motion is GRANTED; and

2.      The Court SETS ASIDE the Judgment (ECF No. 201) and AMENDS its Order (ECF No. 200) to find that: (i) Stadium Capital has Article III standing; (ii) Sherman entered this case as a named plaintiff; (iii) because no loss causation arguments were made with respect to Sherman, the Court need not reach the question of loss causation with respect to Stadium Capital; and (iv) having no other basis to dismiss the Second Amended Complaint, Defendants' motions to dismiss the Second Amended Complaint (ECF Nos. 181, 183, and 184) are DENIED.

**IT IS SO ORDERED.**

Dated: _____

_____
BETH LABSON FREEMAN
United States District Judge