UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>VIEW, INC., et al.,<br><br>          Defendants. | Case No. 21-cv-06374-BLF<br><br>**ORDER GRANTING IN PART MOTION TO EXPEDITE**<br><br>[Re: ECF No. 206] |

Before the Court is Plaintiffs' motion to expedite the hearing on Plaintiff's motion for reconsideration or, in the alternative, decide the motion without a hearing. ECF No. 206 at 1. Defendants do not oppose the motion. *Id.* at 1–2. To the extent that Plaintiffs request a hearing before September 5, 2024, the Court's calendar does not have room to accommodate Plaintiffs' request. However, the Court will GRANT IN PART Plaintiffs' motion and take the motion for reconsideration under submission without oral argument once the reply brief is filed and will address the motion as soon as possible. *See* Civ. L.R. 7-1(b). If the Court determines that a hearing is necessary, it will notify the parties.

**IT IS SO ORDERED.**

Dated: April 29, 2024

_____
BETH LABSON FREEMAN
United States District Judge