| | |
|---|---|
| 1 | **KAPLAN FOX & KILSHEIMER LLP** |
| | Laurence D. King (SBN 206423) |
| 2 | Matthew B. George (SBN 239322) |
| | Blair E. Reed (SBN 316791) |
| 3 | Clarissa R. Olivares (SBN 343455) |
| | 1999 Harrison Street, Suite 1560 |
| 4 | Oakland, California 94612 |
| | Telephone: (415) 772-4700 |
| 5 | Facsimile: (415) 772-4707 |
| | *lking@kaplanfox.com* |
| 6 | *mgeorge@kaplanfox.com* |
| | *breed@kaplanfox.com* |
| 7 | *colivares@kaplanfox.com* |
| 8 | *Counsel for Lead Plaintiffs and the Proposed Class* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RONALD RAYNALDO, FERNANDA NUNES FERREIRA, GEORGE JONES, ROBERT LIZZUL, MITCHELL BRYON PAZANKI, JOHN PROVENZANO, HARRY RAPP, DENNIS WOODS, DAYANE TESSINARI, BRENDAN SANGER, and JASON CASEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendants. | Case No.: 4:21-cv-05808-HSG<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY KATHLEEN A. HERKENHOFF** |

TO:  THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE THAT**, effective May 1, 2024, attorney Kathleen A. Herkenhoff with the law firm Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") is no longer associated with Kaplan Fox and should be withdrawn as counsel for Lead Plaintiffs Ronald Raynaldo, Dayane Tessinari, Dennis Woods, Richard Barrie, Fernanda Nunes Ferreira, Harry Rapp, Jason Casey, John Provenzano, George Jones, Brendan Sanger, Mitchell Bryon Pazanki, and Robert Lizzul ("Lead Plaintiffs") in this action.  Lead Plaintiffs will continue to be represented by myself and other attorneys at Kaplan Fox appearing on the docket in this action.

Respectfully submitted,

DATED: May 3, 2024

**KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Laurence D. King*
          Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*
*colivares@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (*pro hac vice*)
Jeffrey P. Campisi *(pro hac vice)*
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*rkaplan@kaplanfox.com*
*jcampisi@kaplanfox.com*

*Counsel for Lead Plaintiffs and the Proposed Class*