UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., and CF GROUP MANAGEMENT, Inc.,<br><br>        Defendants. | Case No. 5:21-cv-06374-BLF<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO [1] CERTIFY THE COURT'S ORDER GRANTING RECONSIDERATION (Dkt. 212) FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND [2] STAY PENDING RESOLUTION OF INTERLOCUTORY APPEAL** |

The Motion to Certify the Court's Order Granting Reconsideration (Dkt. No. 212) for Interlocutory Appeal and Stay Pending Resolution of Interlocutory Appeal filed by jointly by all Defendants (View, Inc. f/k/a CF Finance Acquisition Corp. II, Rao Mulpuri, Vidul Prakash, Howard W. Lutnick, Paul Pion, Alice Chan, Anshu Jain, Robert J. Hochberg, Charlotte S. Blechman, CF Finance Holdings II, LLC, Cantor Fitzgerald & Co., Cantor Fitzgerald, L.P., and CF Group Management, Inc.) was heard on December 19, 2024.  Having considered the motion, the Memorandum of Points and Authorities filed in support of the motion, the opposition and reply papers, and the arguments of counsel, the Court concludes that the issue of whether a lead plaintiff with no viable loss causation theory has Article III standing to bring securities fraud claims is a controlling issue of law as to which there is substantial ground for difference of opinion, and that an immediate appeal from the Court's order granting reconsideration may materially advance the ultimate termination of the litigation.  The Court also concludes that a stay of proceedings pending resolution of appellate proceedings is warranted.

The Court therefore GRANTS the motion, CERTIFIES its June 12, 2024 order granting reconsideration (Dkt. No. 212) for immediate interlocutory appeal to the U.S. Court of Appeals for the Ninth Circuit under 28 U.S.C. § 1292(b), and STAYS all proceedings in this case, including any discovery, pending resolution of appellate proceedings.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Beth Labson Freeman
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL AND STAY PENDING APPEAL