UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STADIUM CAPITAL LLC and DAVID SHERMAN,<br><br>        Plaintiffs - Respondents,<br><br> v.<br><br>VIEW, INC., f/k/a CF Finance Acquisition Corp. II; et al.,<br><br>        Defendants - Petitioners. | No. 24-5051<br><br>D.C. No.<br>5:21-cv-06374-BLF<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: CHRISTEN and BRESS, Circuit Judges.

The motions for leave to file a reply (Docket Entry No. 5) and a sur-reply

(Docket Entry No. 6) are granted.

The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b).

Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure

5(d)(1).

The conditional cross-petition is granted. To the extent that respondents

seek to challenge any district court ruling outside of the certified order, however,

this court may lack jurisdiction. *See* 28 U.S.C. § 1292(b); *Couch v. Telescope Inc.*,

611 F.3d 629, 632-35 (9th Cir. 2010) (proper district court certification is a

jurisdictional prerequisite to exercising jurisdiction over an appeal under

§ 1292(b)).  Within 14 days, respondents must also comply with Federal Rule of Appellate Procedure 5(d)(1).

24-5051