Laurence D. King (SBN 206423)
Blair E. Reed (SBN 316971)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Emails: *lking@kaplanfox.com*
     *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Emails: *ffox@kaplanfox.com*
     *dhall@kaplanfox.com*
     *juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC.,<br><br>    Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF FILING OF APPEAL FEES**<br><br>Judge: Hon. Beth L. Freeman<br>Courtroom: 3, 5th Floor |

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE THAT in compliance with the Federal Rules of Appellate |
| 3 | Procedure Rule 5(d)(1), Plaintiffs-Appellees Stadium Capital LLC and David Sherman deposited a |
| 4 | cross-appeal fee of $605 with the United States District Court, Northern District of California. The |
| 5 | receipt is attached hereto as Exhibit A. |

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: September 26, 2024       By: /s/ *Laurence D. King*
                                     Laurence D. King

Laurence D. King (SBN 206423)
Blair E. Reed (SBN 316971)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman and the Proposed Class*

EXHIBIT A

| From: | notification@pay.gov |
| --- | --- |
| To: | Nikki Lee |
| Subject: | [External] Pay.gov Payment Confirmation: NDCA (California Northern) Civil and Criminal Bonds and Other Payments |
| Date: | Thursday, September 26, 2024 12:59:01 PM |

An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact CAND Finance at (415) 522-4621 or CAND_Finance@cand.uscourts.gov.

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments
Pay.gov Tracking ID: 27I0CQIO
Agency Tracking ID: 76840074344
Transaction Type: Sale
Transaction Date: 09/26/2024 03:58:49 PM EDT
Account Holder Name: Laurence King
Transaction Amount: $605.00
Card Type: AmericanExpress
Card Number: ************

Defendant or Party Name: Stadium Capital LLC
Case Number: DCAN521CV006374-
Payer's Name: Laurence King
Payer's Address, City, State, Zip: 1999 Harrison Street, Suite 1560, Oakland, CA, 94612
Payer's Telephone: (415) 772-4700
Payer's Email: nlee@kaplanfox.com
Type of Payment: Other - Cross Appeal Fee on behalf of Plaintiffs-Appellees Stadium Capital LLC and David Sherman

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service