
Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

OCT 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Numbers: | 24-6060, 24-5743 |
| Originating Case Number: | 5:21-cv-06374-BLF |
| Short Title: | Stadium Capital LLC, et al. v. View, Inc., et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Numbers: | 24-6060, 24-5743 |
| Originating Case Number: | 5:21-cv-06374-BLF |
| Case Title: | Stadium Capital LLC, et al. v. View, Inc., et al. |

This order vacates all brief due dates set by previously-issued time schedule orders. The parties will meet the following cross appeal time schedule.

**Wednesday, October 9, 2024**

| | |
|---|---|
| Stadium Capital LLC | Mediation Questionnaire due |
| David Sherman | Mediation Questionnaire due |

**Thursday, December 12, 2024**

| | |
|---|---|
| View, Inc. | Cross Appeal First Brief Due |
| Rao Mulpuri | Cross Appeal First Brief Due |
| Vidul Prakash | Cross Appeal First Brief Due |
| Howard W. Lutnick | Cross Appeal First Brief Due |
| Paul Pion | Cross Appeal First Brief Due |
| Anshu Jain | Cross Appeal First Brief Due |
| Robert J. Hochberg | Cross Appeal First Brief Due |
| Charlotte S. Blechman | Cross Appeal First Brief Due |
| Alice Chan | Cross Appeal First Brief Due |

**Monday, January 13, 2025**

| | |
|---|---|
| Stadium Capital LLC | Cross Appeal Second Brief Due |
| David Sherman | Cross Appeal Second Brief Due |

**Thursday, February 13, 2025**

| | |
|---|---|
| View, Inc. | Cross Appeal Third Brief Due |
| Rao Mulpuri | Cross Appeal Third Brief Due |
| Vidul Prakash | Cross Appeal Third Brief Due |
| Howard W. Lutnick | Cross Appeal Third Brief Due |
| Paul Pion | Cross Appeal Third Brief Due |
| Anshu Jain | Cross Appeal Third Brief Due |
| Robert J. Hochberg | Cross Appeal Third Brief Due |
| Charlotte S. Blechman | Cross Appeal Third Brief Due |
| Alice Chan | Cross Appeal Third Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the third brief on cross appeal. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**