JOHN W. BERRY (SBN 295760)
john.berry@mto.com
JOHN M. GILDERSLEEVE (SBN 284618)
john.gildersleeve@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendants View Operations, LLC (f/k/a View, Inc.) and Rao Mulpuri*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, *et al.*,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ADVANCE HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL (Dkt. No. 246)**<br><br>Hon. Beth Labson Freeman |

Pursuant to the Court's June 10, 2025 Order, Lead Plaintiff Stadium Capital LLC ("Lead Plaintiff") and Defendants View, Inc., Rao Mulpuri, Vidul Prakash, Howard W. Lutnick, Paul Pion, Alice Chan, Anshu Jain, Robert J. Hochberg, and Charlotte S. Blechman (collectively, the "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on May 1, 2025, Lead Plaintiff filed an Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (Dkt. No. 246), which is currently scheduled for hearing before the Court on July 24, 2025;

WHEREAS, in connection with the interlocutory appeal and cross appeal pending before the Ninth Circuit, the parties are required to file a stipulation or motion to dismiss the appeals by July 22, 2025, or to otherwise contact the Ninth Circuit mediator by that date (Dkt. No. 243); and

WHEREAS, on June 10, 2025, the Court issued an Order advising the parties "that it is available to advance the hearing on the motion for preliminary approval to July 17, 2025 upon a joint request of the Parties" and that "the Court will entertain a joint request to hold the hearing by Zoom videoconference" (Dkt. No. 248);

IT IS HEREBY STIPULATED, by and among Lead Plaintiff and Defendants, subject to Court approval, that the hearing on the motion for preliminary approval (Dkt. No. 246) be advanced to July 17, 2025 and that the hearing be held by Zoom videoconference.

Dated:  June 12, 2025                           Respectfully submitted,

By:  ___/s/ John W. Berry_____         By:  ___/s/ Ryan Keats_____
    John W. Berry                                       Anna Erickson White
    John M. Gildersleeve                           Ryan Keats
    MUNGER, TOLLES & OLSON LLP        MORRISON & FOERSTER LLP

*Attorneys for View Operations, LLC (f/k/a View, Inc.) and Rao Mulpuri*   *Attorneys for Defendant Vidul Prakash*

| | |
|---|---|
| By:    */s/ Jeffrey L. Steinfeld*<br>    Jeffrey L. Steinfeld<br>    James P. Smith III (pro hac vice)<br>    WINSTON & STRAWN LLP<br><br>    *Attorneys for Defendants Howard W. Lutnick, Paul Pion, Alice Chan, Anshu Jain, Robert J. Hochberg, and Charlotte S. Blechman* | By:    */s/ Laurence D. King*<br>    Laurence D. King<br>    Blair E. Reed<br>    Frederic S. Fox (pro hac vice)<br>    Donald R. Hall (pro hac vice)<br>    Jason A. Uris (pro hac vice)<br>    KAPLAN FOX & KILSHEIMER LLP<br><br>    *Lead Counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman and the Proposed Class* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, John W. Berry, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of June 2025, at Los Angeles, California.

                                                      */s/ John W. Berry*
                                                      John W. Berry

# [PROPOSED] ORDER

Pursuant to the above Stipulation, **IT IS SO ORDERED.**

DATED: June 13, 2025

_____
The Honorable Beth Labson Freeman
United States District Judge