# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>VIEW, INC., et al.,<br><br>　　　　　Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the fact that the Parties will appear on July 17, 2025 for the hearing on the Motion for Preliminary Approval of Proposed Class Action Settlement, *see* Dkt. No. 250, the Court hereby VACATES the currently scheduled case management conference.

**IT IS SO ORDERED.**

Dated: July 2, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge