1 | Laurence D. King (SBN 206423)
  | Blair E. Reed (SBN 316971)
2 | **KAPLAN FOX & KILSHEIMER LLP**
  | 1999 Harrison Street, Suite 1560
3 | Oakland, CA 94612
  | Telephone: 415-772-4700
4 | Facsimile: 415-772-4707
  | Emails: *lking@kaplanfox.com*
5 |         *breed@kaplanfox.com*

6 | **KAPLAN FOX & KILSHEIMER LLP**
  | Frederic S. Fox (admitted *pro hac vice*)
7 | Donald R. Hall (admitted *pro hac vice*)
  | Jason A. Uris (admitted *pro hac vice*)
8 | 800 Third Avenue, 38th Floor
  | New York, NY 10022
9 | Telephone: 212-687-1980
  | Facsimile: 212-687-7714
10 | Emails: *ffox@kaplanfox.com*
   |        *dhall@kaplanfox.com*
11 |        *juris@kaplanfox.com*

12 | *Lead Counsel for Lead Plaintiff Stadium*
   | *Capital LLC, Plaintiff David Sherman and the*
13 | *Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC.,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF AMENDMENT TO THE STIPULATION AND AGREEMENT OF SETTLEMENT (ECF NO. 246-1)**<br><br>Judge: Hon. Beth L. Freeman |

Upon discussion with the Court during the July 17, 2025 hearing on the motion for preliminary approval (ECF No. 246), the parties, through their respective counsel of record, have agreed to amend the Stipulation and Agreement of Settlement dated April 25, 2025, ECF No. 246-1 (the "Settlement Agreement") by modifying paragraph 34 of the Settlement Agreement as follows (edits reflected in bold font):

> No person or entity shall have any claim against ~~**Lead Plaintiff, Lead Counsel, the Claims Administrator or any other agent designated by Lead Counsel, or**~~ the Defendant Releasees and/or their respective counsel~~,~~ arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or any order of the Court. ~~**Lead Plaintiff and**~~ Defendants, ~~**Lead Counsel,**~~ Defendants' Counsel, their respective advisors, ~~**Lead Plaintiff's damages consultant/expert,**~~ and all other **Defendant** Releasees shall have no liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any Claim or nonperformance of the Claims Administrator, the payment or withholding of Taxes (including interest and penalties) of Tax Expenses owed by the Settlement Fund, or any losses incurred in connection therewith.

Attached as Exhibit A is the parties' agreement to this modification.

| | |
|---|---|
| DATED: July 18, 2025 | Respectfully submitted, |
| **MUNGER, TOLLES & OLSON LLP** | **KAPLAN FOX & KILSHEIMER LLP** |
| */s/ John W. Berry* <br> John W. Berry <br> John M. Gildersleeve | */s/ Laurence D. King* <br> Laurence D. King (SBN 206423) <br> Blair E. Reed (SBN 316971) <br> Frederic S. Fox (*pro hac vice*) <br> Donald R. Hall (*pro hac vice*) <br> Jason A. Uris (*pro hac vice*) |
| *Attorneys for View Operations, LLC (f/k/a View, Inc.) and Rao Mulpuri* | *Lead Counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman and the Proposed Class* |
| **WINSTON & STRAWN LLP** | **MORRISON & FOERSTER LLP** |
| */s/ Jeffrey L. Steinfeld* <br> Jeffrey L. Steinfeld <br> James P. Smith III (*pro hac vice*) | */s/ Ryan Keats* <br> Anna Erickson White <br> Ryan Keats |
| *Attorneys for Defendants Howard W. Lutnick, Paul Pion, Alice Chan, Anshu Jain, Robert J. Hochberg, and Charlotte S. Blechman* | *Attorneys for Defendant Vidul Prakash* |

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July 2025, at Oakland, California.

>    */s/ Laurence D. King*
>    Laurence D. King

EXHIBIT A

**Amendment to the Settlement Agreement**

WHEREAS, the Parties, by and through their undersigned counsel, entered into the Stipulation and Agreement of Settlement dated April 25, 2025 (the "Settlement Agreement," ECF No. 246-1); and

WHEREAS, upon discussion with the Court during the July 17, 2025 hearing on the motion for preliminary approval (ECF No. 246), the Parties, through their respective undersigned counsel of record, agree to modify paragraph 34 of the Settlement Agreement.

NOW, THEREFORE, the Parties agree that paragraph 34 of the Settlement Agreement should be fully replaced and superseded by the following:

> 34. No person or entity shall have any claim against the Defendant Releasees and/or their respective counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or any order of the Court. Defendants, Defendants' Counsel, their respective advisors, and all other Defendant Releasees shall have no liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any Claim or nonperformance of the Claims Administrator, the payment or withholding of Taxes (including interest and penalties) of Tax Expenses owed by the Settlement Fund, or any losses incurred in connection therewith.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed by their duly authorized attorneys as of July 18, 2025.[1]

---

[1] Capitalized terms not defined herein are as defined in the Settlement Agreement. This Agreement may be executed in two or more counterparts, all of which shall constitute the same agreement.

| | | |
|---|---|---|
| **KAPLAN FOX & KILSHEIMER LLP**<br><br>By: /s/ Laurence D. King<br>Laurence D. King<br><br>Laurence D. King (SBN 206423)<br>Blair E. Reed (SBN 316791)<br>1999 Harrison Street,<br>Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>lking@kaplanfox.com<br>breed@kaplanfox.com<br><br>Frederic S. Fox (*pro hac vice*)<br>Donald R. Hall (*pro hac vice*)<br>Jason A. Uris (*pro hac vice*)<br>800 Third Avenue, 38th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980<br>Facsimile: 212-687-7714<br>ffox@kaplanfox.com<br>dhall@kaplanfox.com<br>juris@kaplanfox.com<br><br>*Lead Counsel for Lead Plaintiff Stadium Capital LLC*<br><br>**MORRISON & FOERSTER LLP**<br><br>By: /s/ Ryan M. Keats<br>Ryan M. Keats<br><br>Anna Erickson White (SBN 161385)<br>Ryan M. Keats (SBN 296463)<br>425 Market Street<br>San Francisco, California<br>94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>AWhite@mofo.com<br>RKeats@mofo.com<br><br>*Attorneys for Defendant Vidul Prakash* | **MUNGER, TOLLES & OLSON LLP**<br><br>By: /s/ John W. Berry<br>John W. Berry<br><br>John W. Berry (SBN 295760)<br>John M. Gildersleeve (SBN 284618)<br>350 South Grand Avenue,<br>Fiftieth Floor<br>Los Angeles, California<br>90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>John.Berry@mto.com<br>John.Gildersleeve@mto.com<br><br>*Attorneys for Defendants View Operations, LLC (f/k/a View, Inc.) and Rao Mulpuri* | **WINSTON & STRAWN LLP**<br><br>By: /s/ Jeffrey L. Steinfeld<br>Jeffrey L. Steinfeld<br><br>Jeffrey L. Steinfeld (SBN 294848)<br>James P. Smith III (*pro hac vice*)<br>333 South Grand Avenue,<br>38th Floor<br>Los Angeles, California<br>90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750<br>jlsteinfeld@winston.com<br>JPSmith@winston.com<br><br>*Attorneys for Defendants Howard W. Lutnick, Paul Pion, Alice Chan, Anshu Jain, Robert J. Hochberg, Charlotte S. Blechman, CF Finance Holdings II, LLC, Cantor Fitzgerald & Co., Cantor Fitzgerald, L.P., and CF Group Management, Inc.* |