Laurence D. King (SBN 206423)
Blair E. Reed (SBN 316971)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Emails: *lking@kaplanfox.com*
        *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Emails:  *ffox@kaplanfox.com*
        *dhall@kaplanfox.com*
        *juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium
Capital LLC, Plaintiff David Sherman and the
Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC., <br><br> Defendants. | Case No.: 5:21-cv-06374-BLF <br><br> **CLASS ACTION** <br><br> **LEAD PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO SUBSTITUTE ESCROW AGENT** <br><br> [*Proposed] Order filed concurrently herewith*] <br><br> Judge:  Hon. Beth L. Freeman |

Pursuant to Civil Local Rule 7-11, Lead Plaintiff Stadium Capital LLC ("Lead Plaintiff") respectfully moves the Court to issue an order substituting RG/2 Claims Administration LLC ("RG/2") as the Escrow Agent for the Settlement Fund.[1]

Defendants View, Inc., Rao Mulpuri, Vidul Prakash, Howard W. Lutnick, Paul Pion, Alice Chan, Anshu Jain, Robert J. Hochberg, and Charlotte S. Blechman (collectively, "Defendants") do not oppose this request.

Morgan Stanley has informed Lead Counsel that it does not wish to serve as the Escrow Agent.  Accordingly, Lead Plaintiff respectfully requests that the Court approve the substitution of RG/2 as the Escrow Agent.  RG/2 has extensive experience acting as escrow agent in class action settlements.  *See* ECF No. 246-3, Ex. A, at 7-8.  RG/2 has also agreed not to charge the Class any fees in connection with its investment of Settlement Fund assets.

In light of the Defendants' non-opposition to this request, Plaintiff respectfully requests that the Court enter the proposed order submitted herewith.

DATED:  July 25, 2025

**KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Laurence D. King*
Laurence D. King
Blair E. Reed
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (pro hac vice)
Donald R. Hall (pro hac vice)
Jason A. Uris (pro hac vice)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

---

[1] Capitalized terms shall have their meaning as defined in the Stipulation and Agreement of Settlement dated April 25, 2025.  ECF No. 146-1.

LEAD PLAINTIFF'S UNOPPOSED MOT. FOR ADMINISTRATIVE RELIEF TO SUBSTITUTE ESCROW AGENT

*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman and the Proposed Class*

LEAD PLAINTIFF'S UNOPPOSED MOT. FOR ADMINISTRATIVE RELIEF TO SUBSTITUTE ESCROW AGENT