Laurence D. King (SBN 206423)
Blair E. Reed (SBN 316971)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Emails: *lking@kaplanfox.com*
        *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Emails:  *ffox@kaplanfox.com*
        *dhall@kaplanfox.com*
        *juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium
Capital LLC, Plaintiff David Sherman and the
Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC.,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LAURENCE D. KING IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO SUBSTITUTE ESCROW AGENT**<br><br>Judge:        Hon. Beth L. Freeman<br>Courtroom:   3, 5th Floor |

Case No. 5:21-cv-06374-BLF

DECL. OF LAURENCE D. KING IN SUPP. OF LEAD PLAINTIFF'S UNOPPOSED MOT. FOR ADMINISTRATIVE RELIEF TO SUBSTITUTE ESCROW AGENT

I, Laurence D. King, declare as follows:

1.    I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman, and the proposed class, in the above-captioned action. I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

2.    On July 21, 2025, Plaintiffs' counsel emailed Defendants' counsel to notify them that Morgan Stanley does not wish to serve as the Escrow Agent and that Plaintiff's counsel intends to recommend to the Court that RG/2 Claims Administration LLC ("RG/2") be substituted as the Escrow Agent. On July 22, 2025, Defendants' counsel advised that they have no objection to RG/2 as the Escrow Agent.

3.    On July 22, 2025, Plaintiff's counsel emailed Defendants' counsel to inform them that Lead Plaintiff intended to file an administrative motion to substitute RG/2 as the Escrow Agent and sought to stipulate to the request pursuant to Civil Local Rule 7-12. On July 22, 2025, counsel for Defendants responded via email that they do not agree to stipulate, but have no objection to RG/2 serving as the Escrow Agent, and advised that they do not oppose Lead Plaintiff's request to substitute RG/2 as the Escrow Agent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of July, 2025 at Oakland, California.

 /s/ *Laurence D. King*
           Laurence D. King

- 1 -
Case No. 5:21-cv-06374-BLF

DECL. OF LAURENCE D. KING IN SUPP. OF LEAD PLAINTIFF'S UNOPPOSED MOT. FOR ADMINISTRATIVE RELIEF TO SUBSTITUTE ESCROW AGENT