**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC.,<br><br>Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER SUBSTITUTING ESCROW AGENT |

The Administrative Motion to Substitute Escrow Agent is GRANTED.

**IT IS SO ORDERED.**

DATED: ___July 25, 2025_____

_____
BETH LABSON FREEMAN
United States District Judge

Case No. 5:21-cv-06374-BLF

[~~PROPOSED~~] ORDER TO SUBSTITUTE ESCROW AGENT