UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STARSTONE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VIEW OPERATING CORPORATION, VIDUL PRAKASH,<br><br>Defendants. | Case No. 5:25-cv-06485 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:21-cv-06374 BLF, *Asif Mehedi, et al. v. View, Inc. f/k/a CF Finance Acquisition Corp. II, et al.*

**IT IS SO ORDERED.**

Dated: August 4, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 25-cv-06485 NC
SUA SPONTE JUDICIAL REFERRAL