Angel Marti III (SBN 305300)
AMarti@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892 - 7900
Facsimile: (213) 892-7999

Rafael Rivera, Jr. (*Pro Hac Vice* – Pending)
rafaelrivera@cozen.com
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
Telephone: (212) 453-3879
Facsimile: (646) 588-1372

*Attorneys for Defendant*
*StarStone Specialty  Insurance Company*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STARSTONE SPECIALTY INSURANCE COMPANY, | ) ) ) | Case No.:  5:25-cv-06485-NC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **[PROPOSED] ORDER GRANTING SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| VIEW OPERATING CORPORATION, F/K/A VIEW, INC. AND VIDUL PRAKASH, | ) ) ) | |
| Defendants. | ) ) ) | (Civil L.R. 3-12, 7-11) |
| | ) ) | |
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 5:21-cv-06374-BLF |
| VIEW, INC. F/K/A CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, TOM LEPPERT, HAROLD HUGHES, NIGEL GORMLY, TOM PATTERSON, BILL VEGHTE, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD | ) ) ) ) ) ) ) ) ) ) ) ) | |

- 1 -

& CO., CANTO FITZGERALD, L.P., CF    )
GROUP MANAGEMENT, INC., AND    )
PRICEWATERHOUSECOOPERS LLP,    )

_____

Having considered the Sua Sponte Judicial Referral for Purpose of Determining Relationship filed by U.S. Magistrate Judge Nathanel M. Cousins on August 1, 2025, and StarStone Specialty Insurance Company's Response in Support of the Sua Sponte Judicial Referral for Purpose of Determining Relationship, the Court rules as follows:

1.    Pursuant to Civil L.R. 3-12, the following cases should be related: *Mehedi v. View, Inc. f/k/a CF Finance Acquisition Corp. II, et al.*, No. 5:21-cv-06374- BLF, U.S. District Court for the District of Northern California ("Mehedi Lawsuit"), and *StarStone Specialty Insurance Company v. View Operating Corporation and Vidul Prakash*, No. 5:25-cv-06485-NC, U.S. District Court for the District of Northern California ("StarStone's Coverage Lawsuit"); and

2.    StarStone's Coverage Lawsuit, *StarStone Specialty Insurance Company v. View Operating Corporation and Vidul Prakash*, No. 5:25-cv-06485-NC, U.S. District Court for the District of Northern California, should be reassigned to the Hon. Beth Labson Freeman, for all future proceedings.

**IT IS SO ORDERED**.

Dated: _____        _____
                             Hon. Beth Labson Freeman
                             United States District Judge

[PROPOSED] ORDER GRANTING SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP