United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

ASIF MEHEDI, et al.,

           Plaintiffs,

      v.

VIEW, INC., et al.,

           Defendants.

_____

STARSTONE SPECIALTY INSURANCE COMPANY,

           Plaintiff,

      v.

VIEW OPERATING CORPORATION, et al.,

           Defendants.

Case No.  21-cv-06374-BLF

Case No. 25-cv-06485-NC

**ORDER DETERMINING THAT CASES ARE RELATED; AND DIRECTING CLERK TO REASSIGN STARSTONE SPECIALTY ACTION TO THE UNDERSIGNED**

Magistrate Judge Cousins *sua sponte* referred the case *StarStone Specialty Insurance Co. v. View Operating Corp., et al.*, No. 25-cv-06485-NC, to the undersigned for a determination whether it is related to the case *Mehedi, et al. v. View, Inc., et al.*, No. 21-cv-06374-BLF.  *See* Referral, ECF 262.  StarStone Specialty Insurance Co. has filed a response stating its view that the cases are related within the meaning of Civil Local Rule 3-12.  *See* StarStone Response, ECF 264.

This Court has determined that the cases ARE RELATED.  The Clerk SHALL reassign the case *StarStone Specialty Insurance Co. v. View Operating Corp., et al.*, No. 25-cv-06485-NC, to the undersigned judge.

**IT IS SO ORDERED.**

Dated:  August 13, 2025

_____
BETH LABSON FREEMAN
United States District Judge