# EXHIBIT 2

**EXHIBIT 2**

**Case Name:** Mehedi, et al. v. View, Inc. f/k/a CF Finance Acquisition Corp. II, et al., Case No. 5:21-cv-06374-BLF
**Firm Name:** Kaplan Fox & Kilsheimer LLP
**Relevant Period:** Inception through September 23, 2025

| PROFESSIONAL | STATUS | HOURLY RATE | TOTAL HOURS | TOTAL LODESTAR |
|---|---|---|---|---|
| Frederic Fox | P | $1,800 | 334.80 | $ 602,640.00 |
| Laurence King | P | $1,600 | 506.30 | $ 810,080.00 |
| Joel Strauss | P | $1,600 | 1.00 | $ 1,600.00 |
| Donald Hall | P | $1,525 | 230.50 | $ 351,512.50 |
| Jeffrey Campisi | P | $1,450 | 3.80 | $ 5,510.00 |
| Melinda Campbell | P | $1,450 | 77.10 | $ 111,795.00 |
| Pamela Mayer | P | $1,150 | 10.50 | $ 12,075.00 |
| Jason Uris | P | $1,000 | 1,669.00 | $ 1,669,000.00 |
| Kathleen Herkenhoff | OC | $1,000 | 88.90 | $ 88,900.00 |
| Blair Reed | A | $800 | 231.40 | $ 185,120.00 |
| Clarissa Olivares | A | $565 | 24.00 | $ 13,560.00 |
| Walter Howe | A | $650 | 14.00 | $ 9,100.00 |
| Brandon Fox | A | $545 | 1.50 | $ 817.50 |
| Tyler Yagman | A | $245 | 4.30 | $ 1,053.50 |
| Jennifer Ligansky | A | $310 | 77.00 | $ 23,870.00 |
| Kevin Cosgrove | I | $500 | 677.30 | $ 338,650.00 |
| Suzanne Powley | PL | $420 | 67.20 | $ 28,224.00 |
| Tanya Harvey | PL | $420 | 8.50 | $ 3,570.00 |
| Samia Flecha | PL | $295 | 57.80 | $ 17,051.00 |
| Nikki Lee | PL | $295 | 14.90 | $ 4,395.50 |
| Francena Amparo | PL | $295 | 6.00 | $ 1,770.00 |
| | | | 4,105.80 | $ 4,280,294.00 |