# EXHIBIT 3

EXHIBIT 3

**Case Name:** Mehedi, et al. v. View, Inc. f/k/a CF Finance Acquisition Corp. II, et al., Case No. 5:21-cv-06374-BLF
**Firm Name:** Kaplan Fox & Kilsheimer LLP
**Relevant Period:** Inception through September 23, 2025

Categories:

| | | | |
|---|---|---|---|
| (1) Factual Investigation | (4) Case Manaagement/Client Communications | (6) Court Appearances/Prep | (9) Litigation Strategy/ Analysis |
| (2) Pleadings | | (7) Experts/Consultants | (10) Trial Preparation |
| (3) Discovery | (5) Motions and Legal Research | (8) Settlement/Mediation | (11) Appeals |

| NAME | STATUS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | TOTAL HOURS | RATE | TOTAL LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frederic Fox | P | 6.50 | 115.00 | 5.50 | 10.80 | 75.30 | 16.50 | 1.00 | 77.80 | 10.30 | | 16.10 | 334.80 | $ 1,800 | $ 602,640.00 |
| Laurence King | P | | 82.40 | 6.60 | 12.40 | 118.70 | 70.40 | 17.30 | 133.40 | 22.80 | | 42.30 | 506.30 | $ 1,600 | $ 810,080.00 |
| Joel Strauss | P | 1.00 | | | | | | | | | | | 1.00 | $ 1,600 | $ 1,600.00 |
| Donald Hall | P | 4.70 | 56.30 | | 2.70 | 84.50 | 14.80 | 1.70 | 52.80 | | | 13.00 | 230.50 | $ 1,525 | $ 351,512.50 |
| Jeffrey Campisi | P | 2.10 | | | 0.90 | | | | 0.80 | | | | 3.80 | $ 1,450 | $ 5,510.00 |
| Melinda Campbell | P | | | | | | | | 77.10 | | | | 77.10 | $ 1,450 | $ 111,795.00 |
| Pamela Mayer | P | 10.50 | | | | | | | | | | | 10.50 | $ 1,150 | $ 12,075.00 |
| Jason Uris | P | 38.40 | 353.60 | 43.60 | 17.20 | 672.90 | 107.30 | 5.70 | 326.40 | 18.50 | | 85.40 | 1,669.00 | $ 1,000 | $ 1,669,000.00 |
| Kathleen Herkenhoff | OC | 5.40 | 6.20 | | 0.60 | 67.30 | 9.40 | | | | | | 88.90 | $ 1,000 | $ 88,900.00 |
| Blair Reed | A | 3.30 | | 26.50 | | 159.40 | | | 24.80 | | | 17.40 | 231.40 | $ 800 | $ 185,120.00 |
| Clarissa Olivares | A | 12.40 | | | | 11.60 | | | | | | | 24.00 | $ 565 | $ 13,560.00 |
| Walter Howe | A | | | | | 14.00 | | | | | | | 14.00 | $ 650 | $ 9,100.00 |
| Brandon Fox | A | 1.50 | | | | | | | | | | | 1.50 | $ 545 | $ 817.50 |
| Tyler Yagman | A | | | | | 4.30 | | | | | | | 4.30 | $ 245 | $ 1,053.50 |
| Jennifer Ligansky | A | | 77.00 | | | | | | | | | | 77.00 | $ 310 | $ 23,870.00 |
| Kevin Cosgrove | I | 677.30 | | | | | | | | | | | 677.30 | $ 500 | $ 338,650.00 |
| Suzanne Powley | PL | 3.70 | | 12.20 | 11.40 | 35.00 | 0.30 | | | | | 4.60 | 67.20 | $ 420 | $ 28,224.00 |
| Tanya Harvey | PL | 8.50 | | | | | | | | | | | 8.50 | $ 420 | $ 3,570.00 |
| Samia Flecha | PL | 26.50 | | | 2.00 | 2.50 | 13.00 | | 13.80 | | | | 57.80 | $ 295 | $ 17,051.00 |
| Nikki Lee | PL | 1.60 | | 2.50 | 2.70 | 5.00 | | | 0.80 | | | 2.30 | 14.90 | $ 295 | $ 4,395.50 |
| Francena Amparo | PL | | | | | 6.00 | | | | | | | 6.00 | $ 295 | $ 1,770.00 |
| **TOTALS** | | 803.40 | 690.50 | 96.90 | 60.70 | 1,256.50 | 231.70 | 25.70 | 707.70 | 51.60 | | 181.10 | 4,105.80 | | $ 4,280,294.00 |