# EXHIBIT 5

**EXHIBIT 5**

**Case Name:** Mehedi, et al. v. View, Inc. f/k/a CF Finance Acquisition Corp. II, et al., Case No. 5:21-cv-06374-BLF
**Firm Name:** Kaplan Fox & Kilsheimer LLP
**Relevant Period:** Inception through September 23, 2025

| EXPENSE | AMOUNT |
|---|---|
| Courier | $ 2,499.83 |
| Court Reporters/Transcripts | $ 858.65 |
| Experts | $ 27,005.00 |
| Bankruptcy Counsel | $ 174,072.95 |
| Local Delaware Counsel | $ 15,960.16 |
| Filing, Witness & Other Fees | $ 8,109.45 |
| Mediation | $ 12,500.00 |
| On-Line Research | $ 120,758.40 |
| Travel (Meals, Hotel & Transportation) | $ 1,572.24 |
| **TOTAL** | $ 363,336.68 |