# EXHIBIT 8

Laurence D. King (SBN 206423)
Blair E. Reed (SBN 316971)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Emails: *lking@kaplanfox.com*
      *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Emails:  *ffox@kaplanfox.com*
      *dhall@kaplanfox.com*
      *juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff Stadium Capital LLC, Plaintiff David Sherman and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>     v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC.,<br><br>      Defendants. | Case No.: 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAVID SHERMAN IN SUPPORT OF (A) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND (B) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**<br><br>Judge:  Hon. Beth L. Freeman<br>Courtroom:  1, 5th Floor<br>Date:  November 6, 2025<br>Time:  9:00 a.m. |

1               Case No. 5:21-cv-06374-BLF

I, David Sherman, declare as follows:

1.     I, David Sherman, am an individual retail investor and am a named plaintiff in the above captioned action.  I submit this Declaration in support of (A) Lead Plaintiff's motion for final approval of proposed class action settlement and plan of allocation and (B) Lead Counsel's motion for attorneys' fees and litigation expenses.

2.     I am aware of and understand the requirements and responsibilities of a class representative in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995.  I have personal knowledge of the matters set forth in this Declaration as I have been directly involved in monitoring and overseeing the prosecution of the Action, and I could and would testify competently thereto.

3.     I hold a bachelor's degree in marketing and am a retired business executive.  I have over 30 years of business management experience.

4.     On August 21, 2023, the Second Amended Complaint was filed, which added me as an additional named plaintiff.  On June 28, 2024, in its order granting in part and denying in part Defendants' motions to dismiss the Second Amended Complaint, the Court permitted the addition of me as a named plaintiff.

5.     Since joining the Action, I have consistently understood that I have the obligation to do my best to represent not only my own interests, but to also faithfully represent the best interests of all other members of the Proposed Class.  I respectfully submit that I have discharged those duties to the best of my ability, including by, among other things: (a) consulting regularly with Lead Counsel Kaplan Fox, (b) reviewing important litigation papers sent to me by Lead Counsel, and (c) otherwise generally following the course of the Action and speaking with counsel at important junctures in the case, including in connection with the filing of the Second Amended Complaint, the Court's ruling on Defendants' motions to dismiss the Second Amended Complaint, the Reconsideration Motion, Defendants' joint motion to certify the Court's Order granting reconsideration for interlocutory appeal, the Court's Order certifying an interlocutory appeal to the Ninth Circuit and staying the case, Defendants' petition for permission to appeal filed with the Ninth Circuit, and the Ninth Circuit motions panel's order granting Defendants' petition for permission to appeal and Plaintiffs'

DECL. OF DAVID SHERMAN ISO LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND EXPENSES

conditional cross-petition, View's filing for bankruptcy and Lead Plaintiff's objection to the prepackaged plan of reorganization of View, Inc. and its debtor affiliates, the settlement agreement in the *Siseles* Action and Plaintiffs' objection to the proposed settlement, and the decision to explore settlement discussions (including the mediation process that led to the proposed Settlement).

6.   Over the course of the litigation, I estimate that I spent approximately 10 hours in furtherance of the prosecution of the litigation.

7.   Based on the time and effort I have spent on this case, the success that has been achieved in obtaining the $11 million settlement for the benefit of the Class, and my understanding from my counsel that 15 U.S.C. §78u-4(a)(4) permits a court to award plaintiffs reasonable costs and expenses (including lost wages) incurred as a result of serving as a representative of a plaintiff class, I respectfully request that the Court approve my request for an award of $2,500.

8.   I also believe that Lead Counsel's request for an award of attorneys' fees in the amount of 33 1/3% of the Settlement Fund is fair and reasonable in light of the work performed, the many risks and challenges in the litigation, as well as the recovery obtained for the Settlement Class.  I understand that Lead Counsel will also devote additional time in the future to administering the Settlement.

9.   I further believe that the litigation expenses requested are reasonable, and represent the costs and expenses that were necessary for the successful prosecution and resolution of this case.

10.   Based on the foregoing, I endorse the Settlement as fair, reasonable, and adequate to the Settlement Class.  I believe that the Settlement represents a favorable recovery for the Settlement Class, given the substantial and certain monetary recovery achieved in the face of the substantial risks of continuing to prosecute the claims in this case, including the risk that nothing at all might be recovered after the passage of a considerable amount of additional time if the litigation continued through the summary judgement stage, trial, and any subsequent appeal.  Further, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I further support Lead Counsel's attorneys' fees and litigation expense request and believes that it represents fair and reasonable compensation for counsel in light of the work performed, the recovery obtained for the Settlement Class, and the attendant litigation risks.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of October, 2025 at New York, New York.

_____
David Sherman

Case No. 5:21-cv-06374-BLF

DECL. OF DAVID SHERMAN ISO LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND EXPENSES