# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, VIDUL PRAKASH, HOWARD W. LUTNICK, PAUL PION, ALICE CHAN, ANSHU JAIN, ROBERT J. HOCHBERG, CHARLOTTE S. BLECHMAN, CF FINANCE HOLDINGS II, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD, L.P., AND CF GROUP MANAGEMENT, INC.,<br><br>Defendants. | Case No. 5:21-cv-06374-BLF<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF TINA CHIANGO REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) UPDATE ON REPORT ON REQUESTS FOR EXCLUSION** |

I, TINA CHIANGO, hereby declare and state as follows:

1.    I am the Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2"), whose address is 30 South 17th Street, Philadelphia, PA 19103. Pursuant to the Court's July 18, 2025 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 258) (the "Preliminary Approval Order"), RG/2 was appointed to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action").[1] I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2.    I submit this Supplemental Declaration to supplement my Declaration of Tina

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated April 25, 2025 (ECF No. 246-1) (the "Stipulation").

Chiango Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusions Received to Date (the "Initial Mailing Declaration"), dated October 2, 2025, that was previously filed with the Court. ECF No. 268-1.

### UPDATE ON DISSEMINATION OF THE NOTICE PACKET

3.      As more fully stated in my Initial Mailing Declaration, as of October 2, 2025, a total of 51,557 copies of the Notice Packet were disseminated to potential Settlement Class Members and Nominees by first-class mail, either directly or through their Nominees. Subsequent to the Initial Mailing Declaration, in response to requests from potential Settlement Class Members and Nominees, an additional three (3) Notice Packets were mailed to potential Settlement Class Members and 235 Notice Packets were delivered in bulk for Nominees to mail the Notice Packet to their clients directly.

4.      Also subsequent to the October 2, 2025 Declaration, 133 Notice Packets were returned as undeliverable. RG/2 was able to obtain an updated address for 46 of these and re-mailed the Notice Packets via first-class mail. In sum, to date an aggregate of 51,708 copies of the Notice Packet have been disseminated to potential Settlement Class Members and Nominees by first-class mail, either directly or through their Nominees.

### UPDATE ON TELEPHONE HELPLINE AND WEBSITE

5.      RG/2 continues to maintain the toll-free telephone number (866-742-4955) to accommodate inquiries about the Settlement from potential Settlement Class Members. RG/2 has promptly responded to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

6.      RG/2 also continues to maintain the website dedicated to the Settlement, www.viewsecuritieslitigation.com (the "Settlement Website"), to assist potential Settlement Class Members. On October 3, 2025, RG/2 posted to the Settlement Website copies of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation (and related declarations) and Lead Counsel's Motion for Award of Attorneys' Fees and Litigation

Expenses (and related declarations).

**REQUESTS FOR EXCLUSION RECEIVED TO DATE**

7.      The Notice, Summary Notice, and Settlement Website advised Settlement Class Members wishing to exclude themselves from the Settlement Class that they must ensure that their exclusion requests are mailed or delivered to *Mehedi v. View, Inc., et. al.*, c/o RG/2, P.O. Box 59479, Philadelphia, PA 19102-9479, and must be received no later than October 16, 2025. To date, RG/2 has not received any requests for exclusion.

I declare under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed on October 23, 2025 at Philadelphia, Pennsylvania.

_____
Tina Chiango

SUPPLEMENTAL DECLARATION OF TINA CHIANGO, CLAIMS ADMINISTRATOR