UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STADIUM CAPITAL LLC and DAVID SHERMAN,<br><br>        Plaintiffs - Appellees,<br><br>    v.<br><br>VIEW, INC.; et al.,<br><br>        Defendants - Appellants. | No. 24-5743<br><br>D.C. No.<br>5:21-cv-06374-BLF<br>Northern District of California,<br>San Jose<br><br>ORDER |
| STADIUM CAPITAL LLC and DAVID SHERMAN,<br><br>        Plaintiffs - Appellants,<br><br>    v.<br><br>VIEW, INC.; et al.,<br><br>        Defendants - Appellees. | No. 24-6060<br><br>D.C. No.<br>5:21-cv-06374-BLF<br>Northern District of California,<br>San Jose |

Pursuant to the stipulation of the parties (Docket Entry No. 26 in Appeal No. 24-5743), these appeals are voluntarily dismissed.  Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator